B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Children of America, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**65-0847351** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5300 West Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL**　　　　　　ZIP Code **33484** | Street Address of Joint Debtor (No. and Street, City, and State):　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(04/13)** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Children of America, Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

    

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Children of America, Inc**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Charles M. Tatelbaum, Esq.**
Signature of Attorney for Debtor(s)

**Charles M. Tatelbaum, Esq. 177540**
Printed Name of Attorney for Debtor(s)

**Tripp Scott, P.A.**
Firm Name

**110 S.E. 6th Street**
**15th Floor**
**Fort Lauderdale, FL 33301**
Address

**jlr@trippscott.com; cmt@trippscott.com; lxc@trippscott.com**

**954.525.7500**
Telephone Number

**March  4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joe Letzelter**
Signature of Authorized Individual

**Joe Letzelter**
Printed Name of Authorized Individual

**Executive Vice President**
Title of Authorized Individual

**March  4, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Children of America, Inc**
                                                 Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **140 North Franklin Street, LLC**<br>**70 Quincy Avenue**<br>**Quincy, MA 02169** | **140 North Franklin Street, LLC**<br>**70 Quincy Avenue**<br>**Quincy, MA 02169** | **Lease by and between Children of America (Holbrook), LLC and 140 North Franklin Street LLC Leased Premises Address: 140 North Franklin Street, Holbro** | **Unliquidated** | **88,000.00** |
| **345 Knowles LP**<br>**Attn: Mike Garkinkel**<br>**19 Spruce Drive**<br>**Southampton, PA 18966** | **345 Knowles LP**<br>**Attn: Mike Garkinkel**<br>**19 Spruce Drive**<br>**Southampton, PA 18966** | **Lease by and between Children of America (Southampton), LLC and 345 Knowles LP Leased Premises Address: 345 Knowles Avenue, Southampton, PA 18966 Le** | **Unliquidated** | **69,000.00** |
| **537 Associates, LLC**<br>**1903 Atlantic Avenue**<br>**Manasquan, NJ 08736** | **537 Associates, LLC**<br>**1903 Atlantic Avenue**<br>**Manasquan, NJ 08736** | **Leased Premises Address: 1 Schlechtweg Way, Freehold, NJ 07728** | **Unliquidated** | **300,000.00** |
| **Carriage Lane, LLC**<br>**170 West Shirley Avenue Suite 201**<br>**Warrenton, VA 20186** | **Carriage Lane, LLC**<br>**170 West Shirley Avenue Suite 201**<br>**Warrenton, VA 20186** | **Lease by and between Children of America, Inc. and Carriage Lane, LLC Premises at 170 West Shirley Avenue, Ste 201, Warrenton, VA 20186 Lease - 20 y** | **Unliquidated** | **70,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Children of America, Inc**                                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **COA Flossmoor, LLC**<br>**1001 E. Main Street**<br>**Suite B**<br>**Saint Charles, IL 60174** | **COA Flossmoor, LLC**<br>**1001 E. Main Street**<br>**Suite B**<br>**Saint Charles, IL 60174** | **Lease by and between Children of America (Flossmoor), LLC and COA Flossmoor, LLC Leased Premises Address: 19814 South Kedzie Avenue, Flossmoor, IL 60** | **Unliquidated** | **200,000.00** |
| **COA Yorkville, LLC**<br>**1001 E. Main St.**<br>**Suite B**<br>**Saint Charles, IL 60174** | **COA Yorkville, LLC**<br>**1001 E. Main St.**<br>**Suite B**<br>**Saint Charles, IL 60174** | **Lease by and between Children of America (Yorkville), LLC and COA Yorkville, LLC Leased Premises Address: 741 Prairie Point Drive, Yorkville, IL 6056** | **Unliquidated** | **64,000.00** |
| **Discount School Supply**<br>**P.O. Box 6013**<br>**Carol Stream, IL 60197-6013** | **Discount School Supply**<br>**P.O. Box 6013**<br>**Carol Stream, IL 60197-6013** | **Goods sold** | | **189,175.47** |
| **J. Nazzaro Partnership, L.P., or Assigns**<br>**8 Saxon Avenue**<br>**Suite C**<br>**Bay Shore, NY 11706** | **J. Nazzaro Partnership, L.P., or Assigns**<br>**8 Saxon Avenue**<br>**Suite C**<br>**Bay Shore, NY 11706** | **Leased Premises Address: 100 Landing Aveue, Smithtown, NY 11787** | **Unliquidated** | **75,000.00** |
| **Main Street Village West - 7 LLC**<br>**6405 Mira Mesa Boulevard**<br>**Suite 100**<br>**San Diego, CA 92121** | **Main Street Village West - 7 LLC**<br>**6405 Mira Mesa Boulevard**<br>**Suite 100**<br>**San Diego, CA 92121** | **Leased Premises Address: 16124 S. Lagrange Road, Suite A, Orland Park, IL 60467** | **Unliquidated** | **78,000.00** |
| **Maxim Enterprises, LLC**<br>**P.O. Box 276**<br>**Norwood, NJ 07648** | **Maxim Enterprises, LLC**<br>**P.O. Box 276**<br>**Norwood, NJ 07648** | **Leased Premises Address: 271 M Livingston Street, Northvale, NJ 07647** | **Unliquidated** | **500,000.00** |
| **New Edge Networks**<br>**an Earthlink Company**<br>**Unit 47**<br>**P.O. Box 4800**<br>**Portland, OR 97208** | **New Edge Networks**<br>**an Earthlink Company**<br>**Unit 47**<br>**P.O. Box 4800**<br>**Portland, OR 97208** | **Services rendered** | | **90,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Children of America, Inc**                Case No.  _____

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Oak Street Investments, LLC**<br>**423 Second Street**<br>**Saint Charles, IL 60174** | **Oak Street Investments, LLC**<br>**423 Second Street**<br>**Saint Charles, IL 60174** | **Lease by and between Children of America (North Aurora II), LLC and Oak Street Investments, LLC Leased Premises Address: 1125 Oak Street, North Auror** | **Unliquidated** | **65,000.00** |
| **Ralph Nussbaumer**<br>**c/o Nussbaumer Real Estate LLC**<br>**70 Main Street**<br>**Suite 11**<br>**Warrenton, VA 20186** | **Ralph Nussbaumer**<br>**c/o Nussbaumer Real Estate LLC**<br>**70 Main Street**<br>**Warrenton, VA 20186** | **Leased Premises: 4555 Empire Court, Fredericksburg, VA 22408** | **Unliquidated** | **100,000.00** |
| **Setauket Properties, Corp or Assignee**<br>**213 Hallock Road**<br>**Suite 2**<br>**Stony Brook, NY 11790** | **Setauket Properties, Corp or Assignee**<br>**213 Hallock Road**<br>**Suite 2**<br>**Stony Brook, NY 11790** | **Leased Premises Address: 6 South Jersey Avenue, Setauket, NY 11733** | **Unliquidated** | **250,000.00** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Scottsdale, AZ 85255** | **Leased Premises Address: 60 Kelly Drive, Sicklerville, NJ 08081** | **Unliquidated** | **67,507.90** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Scottsdale, AZ 85255** | **Leased Premises Address: 13871 Hedgewood Drive, Woodbridge, VA 22191** | **Unliquidated** | **74,012.36** |
| **Triangle Commercial Properties, LLC**<br>**470 Olde Worthington Road, Suite 101**<br>**Westerville, OH 43082** | **Triangle Commercial Properties, LLC**<br>**470 Olde Worthington Road, Suite 101**<br>**Westerville, OH 43082** | **Leased Premises Address: 7560 Sawmill Parkway, Powell, OH 43065** | **Unliquidated** | **400,000.00** |
| **US Bank Equipment Finance**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258-4002** | **US Bank Equipment Finance**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258-4002** | **Copier equipment** | **Unliquidated** | **461,580.00** |
| **Winthrop Resources Corporation**<br>**11100 Wayzata Blvd., Suite 800**<br>**Hopkins, MN 55305** | **Winthrop Resources Corporation**<br>**11100 Wayzata Blvd., Suite 800**<br>**Hopkins, MN 55305** | **Computer equipment** | **Unliquidated** | **280,203.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Children of America, Inc**                 Case No. _____
_____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Zamili, Inc.**<br>**1200 East Roosevvelt Road**<br>**Suite 150**<br>**Glen Ellyn, IL 60137** | **Zamili, Inc.**<br>**1200 East Roosevvelt Road**<br>**Suite 150**<br>**Glen Ellyn, IL 60137** | **Leased Premises Address: 1311 Farmington Lakes Drive, Oswego, IL 60543** | **Unliquidated** | **70,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  4, 2015** _____      Signature    **/s/ Joe Letzelter** _____

                                                   **Joe Letzelter**
                                                   **Executive Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Children of America, Inc**
_____,
                                    Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 13 | | 2,878,414.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 7,208.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 4,758,835.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 11 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 71 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 7,644,458.41 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Children of America, Inc**                                              ,    Case No. _____
                              Debtor

Chapter                              **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __Children of America, Inc_____,          Case No. _____
                                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Children of America, Inc**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Florida Community Bank Account No. xxxxxx7500 Routing No. xxxxx6766** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **1) Workers Compensation Frank Winston Crum Insurance Policy - Pol#FGVA140169 -Covers all COA centers in the following states including DE, IL, IN, MD, NJ,NC, PA, VA and FL (does not cover NY, WI, OH and MA) -Location: 5300 West Atlantic Avenue Suite 700, Delray Beach FL 33484** | - | 0.00 |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

_**5**_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Children of America, Inc**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2) Workers Compensation**<br>**The State Insurance Fund - Policy# W2347 514-8**<br>**-Covers NY based centers**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **3) Workers Compensation**<br>**The Hartford - Policy # 12-WEC GH8254**<br>**-Covers the State of MA**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **4) Workers Compensation**<br>**Society Insurance, A Mutual company - Policy#**<br>**WP11457193-0**<br>**-Covers WI based centers**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **5) Workers Compensation**<br>**OH based centers - Policy# 1676867-0**<br>**-Covered by the State of Ohio [Monopolistic]**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **1) General Liability Policies (All states/centers)**<br>**Sexual Abuse & Molestation - Policy# PHPK1274781**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **2) General Liability Policies (All states/centers)**<br>**-Automobile Liability - Policy# PHPK1274781**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **3) General Liability Policies (All states/centers)**<br>**-Umbrella Liability - Policy# PHUB485218**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **4) General Liability Policies (All states/centers)**<br>**Professional Liability - PHPK1274781**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |
| | | **5) General Liability Policies (All states/centers)**<br>**Wright National Flood Insurance Company - Policy#**<br>**29115067615103**<br>**Location: 5300 West Atlantic Avenue Suite 700,**<br>**Delray Beach FL 33484** | - | 0.00 |

Sub-Total >    0.00
(Total of this page)

Sheet  __1__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Children of America, Inc**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1a) Student Accident Policies - QBE Insurance Corporation:** | - | **0.00** |
| | | **AHH007648 - Appleton** | | |
| | | **AHH007663 - Avon** | | |
| | | **AHH008663 - Braintree** | | |
| | | **AHH007633 - Charlotte** | | |
| | | **AHH007650 - Chestnut Hill** | | |
| | | **AHH008664 - Clementon** | | |
| | | **AHH007798 - Columbus** | | |
| | | **AHH007645 - Crofton** | | |
| | | **AHH008665 - Doylestown/Plumsteadville** | | |
| | | **AHH007825 - East Brunswick** | | |
| | | **AHH007639 - Ellicot City** | | |
| | | **AHH007673 - Flossmoor** | | |
| | | **AHH007640 - Freehold [Closed School]** | | |
| | | **AHH008666 - Glen Allen** | | |
| | | **AHH007646 - Hockessin** | | |
| | | **AHH007664 - Holbrook** | | |
| | | **AHH007662 - Indianapolis/Lawrence** | | |
| | | **AHH007634 - Ivyland** | | |
| | | **AHH007643 - Lansdale** | | |
| | | **AHH008667 - Lindenhurst** | | |
| | | **AHH008668 - Maineville** | | |
| | | **AHH007653 - Bull Run/Manassas II** | | |
| | | **AHH007632 - Manassas** | | |
| | | **AHH007671 - Menomonee Falls** | | |
| | | **AHH008669 - New Berlin** | | |
| | | **AHH007661 - North Aurora** | | |
| | | **AHH007651 - Northvale [Closed School]** | | |
| | | **AHH007667 - Norwood** | | |
| | | **AHH007670 - Oak Creek** | | |
| | | **AHH007666 - Oakhurst** | | |
| | | **AHH007657 - Orland Park** | | |
| | | **AHH007635 - Oswego** | | |
| | | **AHH008670 - Parsippany** | | |
| | | **AHH008672 - Port Jefferson** | | |
| | | **AHH008673 - Sewell** | | |
| | | **AHH004736 - Sicklerville** | | |
| | | **AHH007660 - Smithtown** | | |
| | | **AHH007644 - Somerset [Recently Closed School]** | | |
| | | **AHH007669 - South Elgin** | | |
| | | **AHH007665 - Southampton** | | |
| | | **AHH007659 - St. Charles** | | |
| | | **AHH007649 - Sterling** | | |
| | | **AHH007637 - Stony Point** | | |
| | | **AHH008664 - Tewksbury** | | |
| | | **AHH007647 - Trappe** | | |
| | | **AHH007638 - Waldorf** | | |
| | | **AHH007643 - Warminster** | | |
| | | **AHH007668 - Wilmington** | | |
| | | **AHH007672 - Yorkville** | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __**2**__ of __**5**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Children of America, Inc**                                        ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1b) Student Accident Policies - QBE Insurance Corporation:** | - | **0.00** |
| | | **Nyack    Policy #AHH004650** | | |
| | | **Downtown Columbus   Policy #AHH007798** | | |
| | | **Bealeton   Policy #AHH004650** | | |
| | | **Bluemont Crossing  Policy #AHH004650** | | |
| | | **Deacon Road  Policy #AHH004650** | | |
| | | **Lee's Hill  Policy #AHH004650** | | |
| | | **Salem Church  Policy #AHH004650** | | |
| | | **Doc Stone/Stafford  Policy #AHH004650** | | |
| | | **Stephens City  Policy #AHH004650** | | |
| | | **Sterling  Policy #AHH007649** | | |
| | | **Warrenton  Policy #AHH004650** | | |
| | | **Winchester  Policy #AHH004650** | | |
| | | **New Britain  Policy #AHH004650** | | |
| | | **North Wales  Policy #AHH004650** | | |
| | | **Woodbridge  Policy #AHH004650** | | |
| | | **Prince William  Policy #AHH004650** | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Children Financial Holdings, LLC 90% stock interest** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __3__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Children of America, Inc**
_____,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Children of America Educational Childcare & Academy | - | Unknown |
| | | Camp WOW | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Children of America, Inc**                                        ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Children of America, Inc**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | 5/22/2014 | | | | | |
| **Bryn Mawr Funding** **3629 N. 799 E. Suite 200** **Ogden, UT 84414** | | | | | - | Security interest School equipment | | X | | | |
| | | | | | | Value $        **Unknown** | | | | **87,606.00** | **Unknown** |
| Account No. xxxxxx0546 | | | | | | 12/10/2010 | | | | | |
| **CIT Technology Financing Services** **21146 Network Place** **Chicago, IL 60673-1211** | | | | | | Security interest Dell Server | | X | | | |
| | | | | | | Value $        **Unknown** | | | | **10,469.00** | **Unknown** |
| Account No. xxxxxx0546 | | | | | | 10/10/2014 | | | | | |
| **CIT Technology Financing Services** **21146 Network Place** **Chicago, IL 60673-1211** | | | | | | Security interest Sage HR Actions | | X | | | |
| | | | | | | Value $        **Unknown** | | | | **236,745.00** | **Unknown** |
| Account No. xxxxxx0546 | | | | | | 09/11/2014 | | | | | |
| **CIT Technology Financing Services** **21146 Network Place** **Chicago, IL 60673-1211** | | | | | | Security interest Sage HR Actions | | X | | | |
| | | | | | | Value $        **Unknown** | | | | **49,159.00** | **Unknown** |

___**12**___ continuation sheets attached

Subtotal
(Total of this page)

**383,979.00**        **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Children of America, Inc**                                         ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx0546** | | | | | 8/27/2014 | | | | | |
| **CIT Technology Financing Services** **21146 Network Place** **Chicago, IL 60673-1211** | | | | | Security interest Apple Ipads | | X | | | |
| | | | | | Value $            **Unknown** | | | | **41,448.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 8/9/2013 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | | | Security interest Avon, IN and Port Jefferson, NY | | X | | | |
| | | | | | Value $            **Unknown** | | | | **80,742.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 3/15/2013 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | | | Security interest Menomonee Fall, WI | | X | | | |
| | | | | | Value $            **Unknown** | | | | **36,825.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 10/1/2012 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | | | Security interest Orland Park, IL | | X | | | |
| | | | | | Value $            **Unknown** | | | | **31,539.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 12/10/2012 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | | | Security interest Lawrence, IN | | X | | | |
| | | | | | Value $            **Unknown** | | | | **32,858.00** | **Unknown** |

Sheet __1__ of __12__ continuation sheets attached to                    Subtotal                      **223,412.00**              **0.00**
Schedule of Creditors Holding Secured Claims                        (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,    Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxx3538** | | | | | 9/11/2012 | | | | | |
| Diamler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | - | | Security interest Woodbridge, VA & Plainfield, IL Oswego, Lawrence | | X | | | |
| | | | | | Value $           **Unknown** | | | | **133,958.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 9/12/2012 | | | | | |
| Diamler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | - | | Security interest Slame Church & Manassas | | X | | | |
| | | | | | Value $           **Unknown** | | | | **63,455.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 7/11/2012 | | | | | |
| Diamler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | - | | Security interest Chestnut Hill, Avon Setauket, Manassas | | X | | | |
| | | | | | Value $           **Unknown** | | | | **118,184.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 8/16/2013 | | | | | |
| Diamler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | - | | Security interest Yorkville and North Aurora | | X | | | |
| | | | | | Value $           **Unknown** | | | | **80,342.00** | **Unknown** |
| Account No. **xxx3538** | | | | | 6/19/2012 | | | | | |
| Diamler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | - | | Security interest Yorkville and South Elgin | | X | | | |
| | | | | | Value $           **Unknown** | | | | **59,488.00** | **Unknown** |

Sheet  **2**  of  **12**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  **455,427.00**  |  **0.00**  |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Children of America, Inc**                                    ,    Case No. _____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx3538** | | | 9/13/2013 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | - | Security interest  Doylestown | | X | | | |
| | | | Value $          **Unknown** | | | | **41,597.00** | **Unknown** |
| Account No. **xxx3538** | | | 6/28/2013 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | Security interest  **Maineville and Downtown Colum** | | X | | | |
| | | | Value $          **Unknown** | | | | **79,532.00** | **Unknown** |
| Account No. **xxx3538** | | | 4/25/2013 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | Security interest  **Northvale, NJ** | | X | | | |
| | | | Value $          **Unknown** | | | | **44,722.00** | **Unknown** |
| Account No. **xxx3538** | | | 12/30/2011 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | Security interest  **Hockessin** | | X | | | |
| | | | Value $          **Unknown** | | | | **23,970.00** | **Unknown** |
| Account No. **xxx3538** | | | 12/30/2011 | | | | | |
| **Diamler Truck Financial** **13650 Heritage Parkway** **Fort Worth, TX 76177** | | | Security interest  **Columbus** | | X | | | |
| | | | Value $          **Unknown** | | | | **23,875.00** | **Unknown** |

Sheet  **3**  of  **12**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **213,696.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Children of America, Inc**                                          ,          Case No. _____
                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx3538** <br><br> **Diamler Truck Financial** <br> **13650 Heritage Parkway** <br> **Fort Worth, TX 76177** | | | **10/6/2010** <br><br> **Security interest** <br><br> **Waldorf** <br><br> Value $               **Unknown** | | | X | 3,759.00 | Unknown |
| Account No. **xxx3538** <br><br> **Diamler Truck Financial** <br> **13650 Heritage Parkway** <br> **Fort Worth, TX 76177** | | | **10/6/2010** <br><br> **Security interest** <br><br> **Ellicott City** <br><br> Value $               **Unknown** | | | X | 3,661.00 | Unknown |
| Account No. **xxx3538** <br><br> **Diamler Truck Financial** <br> **13650 Heritage Parkway** <br> **Fort Worth, TX 76177** | | | **3/2/2010** <br><br> **Security interest** <br><br> **North Aurora** <br><br> Value $               **Unknown** | | | X | 1,304.00 | Unknown |
| Account No. **xxx3538** <br><br> **Diamler Truck Financial** <br> **13650 Heritage Parkway** <br> **Fort Worth, TX 76177** | | | **6/14/2010** <br><br> **Security interest** <br><br> **Norwood** <br><br> Value $               **Unknown** | | | X | 3,481.00 | Unknown |
| Account No. **xxx3538** <br><br> **Diamler Truck Financial** <br> **13650 Heritage Parkway** <br> **Fort Worth, TX 76177** | | | **5/21/2010** <br><br> **Security interest** <br><br> **Oakhurst** <br><br> Value $               **Unknown** | | | X | 2,908.00 | Unknown |

Sheet **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 15,113.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Children of America, Inc**                                        ,  Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxx3538**<br><br>**Diamler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | | | | 5/21/2010<br><br>Security interest<br><br>Holbrook | | X | | | |
| | | | | | Value $        **Unknown** | | | | **2,087.00** | **Unknown** |
| Account No. **xxx3538**<br><br>**Diamler Truck Financial**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | | | | 5/10/2010<br><br>Security interest<br><br>Columbus | | X | | | |
| | | | | | Value $        **Unknown** | | | | **1,920.00** | **Unknown** |
| Account No. **xxxx7082**<br><br>**Ford**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | - | | | | Security interest | | X | | | |
| | | | | | Value $        **Unknown** | | | | **6,081.00** | **Unknown** |
| Account No. **xxxx5787**<br><br>**Ford**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | - | | | | 2012 Ford E-150 | | X | | | |
| | | | | | Value $        **Unknown** | | | | **10,253.00** | **Unknown** |
| Account No. **xxxx5359**<br><br>**Ford**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | - | | | | 2010 Ford E-350 | | X | | | |
| | | | | | Value $        **Unknown** | | | | **11,678.00** | **Unknown** |

Sheet  __5__  of __12__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **32,019.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Children of America, Inc**
_____,                Case No. _____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5750** | | | **2011 Ford E-250** | | | | | |
| **Ford** PO Box 790093 Saint Louis, MO 63179-0093 | - | | | | X | | | |
| | | | Value $        **Unknown** | | | | **4,789.00** | **Unknown** |
| Account No. **xxxx8932** | | | **Security interest** | | | | | |
| **Ford** PO Box 790093 Saint Louis, MO 63179-0093 | - | | **2011 Ford Fusion** | | X | | | |
| | | | Value $        **Unknown** | | | | **13,951.00** | **Unknown** |
| Account No. **xxxx4241** | | | **Security interest** | | | | | |
| **Ford** PO Box 790093 Saint Louis, MO 63179-0093 | - | | **2008 Ford Fusion** | | X | | | |
| | | | Value $        **Unknown** | | | | **6,438.00** | **Unknown** |
| Account No. **xxxx4237** | | | **Security interest** | | | | | |
| **Ford** PO Box 790093 Saint Louis, MO 63179-0093 | - | | **2008 Ford Fusion** | | X | | | |
| | | | Value $        **0.00** | | | | **6,438.00** | **6,438.00** |
| Account No. **xxxx0884** | | | **Security interest** | | | | | |
| **Ford** PO Box 650575 Dallas, TX 75265-0575 | - | | **2010 Ford Fusion** | | X | | | |
| | | | Value $        **0.00** | | | | **8,142.00** | **8,142.00** |

Sheet  **6**  of  **12**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **39,758.00** | **14,580.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __**Children of America, Inc**_____,    Case No. _____

                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0988**<br><br>**Ford**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | | - | Security interest<br><br>2010 Ford E-150<br><br>Value $ 0.00 | | X | | 9,774.00 | 9,774.00 |
| Account No. **xxxx4139**<br><br>**Ford**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | | - | Security interest<br><br>2011 Ford E-350<br><br>Value $ Unknown | | X | | 12,634.00 | Unknown |
| Account No. **xxxx7323**<br><br>**Ford**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | | - | Security interest<br><br>2012 Ford E-250<br><br>Value $ Unknown | | X | | 13,303.00 | Unknown |
| Account No. **xxxx2D51**<br><br>**HP Financial Services** | | - | 3/10/2014<br><br>Security interest<br><br>Barracuda hardware<br><br>Value $ Unknown | | X | | 69,472.00 | Unknown |
| Account No.<br><br>**HP Financial Services** | | - | 5/8/2014<br><br>Security interest<br><br>Communications equipment<br><br>Value $ Unknown | | X | | 14,717.00 | Unknown |

Sheet __7__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 119,900.00 | 9,774.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Children of America, Inc**                                    ,    Case No. _____
                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx9887** | | | | | 8/21/2012 | | | | | |
| **Key Equipment Finance, Inc.** **1000 S. McCaslin Blvd.** **Superior, CO 80027** | - | | | | Security interest **2006 Chevy Corbell MFSAB** **Bealteon, North Wales, Appleton** | | X | | | |
| | | | | | Value $              **Unknown** | | | | 36,542.00 | Unknown |
| Account No. **xxxxxx6070** | | | | | 7/22/2014 | | | | | |
| **Key Equipment Finance** **PO Box 74713** **Cleveland, OH 44194-0796** | | | | | Security interest **SAGE HR Software** | | X | | | |
| | | | | | Value $              **Unknown** | | | | 131,737.00 | Unknown |
| Account No. **xxxxxx7654** | | | | | 7/26/2013 | | | | | |
| **Key Equipment Finance** **PO Box 74713** **Cleveland, OH 44194-0796** | | | | | Security interest **Cypress Software** | | X | | | |
| | | | | | Value $              **Unknown** | | | | 19,390.00 | Unknown |
| Account No. | | | | | 8/28/2013 | | | | | |
| **Marlin Leasing** **6470 E. Johns Crossing, Ste 430** **Johns Creek, GA 30097** | - | | | | Security interest **School equipment** | | X | | | |
| | | | | | Value $              **Unknown** | | | | 21,454.00 | Unknown |
| Account No. | | | | | 7/25/2013 | | | | | |
| **Marlin Leasing** **6470 E. Johns Crossing, Ste 430** **Johns Creek, GA 30097** | - | | | | Security interest **School equipment** | | X | | | |
| | | | | | Value $              **Unknown** | | | | 32,903.00 | Unknown |

Sheet  **8**   of **12**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal                   | 242,026.00 | 0.00
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Children of America, Inc**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x5768** | | | 7/11/2014 | | | | | |
| Navitas Lease Corp PO Box 3491 Ponte Verda Beach, FL 32204-3491 | | - | Security interest<br><br>School equipment | | | X | | |
| | | | Value $          **Unknown** | | | | **13,871.00** | **Unknown** |
| Account No. **x9382** | | | 9/9/2013 | | | | | |
| Navitas Lease Corp PO Box 3491 Ponte Vedra Beach, FL 32204-3491 | | - | Security interest<br><br>School equipment | | | X | | |
| | | | Value $          **Unknown** | | | | **89,953.00** | **Unknown** |
| Account No. **x9439** | | | 10/8/2013 | | | | | |
| Navitas Lease Corp PO Box 3491 Ponte Vedra Beach, FL 32204-3491 | | - | Security interest<br><br>School equipment | | | X | | |
| | | | Value $          **Unknown** | | | | **110,847.00** | **0.00** |
| Account No. **x4883** | | | 5/16/2014 | | | | | |
| Navitas Lease Corp PO Box 3491 Ponte Vedra Beach, FL 32204-3491 | | - | Security interest<br><br>School equipment | | | X | | |
| | | | Value $          **Unknown** | | | | **77,209.00** | **Unknown** |
| Account No. **x0622** | | | 12/2/2013 | | | | | |
| Royal Bank America Equip. Leasing LP PO Box 3491 Ponte Vedra Beach, FL 32204-3491 | | | Security interest<br><br>Cribs | | | X | | |
| | | | Value $          **Unknown** | | | | **97,830.00** | **0.00** |
| Sheet  **9**  of **12**  continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **389,710.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Children of America, Inc**
_____ ,
                              Debtor

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx9-507** | | | 8/12/2014 | | | | | |
| TCF Equipment Finance 11100 Wayzata Blvd., Suite 801 Minnetonka    , MN 55305 | - | | Security interest 2005 Chevy Collins Orland Park | | X | | | |
| | | | Value $        Unknown | | | | 24,839.00 | Unknown |
| Account No. **xxx-xxxxxx9-506** | | | 5/21/2014 | | | | | |
| TCF Equipment Finance 11100 Wayzata Blvd., Suite 801 Minnetonka    , MN 55305 | - | | Security interest 2006 International IC School Bus Orland Park | | X | | | |
| | | | Value $        Unknown | | | | 29,023.00 | Unknown |
| Account No. **xxx-xxxxxx9-504** | | | 3/10/2014 | | | | | |
| TCF Equipment Finance 11100 Wayzata Blvd., Suite 801 Minnetonka    , MN 55305 | - | | Security interest 2008 Chevy MFSAB Stephens City | | X | | | |
| | | | Value $        Unknown | | | | 173,467.00 | Unknown |
| Account No. **xxx-xxxxxx9-504** | | | Security interest 2006 Chevy MFSAB Bluemont/Winchester | | | | | |
| TCF Equipment Finance 11100 Wayzata Blvd., Suite 801 Minnetonka    , MN 55305 | - | | | | X | | | |
| | | | Value $        Unknown | | | | 32,053.00 | Unknown |
| Account No. **xxxxx4-700** | | | 2/3/2014 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue Minneapolis, MN 55402 | - | | Security Interest 2014 Starcraft Prodigy MFSAB Elicott City, MD | | X | | | |
| | | | Value $        Unknown | | | | 42,603.00 | Unknown |

Sheet  **10**  of  **12**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 301,985.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Children of America, Inc**                                          ,   Case No. _____
                                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx2-700** | | | | 8/13/2014 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue Minneapolis, MN 55402 | - | | | Security Interest 2014 Starcraft Prodigy MFSAB Maineville, OH | | X | | | |
| | | | | Value $          **Unknown** | | | | **46,334.00** | **Unknown** |
| Account No. **xxxxx1-700** | | | | 9/11/2014 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue Minneapolis, MN 55402 | - | | | Security Interest 2009 Starcraft Prodigy MFSAB Port Jefferson, NY | | X | | | |
| | | | | Value $          **Unknown** | | | | **21,596.00** | **Unknown** |
| Account No. **xxxxx5-700** | | | | 8/15/2014 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue Minneapolis, MN 55402 | - | | | Security Interest 2009 Girardin MFSAB St. Charles, IL | | X | | | |
| | | | | Value $          **Unknown** | | | | **21,691.00** | **Unknown** |
| Account No. **xxxxx3-700** | | | | 8/15/2014 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue Minneapolis, MN 55402 | - | | | Security Interest 2014 Starcraft Prodigy MFSAB Oswego, IL | | X | | | |
| | | | | Value $          **Unknown** | | | | **48,435.00** | **Unknown** |
| Account No. **xxxxx3-700** | | | | 10/31/2013 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue Minneapolis, MN 55402 | - | | | Security Interest 2014 Starcraft Prodigy MFSAB Somerset, NJ | | X | | | |
| | | | | Value $          **Unknown** | | | | **46,703.00** | **Unknown** |

Sheet _11_ of _12_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **184,759.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Children of America, Inc**
_____,  Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0-700**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue**<br>**Minneapolis, MN 55402** | | - | 10/2/2014<br><br>**Security Interest**<br><br>**2013 Ford E350 Van Holbrook, MA**<br><br>Value $              **Unknown** | | X | | **25,120.00** | **Unknown** |
| Account No. **xxxxx7-700**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue**<br>**Minneapolis, MN 55402** | | - | 9/17/2013<br><br>**Security Interest**<br><br>**2013 Starcraft Prodigy MFSAB South Elgin, IL**<br><br>Value $              **Unknown** | | X | | **38,177.00** | **Unknown** |
| Account No. **xxxxx2-700**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue**<br>**Minneapolis, MN 55402** | | - | 12/28/2012<br><br>**Security Interest**<br><br>**2012 Starcraft Prodigy MFSAB Powell, OH**<br><br>Value $              **Unknown** | | X | | **39,580.00** | **Unknown** |
| Account No. **xxxxx3-700**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue**<br>**Minneapolis, MN 55402** | | - | 6/24/2014<br><br>**Security Interest**<br><br>**2015 Starcraft Prodigy MFSAB Powell, OH**<br><br>Value $              **Unknown** | | X | | **49,261.00** | **Unknown** |
| Account No. **xxxxx0-002**<br><br>**Western Financial**<br>**PO Box 640, 503 Highway 2 West**<br>**Devils Lake, ND 58301** | | - | 4/13/2014<br><br>**Security interest**<br><br>**Computer equipment**<br><br>Value $              **Unknown** | | X | | **124,492.00** | **Unknown** |

Sheet __12__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 276,630.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 2,878,414.00 | 24,354.00 |

B6E (Official Form 6E) (4/13)

.

In re  **Children of America, Inc**                                    Case No. _____
                                                        ,
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                  **_1_**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Children of America, Inc**                                    ,  Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Revenue Taxes** | | | | | |
| **Ohio State Treasurer 30 E Broad Street 9th Floor Columbus, OH 43215** | - | | | | X | | 7,208.55 | 0.00 / 7,208.55 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 7,208.55 | 0.00 / 7,208.55 |
| Total (Report on Summary of Schedules) | 7,208.55 | 0.00 / 7,208.55 |

B6F (Official Form 6F) (12/07)

In re  **Children of America, Inc**                                    ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Leased Premises Address: 101 East Town Street, Columbus, OH 43215 | | | | |
| **101 Town Cols Ohio, LLC c/o Four Points Real Estate Dev Ltd. 101 East Town Street, Suite 444 Columbus, OH 43215** | - | | | | | | X | | 55,000.00 |
| Account No. | | | | | Lease by and between Children of America (Holbrook), LLC and 140 North Franklin Street LLC | | | | |
| **140 North Franklin Street, LLC 70 Quincy Avenue Quincy, MA 02169** | | | | | Leased Premises Address: 140 North Franklin Street, Holbrook MA 02343 Lease Term: 20 Years (Commensing 06/2009 thru 05/2029) COA, Inc. Guarantor - | | X | | 88,000.00 |
| Account No. | | | | | Lease by and between Children of America (Southampton), LLC and 345 Knowles LP | | | | |
| **345 Knowles LP Attn: Mike Garkinkel 19 Spruce Drive Southampton, PA 18966** | - | | | | Leased Premises Address: 345 Knowles Avenue, Southampton, PA 18966 Lease Term: 15 Years (Commencing 06/2009 thru 05/2024) Guaranty End Date 06/2014 | | X | | 69,000.00 |
| Account No. | | | | | Leased Premises Address: 32 South Liberty Drive, Stony Point, NY 10980 | | | | |
| **52 Church Street 2002, LLC P.O. Box 276 Norwood, NJ 07648** | - | | | | | | X | | 0.00 |

|  |  |  |
|---|---|---|
| __34__ continuation sheets attached | Subtotal (Total of this page) | 212,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**537 Associates, LLC**<br>**1903 Atlantic Avenue**<br>**Manasquan, NJ 08736** | - | | **Leased Premises Address: 1 Schlechtweg Way, Freehold, NJ 07728** | | X | | 300,000.00 |
| Account No.<br><br>**579 Granite Street, LLC**<br>**c/o Rader Properties, Inc.**<br>**80 Washington Street**<br>**Suite J-40**<br>**Norwell, MA 02061** | - | | **Leased Premises Address: 587 Granite Street, Braintree, Ma 02184** | | X | | 0.00 |
| Account No.<br><br>**730 East Elm Associates, L.P. or Assigns**<br>**30 South 15th Street**<br>**Suite 1000**<br>**Philadelphia, PA 19102** | - | | **Leased Premises Address: 730 E. Elm Street, Conshohocken, PA 19428** | | X | | 0.00 |
| Account No.<br><br>**A to Z Party Rental**<br>**426 Stump Road**<br>**Montgomeryville, PA 18936** | - | | 2/20/14<br>Goods sold | | | | 314.64 |
| Account No.<br><br>**A-1 Property Services, Inc.**<br>**P. O. Box 7471**<br>**Aurora, IL 60507** | - | | Various<br>Services Rendered | | | | 4,340.00 |

Sheet no. __1___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                304,654.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                    ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Acadia Chestnut Hill, LLC**<br>**1311 Mamaroneck Avenue**<br>**Suite 260**<br>**White Plains, NY 10605** | - | | **Leased premises: 8701 Germantown Avenue, Philadelphia, PA 19118** | | X | | <br><br><br>0.00 |
| Account No.<br><br>**Acadoa Cortlandt, LLC**<br>**c/o Acadia Realty Trust**<br>**1311 Mamaroneck Ave.**<br>**Suite 260**<br>**White Plains, NY 10605** | - | | **Lease by and between Children of America (Mohegan Lake), LLC and Acadia Cortlandt, LLC**<br>**Leased Premises Address: 3093 East Main Street, Mohegan Lake, NY 10547**<br>**Lease Term: 15 Years**<br>**COA, Inc. Guarantor - $500,000.00** | | X | | <br><br><br>0.00 |
| Account No.<br><br>**Aerials Fint"n"Fun Gymnastics**<br>**238 Schuylkill Road**<br>**Phoenixville, PA 19460** | | | 8/15/14<br>**Services Rendered** | | | | <br><br><br>1,125.00 |
| Account No.<br><br>**Allied Waste Service**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | - | | 12/31/14<br>**Services rendered** | | | | <br><br><br>145.15 |
| Account No.<br><br>**Angelisa di Palma & Pete di Palma**<br>**546 High Gate Avenue**<br>**Chalfont, PA 18914** | - | | **Leased Premises Address: 4139 Ferry Road, Doylestown, PA 18902** | | X | | <br><br><br>0.00 |

Sheet no. __2___ of __34___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 1,270.15 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lease between Children of America (Lindenhurst), LLC and Ashti, LLC for the leased premises located at 40 S. US Highway 45 Lindenhurst, IL 60046 | | | | |
| **Ashti, LLC** PO Box 393 Westmont, IL 60559 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Leased Premises Address: Unit 1A, The Palazzo at Voorhees, 73 State Highway 73, Voorhees Township, NJ 08043 | | | | |
| **Asia International Malls, Inc.** 107 Fairway Terrace Mount Laurel, NJ 08054 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Leased Premises Address: 90 County Line Road, Jackson Township, NJ 08527 | | | | |
| **Asian Real Estate Investment, LLC** Attn: Jacques N. Tran 167 Fairway Terrace Mount Laurel, NJ 08054 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Leased Premises Address: 87-10 Northern Boulevard, Queens, NY 11372 | | | | |
| **Astoria Capital Holdings, LLC** c/o Abramov & Sons, Inc. 2 West 45th Street Suite 1506 New York, NY 10036 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/16/14 Services Rendered | | | | |
| **AT&T** P.O. Box 5080 Carol Stream, IL 60197-5080 | - | | | | | | | |
| | | | | | | | | 170.96 |

Sheet no. __3___ of __34__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)                        170.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**
_____,      Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AT&T<br>P.O. Box 105068<br>Atlanta, GA 30348-5068 | - | | 12/31/14<br>Services rendered | | | | 16.33 |
| Account No.<br><br>Atlas Refrigeration, Inc.<br>720 Heartland Dr<br>Unit N<br>Sugar Grove, IL 60554 | - | | 8/13/14<br>Services rendered | | | | 0.00 |
| Account No.<br><br>Backyard Inflatables<br>P.O. Box 135<br>Clarksburg, MD 20871 | - | | Goods sold | | | | 0.00 |
| Account No.<br><br>Berkshire Hathaway Homestate Companies<br>P.O.Box 881236<br>Attn: Accounting Department<br>San Francisco, CA 94188-1236 | - | | 12/31/14<br>Services rendered | | | | 231.23 |
| Account No.<br><br>BGM Development Corp<br>Attn: Daryl J. Berry, President<br>John Roush<br>42 Hill Road South<br>Pickerington, OH 43147 | - | | Leased Premises Address: 1025 Refugee Road, Pickerington, OH 43147 | X | | | 0.00 |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

247.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                    ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blue Horse, LLC**<br>**170 West Shirley Avenue**<br>**Suite 101**<br>**Warrenton, VA 20186** | - | | **Leased Premises Address: 10628 Courthouse Road, Suite A, Fredericksburg, VA 22407** | | X | | 60,000.00 |
| Account No.<br><br>**Braccia Visitel 2 LLC**<br>**536 Easton Road**<br>**Horsham, PA 19044** | - | | **Leased Premises Address: 1187 York Road, Warminster, PA 18974** | | X | | 0.00 |
| Account No.<br><br>**Braccia Visitel, LLC**<br>**536 Easton Road**<br>**Horsham, PA 19044** | - | | **Leased Premises Address: 386 West Butler Avenue, New Britain, PA 19454** | | X | | 0.00 |
| Account No.<br><br>**Buchanan Ingersoll & Rooney**<br>**301 Grant Street**<br>**20th Floor, One Oxford Center**<br>**Pittsburgh, PA 15219-1410** | - | | **Various**<br>**Services rendered** | | | | 9,738.65 |
| Account No.<br><br>**Bucks County Community College**<br>**Cottage 3**<br>**275 Swamp Road**<br>**Newtown, PA 18940** | - | | **Various**<br>**Services Rendered** | | | | 136.00 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,874.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                          ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bull Run Plaza, LLC**<br>**c/o The Rappaport Management Co.**<br>**8405 Greensboro Drive**<br>**Suite 830**<br>**Mc Lean, VA 22102** | - | | **Leased Premises Address: 11730 Sudley Manor Drive, Manassas, VA 20109** | | X | | 59,000.00 |
| Account No.<br><br>**C. CO. Crain Highway, LLC**<br>**1544 Hornbeam Drive**<br>**Crofton, MD 21114** | - | | **Leased Premises Address: 1131 B-E MD Route 3 North Lane, Gambrills, MD 21054** | | X | | 60,000.00 |
| Account No.<br><br>**Capri Development 16001, LLC**<br>**208 South LaSalle Street**<br>**Suite 1600**<br>**Chicago, IL 60604** | - | | **Leased Premises Address: 16001-3 Weber Road, Crest Hill, IL 60403** | | X | | 0.00 |
| Account No.<br><br>**Careington International Corp**<br>**c/o American General Life Ins Co of DE**<br>**P.O. Box 2568**<br>**Frisco, TX 75034** | - | | | | | | 0.00 |
| Account No.<br><br>**Carriage Lane, LLC**<br>**170 West Shirley Avenue**<br>**Suite 201**<br>**Warrenton, VA 20186** | - | | **Lease by and between Children of America, Inc. and Carriage Lane, LLC**<br>**Premises at 170 West Shirley Avenue, Ste 201, Warrenton, VA 20186**<br>**Lease - 20 years (09/02 - 08/22)** | | X | | 70,000.00 |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **189,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                      ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Insurance services provided | | | | |
| **CIGNA** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Various Services rendered | | | | |
| **CIT Technology FIN Serv, Inc** **21146 Network Place** **Chicago, IL 60673-1211** | - | | | | | | | |
| | | | | | | | | 1,512.90 |
| Account No. | | | | taxes | | | | |
| **City of Columbus** **77 North Front Street** **2nd Floor** **Columbus, OH 43215** | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. xxxxxx5072 | | | | 05/21/14 National Fire Insurance Invoice No.:0012016906 Workers Comp Policy #5085518281 Children of America Ivyland, LLC | | | | |
| **CNA Insurance** **P.O. Box 790094** **Saint Louis, MO 63179-0094** | - | | | | | | | |
| | | | | | | | | 5,207.00 |
| Account No. | | | | Lease by and between Children of America (Flossmoor), LLC and COA Flossmoor, LLC Leased Premises Address: 19814 South Kedzie Avenue, Flossmoor, IL 60422 Lease Term: 15 Years (Commensing on 10/2009 thru 09/2024) COA, Inc. Guarantor - End | | | | |
| **COA Flossmoor, LLC** **1001 E. Main Street** **Suite B** **Saint Charles, IL 60174** | - | | | | | X | | |
| | | | | | | | | 200,000.00 |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

206,719.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Children of America, Inc**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> COA Yorkville, LLC <br> 1001 E. Main St. <br> Suite B <br> Saint Charles, IL 60174 | - | | | Lease by and between Children of America (Yorkville), LLC and COA Yorkville, LLC <br> Leased Premises Address: 741 Prairie Point Drive, Yorkville, IL 60560 <br> Lease Term: 15 Years (Commensing 09/2009 thru 08/2024) <br> COA, Inc. Guarantor - End Date | | X | | 64,000.00 |
| Account No. <br><br> Comcast <br> P.O. Box 3001 <br> Southeastern, PA 19398-3001 | - | | | Various <br> Services provided | | | | 872.93 |
| Account No. <br><br> Comcast <br> P.O. Box 3005 <br> Southeastern, PA 19398-3005 | - | | | various <br> Services provided | | | | 345.36 |
| Account No. <br><br> Community Occupational Health Services <br> 7169 Solution Center <br> Chicago, IL 60677-7001 | - | | | 12/1/14 <br> Services rendered | | | | 141.00 |
| Account No. **xxx-xxxxxx-xxxxxx9598** <br><br> Continental Casualty Company <br> PO Box 59838 <br> Schaumburg, IL 60159-0838 | - | | | 05/19/2014 <br> File No.:0009516174 <br> Children of America, Inc. | | | | 5,938.00 |

Sheet no. __8__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,297.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Leased Premises Address: 130 Summerhill Road, East Brunswick, NJ 08816 | | | | |
| CV Outparcel, LLC 900 Route 9 North Suite 301 Woodbridge, NJ 07095 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Leased Premises Address: Walnut Hills Blvd. (Site #007 (610/328-1700), Glen Mills, PA | | | | |
| Darlington Square Shopping Center, Ltd. c/o National Realty Corporation 1001 Baltimore Pike Springfield, PA 19064 | - | | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/4/14 Services rendered | | | | |
| Data Center 101, LLC 101 East Town Street Suite 301 Columbus, OH 43215 | - | | | | | | | |
| | | | | | | | | 220.00 |
| Account No. | | | | 1/7/15 Services rendered | | | | |
| Deltacom 1058 P.O. Box 2252 Birmingham, AL 35246-1058 | - | | | | | | | |
| | | | | | | | | 1,161.83 |
| Account No. | | | | as needed $10.00 Background checks | | | | |
| Department of Public Welfare | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __9___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,381.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,        Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Various Services rendered | | | | |
| **Direct Energy Business P.O. Box 70220 Philadelphia, PA 19176-0220** | | - | | | | | | **0.00** |
| Account No. | | | | Various Goods sold | | | | |
| **Discount School Supply P.O. Box 6013 Carol Stream, IL 60197-6013** | | - | | | | | | **189,175.47** |
| Account No. | | | | 12/2/14 Services rendered | | | | |
| **Douglas Co. Inc. Box D. 69 Krif Road Keene, NH 03431-0716** | | | | | | | | **247.86** |
| Account No. | | | | 10/23/2012 2011 Ford  E-350 Van Norwood | | | | |
| **Enterprise Fleet Manager Trust 5105 Johnson Road Coconut Creek, FL 33073** | | - | | | | X | | **13,480.00** |
| Account No. | | | | 10/23/2012 2011 Ford  E-350 Van Holbrook | | | | |
| **Enterprise Fleet Manager Trust 5105 Johnson Road Coconut Creek, FL 33073** | | - | | | | X | | **13,480.00** |

Sheet no. __10__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **216,383.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                      ,          Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Leased Premises Address: 9655 Liberia Avenue, Manassas, VA 20110 | | | | |
| **EPC VA 24 LLC** **c/o Aksoylu Properties LLC** **8012 Centreville Road** **Manassas, VA 20111** | - | | | | X | | 59,000.00 |
| Account No. | | | Lease by and between Children of America (Appleton) LLC and Excel Properties, LLC Leased Premises Address: W3117 Springfield Dr., Appleton, WI 54915 Leased Term: 15 Years (Commensing 11/2009 thru 10/2024) COA, Inc Guarantor - End Date 11 | | | | |
| **Excel Properties, LLC** **222 Ohio St.** **Oshkosh, WI 54902** | - | | | | X | | 0.00 |
| Account No. | | | 1/22/15 leasing/financing services | | | | |
| **Ford Credit** **P.O. Box 790093** **Saint Louis, MO 63179-0093** | - | | | | | | 631.69 |
| Account No. | | | 1/1/15 leasing/financing services | | | | |
| **Ford Credit** **P.O. Box 220564** **Pittsburgh, PA 15257-2564** | - | | | | | | 340.26 |
| Account No. | | | Leased Premises Address: 2102 Ben Craig Drive, Charlotte, NC 28262 | | | | |
| **Four D's Realty Corp.** **151 East Tattersail Drive** **Statesville, NC 28677** | - | | | | X | | 0.00 |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          59,971.95

B6F (Official Form 6F) (12/07) - Cont.

In re __Children of America, Inc_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gaddcoe, LLC<br>P.O. Box 1201<br>Dayton, OH 45401 | - | | Leased Premises Address: 875 Gardner Road, Springboro, OH 45066 | | X | | 0.00 |
| Account No. **xxx-xxxxxx1-000**<br><br>Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 | - | | | | X | | 60,716.00 |
| Account No.<br><br>Hewlett Packard Financial Services<br>200 Connell Drive<br>Suite 5000<br>Berkeley Heights, NJ 07922 | - | | 1/2/15<br>Goods sold | | | | 525.61 |
| Account No.<br><br>High Point Commons, LLC<br>1833 Executive Drive<br>Suite 101<br>Oconomowoc, WI 53066 | - | | Lease by and between Children of America (Menomonee Falls), LLC and High Point Commons, LLC<br>Leased Premises Address: N56 W14192 W. Silver Spring Dr., Menomonee, WI 53051<br>Lease Term: 15 Years (Commencing 09/2009 thru 08/2024)<br>COA, Inc. Gu | | X | | 60,000.00 |
| Account No.<br><br>Hockessin Partners, LLC<br>29 East Commons Blvd<br>Suite 100<br>New Castle, DE 19720 | - | | Lease by and between Children of America (Hockessin), LLC and Hockessin Partners, LLC<br>Leased Premises Address: 1127 Valley Road, Hockessin, DE 19707<br>Lease Term: 15 Years (Commencing 10/2008 thru 09/2023)<br>No Guaranty any longer | | X | | 0.00 |

Sheet no. __12__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    121,241.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**
_____,          Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Host.net**<br>**3500 NW Boca Raton Boulevard**<br>**Building 900**<br>**Boca Raton, FL 33431** | - | | | **1/7/15**<br>**Services rendered** | | | | **6,022.23** |
| Account No.<br><br>**Isabella Braccia**<br>**2326 Dubree Avenue**<br>**Warrington, PA 18976** | - | | | **Leased Premises Address: 590 Kansas Road, Warrington, PA 18976** | | X | | **0.00** |
| Account No.<br><br>**Ivyland Jacksonville LP**<br>**618 Street Road**<br>**Southampton, PA 18966** | - | | | **Leased Premises Address: 880 Jacksonville Road, Ivyland, PA 18974** | | X | | **46,000.00** |
| Account No.<br><br>**J. Nazzaro Partnership, L.P., or Assigns**<br>**8 Saxon Avenue**<br>**Suite C**<br>**Bay Shore, NY 11706** | - | | | **Leased Premises Address: 100 Landing Aveue, Smithtown, NY 11787** | | X | | **75,000.00** |
| Account No.<br><br>**James J. Carroll and Mary A. Carroll**<br>**100 Highridge Drive**<br>**Syracuse, NY 13215** | - | | | **Lease between Children of America (Avon), LLC and James J. Carroll and Mary A. Carroll for the lease premises located at 7106 Governor's Row Avon, IN 46123** | | X | | **0.00** |

Sheet no. **13** of **34** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**127,022.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,         Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jan-Pro Cleaning Systems of SE PA**<br>**1035 Virginia Drive**<br>**#210**<br>**Fort Washington, PA 19034** | - | | **Various**<br>**Services rendered** | | | | **26,082.52** |
| Account No.<br><br>**Jan-Pro Cleaning Systems ofthe DE Valley**<br>**410 White Horse Pike**<br>**Haddon Heights, NJ 08035** | - | | **Various**<br>**Services rendered** | | | | **7,093.09** |
| Account No.<br><br>**Jan-Pro of Northern Illinois**<br>**136 Shore Drive**<br>**Willowbrook, IL 60527** | - | | **11/30/14**<br>**Services rendered** | | | | **9,392.50** |
| Account No.<br><br>**Jan-Pro of Washington, DC**<br>**10801 Main Street**<br>**Suite 100**<br>**Fairfax, VA 22030** | - | | **Various**<br>**Services rendered** | | | | **10,258.04** |
| Account No.<br><br>**Jani-King**<br>**16885 Dallas Parkway**<br>**Addison, TX 75001** | - | | **Various**<br>**Services rendered** | | | | **15,457.29** |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,283.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                           , Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lease by and between Children of America (Lansdale), LLC and JGKM Associates LLC | | | | |
| **JGKM Associates, LLC 730 E. Elm Street Conshohocken, PA 19428** | - | | **Leased Premises Address: 581 S Broad Street, Lansdale, PA 19446 Lease Term: 10 Years (Commencing 06/2006 thru 05/2016) No longer a Guranty Note: No rent or** | | X | | **0.00** |
| Account No. | | | **Various Goods sold** | | | | |
| **Kaplan Early Learning Company P.O. Box 609 Lewisville, NC 27023** | - | | | | | | **1,099.76** |
| Account No. | | | Leased Premises Address: US Highway 130 at Princeton, Hightstown Road, East Windsor, NJ 08520 | | | | |
| **Katsifis Realty, LLC 98 Oak Creek Road East Windsor, NJ 08520** | | | | X | X | X | **0.00** |
| Account No. | | | **Various Goods leased** | | | | |
| **Key Equipment Finance P.O. Box 74713 Cleveland, OH 44194-0796** | - | | | | | | **6,851.79** |
| Account No. | | | **Various Goods sold** | | | | |
| **Lakeshore Learning Materials 2695 E Dominguez St Carson, CA 90895** | - | | | | | | **0.00** |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **7,951.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**_____,   Case No. _____

                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Landmark Contracting and Development Co.** <br> **20550 S LaGrange Road** <br> **Suite 310** <br> **Frankfort, IL 60423** | - | | | **Leased Premises Address: 40 S. US Highway 45, Lindenhurst, IL 60046** | | X | | 0.00 |
| Account No. <br><br> **Landmark Contracting and Development Co.** <br> **20550 S LaGrange Road** <br> **Suite 310** <br> **Frankfort, IL 60423** | - | | | **Leased Premises Address: 551 E. Boughton Road, Bolingbrook, IL 60440** | | X | | 0.00 |
| Account No. <br><br> **Landmark Contracting and Development Co.** <br> **20550 S LaGrange Road** <br> **Suite 310** <br> **Frankfort, IL 60423** | - | | | **Leased Premises Address: 175 S. Bloomingdale Road, Bloomingdale, IL 60108** | | X | | 0.00 |
| Account No. <br><br> **Landmark Contracting and Development Co.** <br> **20550 S LaGrange Road** <br> **Suite 310** <br> **Frankfort, IL 60423** | - | | | **Leased Premises Address: W. Lincoln Highway & 78th Avenue, Frankfort, IL 60423** | | X | | 0.00 |
| Account No. <br><br> **Landmark of Lindenhurst, Inc.** <br> **c/o Rick Lewellyan President** <br> **1200 Roosevelt Road** <br> **Suite 150** <br> **Glen Ellyn, IL 60137** | - | | | **Leased Premises Address: 3873 McCoy Drive, Aurora, IL 60504** | | X | | 0.00 |

Sheet no. __16__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Leigh-Burke, LLC<br>Attn: Jim B. Smith<br>100 Sawick Court<br>Spotsylvania, VA 22553 | - | | | Leased Premises Address: 12008 Old Salem Church Road, Fredericksburg, VA 22407 | | | X | 51,000.00 |
| Account No.<br><br>Lizeth Baires<br>3029 Papermill Road<br>Winchester, VA 22601 | - | | | 12/8/14 | | | | 208.00 |
| Account No.<br><br>Lone Star Corporation<br>Attn: Raj Engineer<br>219 Hedge Row Drive<br>Amberson, PA 17210 | - | | | Leased Premises Address: 16723 River Ridge Road, Woodbridge, VA 22191 | | | X | 0.00 |
| Account No.<br><br>M&T at 263 Blackwood Barnsboro Road, LLC<br>1260 Stelton Road<br>Attn: Brian<br>Piscataway, NJ 08854 | - | | | Leased Premises Address: 263 Blackwood Barnsboro Road, Sewell, NJ 08080 | | | X | 0.00 |
| Account No.<br><br>MA Developers, LLC<br>27 Hollybrook Road<br>Paramus, NJ 07652 | - | | | Leased Premises Address: 71 Spring Valley Road, Block 1304, Lot 19, Paramus, NJ 07652 | | | X | 0.00 |

Sheet no. __17__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **51,208.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Leased Premises Address: 16124 S. Lagrange Road, Suite A, Orland Park, IL 60467 | | | | |
| Main Street Village West - 7 LLC 6405 Mira Mesa Boulevard Suite 100 San Diego, CA 92121 | | - | | | | X | | 78,000.00 |
| Account No. | | | | Leased Premises Address: Rt. 70 & Plymouth Drive, Marlton, NJ 08053 | | | | |
| Marlton Joint Venture c/o RD Management, LLC 810 Seventh Avenue 10th Floor New York, NY 10019 | | - | | | | X | | 0.00 |
| Account No. | | | | Leased Premises Address: 14045 Jefferson Davis Highway, Woodbridge, VA 22191 | | | | |
| Marumsco-Jefferson Joint Venture 9161 Liberia Avenue Suite 201 Manassas, VA 20110 | | - | | | | X | | 0.00 |
| Account No. | | | | Leased Premises Address: 271 M Livingston Street, Northvale, NJ 07647 | | | | |
| Maxim Enterprises, LLC P.O. Box 276 Norwood, NJ 07648 | | - | | | | X | | 500,000.00 |
| Account No. | | | | Leased Premises Address: 631 W. Jubal Early Drive, Winchester, VA 22601 | | | | |
| Melco, Inc. 609 Cedar Creek Grade Suite A Winchester, VA 22601 | | - | | | | X | | 51,000.00 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  629,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**

_____,          Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Monster Worldwide, Inc.**<br>**P.O. Box 90364**<br>**Chicago, IL 60696-0364** | - | | | 1/7/15<br>**Services rendered** | | | | 1,187.50 |
| Account No.<br><br>**Montgomery COA, LP**<br>**c/o Penmark Management Company, Inc**<br>**1000 Germantown Pike**<br>**Suite A-2**<br>**Plymouth Meeting, PA 19462** | - | | | **Lease by and between Children of America (North Wales), LLC and Montgomery COA, LP.**<br>**Leased premises address: 1200 Welsh Road North Wales, PA 19454** | | X | | 0.00 |
| Account No.<br><br>**National Grid**<br>**P.O. Box 11791**<br>**Newark, NJ 07101-4791** | - | | | 12/30/14<br>**Services provided** | | | | 1,242.90 |
| Account No.<br><br>**New Berlin City Center II, LLC**<br>**3100 Dundee Road**<br>**Suite 368**<br>**Northbrook, IL 60062** | - | | | **Leased Premises Address: 15155 West National Avenue, New Berlin, WI 53151** | | X | | 0.00 |
| Account No.<br><br>**New Edge Networks**<br>**an Earthlink Company**<br>**Unit 47**<br>**P.O. Box 4800**<br>**Portland, OR 97208** | - | | | **Various**<br>**Services rendered** | | | | 90,000.00 |

Sheet no. __19__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **92,430.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nicholas & Lisa Braccia** <br> **536 Easton Road** <br> **Horsham, PA 19044** | - | | **Leased Premises Address: 1250 Easton Road, Horsham, PA 19044** | | X | | 0.00 |
| Account No. <br><br> **NWC-SPE, LLC** <br> **c/o Trefoil Properties, LP** <br> **1690 Sumneytown Pike** <br> **Suite 240** <br> **Lansdale, PA 19446** | - | | **Lease by and between Children of America (Wilmington), LLC and NWC-SPE, LLC** <br> **Leased Premises Address: 100 Little Falls Drive, Wilmington, DE 19808** <br> **Lease Term: 15 Years (Commensed 08/2009 thru 07/2023)** <br> **COA, Inc. Guarantor - End Date 08/201** | | X | | 0.00 |
| Account No. <br><br> **O'Reilly Enterprises, LLC** <br> **1101 Fox Glen Drive** <br> **Saint Charles, IL 60174** | - | | **Leased Premises Address: 155 Tyler Road, St. Charles, IL 60174** | | X | | 0.00 |
| Account No. <br><br> **Oak Street Investments, LLC** <br> **423 Second Street** <br> **Saint Charles, IL 60174** | - | | **Lease by and between Children of America (North Aurora II), LLC and Oak Street Investments, LLC** <br> **Leased Premises Address: 1125 Oak Street, North Aurora, IL 60542** <br> **Lease Term: 15 Years (Commensing 03/2010 thru 02/2025)** <br> **COA, Inc. Guarantor -** | | X | | 65,000.00 |
| Account No. <br><br> **Ocean Party, LLC** <br> **1910 Highway 55** <br> **Oakhurst, NJ 07755** | - | | **Lease by and between Children of America (Oakhurst), LLC and Ocean Party, LLC** <br> **Leased Premises Address: 1621 Highway 35, Oakhurst, NJ 07755** <br> **Lease Term: 10 Years (Commensing 07/2009 thru 06/2019)** <br> **No Guarantor** | | X | | 0.00 |

Sheet no. __20__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **65,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Children of America, Inc_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Old Main Village, LLC**<br>**156 New Britain Avenue**<br>**Rocky Hill, CT 06067** | - | | **Leased Premises Address: 158 New Britain Avenue, Rocky Hill, CT 06067** | | X | | **0.00** |
| Account No. <br><br>**Orkin Pest Control**<br>**P.O. Box 1504**<br>**Atlanta, GA 30301-1504** | - | | **11/30/14**<br>**Services rendered** | | | | **2,479.90** |
| Account No. <br><br>**PA Department of Revenue**<br>**Bureau of Corporation Taxes**<br>**P.O. Box 280427**<br>**Harrisburg, PA 17128-0427** | - | | **Various**<br>**Taxes** | | | | **149.00** |
| Account No. <br><br>**Paramount Chews landing, LLC**<br>**1195 Rt. 70**<br>**Suite 2000**<br>**Lakewood, NJ 08701** | - | | **Leased Premises Address: 1236 Chews Landing Road, Clementon, NJ 08021**<br>**Lease Term: 15 years from 5/9/2014** | | X | | **0.00** |
| Account No. <br><br>**Pavilion Properties, LLC**<br>**9 Ray Street**<br>**Parsippany, NJ 07054** | - | | **Leased Premises Address: 70 Old Bloomfield Avenue, Parsippany, NJ 07054** | | X | | **0.00** |

Sheet no. __21__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **2,628.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lease by and between Children of America (Stafford), LLC and Phoenix Colonies, LLC Leased Premises Address: 75 Dunn Drive, Stafford, VA 22556 Leased Term: 15 Years (commensing 04/2001 - 03/2022) No Guaranty any longer | | | | |
| Phoenix Colonies, LLC 1477 El Nido Drive Fallbrook, CA 92028 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 1/5/15 Goods sold | | | | |
| Piedmont Natural Gas P.O. Box 660920 Dallas, TX 75266-0920 | | - | | | | | | |
| | | | | | | | | 5.39 |
| Account No. | | | | Leased Premises Address: 2050 East Main Street, Cortlandt Manor, NY 10567 | | | | |
| Pike Plaza Associates, LLC Attn: Lloyd Amster c/o Prime Locations, Inc. 733 Yonkers Avenue Yonkers, NY 10704 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Leased Premises Address: 1661 Route 112, Port Jefferson Station, NY 11776 | | | | |
| PJS Enterprises, LLC c/o Abramov & Sons, Inc. 2 West 45th Street Suite 1506 New York, NY 10036 | | - | | | | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/31/14 Services rendered | | | | |
| PSEGLI P.O. Box 9039 Hicksville, NY 11802-0888 | | - | | | | | | |
| | | | | | | | | 1,570.74 |

Sheet no. __22__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,576.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PSGLI**<br>**P.O. Box 9039**<br>**Hicksville, NY 11802-9039** | - | | **Various**<br>**Services rendered** | | | | 1,570.74 |
| Account No.<br><br>**R. E. Michel Company Inc**<br>**P.O. Box 2318**<br>**Baltimore, MD 21203** | - | | **Various** | | | | 0.00 |
| Account No.<br><br>**Ralph Nussbaumer**<br>**c/o Nussbaumer Real Estate LLC**<br>**70 Main Street**<br>**Suite 11**<br>**Warrenton, VA 20186** | - | | **Leased Premises: 4555 Empire Court, Fredericksburg, VA 22408** | | | X | 100,000.00 |
| Account No.<br><br>**Ralph Nussbaumer**<br>**c/o Nussbaumer Real Estate, LLC**<br>**70 Main Street, Suite 11**<br>**Warrenton, VA 20186** | - | | **Leased premises locatetd at 6223 Patrick Henry Blvd., Bealeton, VA 22712** | | | X | 0.00 |
| Account No.<br><br>**Reading Realty Trust**<br>**20 Rowes Wharf**<br>**Suite 305**<br>**Boston, MA 02110** | - | | **Lease by and between Children of America (Norwood), LLC and Reading Realty Trust**<br>**Leased Premises Address: 76 Vanderbilt Ave, Norwood, MA 02062**<br>**Lease Term: 15 Years (Commensing 08/2009 thru 07/2024)**<br>**COA, Inc. Guarantor - End Date 08/2014** | | | X | 0.00 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **101,570.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Children of America, Inc**                                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sage Software, Inc. 14855 Collecion Center Drive Chicago, IL 60693** | - | | **1/1/15 Services rendered** | | | | 595.16 |
| Account No. **Sarnac Daycare, LLC 3521 McLean Avenue Fairfax, VA 22030** | - | | **Leased Premises Address: Glenkirk Road at Sedge Wren Drive, Gainsville, VA** | | X | | 0.00 |
| Account No. **School Specialty 32656 Collection Center Dr Chicago, IL 60693-0326** | | | **Various Goods sold** | | | | 0.00 |
| Account No. **Setauket Properties, Corp or Assignee 213 Hallock Road Suite 2 Stony Brook, NY 11790** | - | | **Leased Premises Address: 6 South Jersey Avenue, Setauket, NY 11733** | | X | | 250,000.00 |
| Account No. **Shawn Delgado 23 Jefferson Court Pataskala, OH 43062** | - | | **Various Rent owed?** | | | | 4,000.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    254,595.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sherando Towne Centre, LC** <br> **420 West Jubal Early Drive** <br> **Winchester, VA 22601** | - | | Leased Premises Address: 201 Centre Drive, Suite 101, Stephens City, VA 22655 <br> Lease Term: 20 Years (Commensing 03/2007 thru 02/2027) <br> No Guaranty any longer <br> Note: The Amendment in 2009 lists Children of America (Stephens City), LLC not In | | X | | 0.00 |
| Account No. <br><br> **Society for Human Resource Management** <br> **1800 Duke Street** <br> **Alexandria, VA 22314** | - | | 10/8/14 <br> Membership/subscription | | | | 170.00 |
| Account No. <br><br> **Society Insurance** <br> **P.O. Box 1237** <br> **Fond Du Lac, WI 54936-1237** | - | | 12/12/14 <br> Insurance | | | | 2,720.66 |
| Account No. <br><br> **Stonehedge Associates, LLC** <br> **365 Central Avenue** <br> **Scarsdale, NY 10583** | - | | Leased Premises Address: 265 N. Highland Avenue, Suite 103, Nyack, NY 10960 | | X | | 0.00 |
| Account No. <br><br> **STORE Master Funding II, LLC** <br> **Attn: Michael T. Bennett, Exec VP Ops** <br> **8501 E. Princess Drive** <br> **Suite 190** <br> **Scottsdale, AZ 85255** | - | | Leased Premises Address: 750 McLean Blvd., South Elgin, IL 60177 | | X | | 61,974.46 |

Sheet no. __25__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          64,865.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Children of America, Inc**                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. STORE Master Funding II, LLC Attn: Michael T. Bennett, Exec VP Ops 8501 E. Princess Drive Suite 190 Scottsdale, AZ 85255 | - | | Leased Premises Address: 27040 W. 127th Street, Plainfield, IL 60585 | | X | | 23,906.32 |
| Account No. STORE Master Funding II, LLC Attn: Michael T. Bennett, Exec VP Ops 8501 E. Princess Drive Suite 190 Scottsdale, AZ 85255 | - | | Leased Premises Address: 8360 N. High Street, Columbus, OH 43235 | | X | | 45,698.84 |
| Account No. STORE Master Funding II, LLC Attn: Michael T. Bennett Exec VP Ops 8501 E. Princess Drive Suite 190 Scottsdale, AZ 85255 | - | | Leased Premises Address: 13871 Hedgewood Drive, Woodbridge, VA 22191 | | X | | 74,012.36 |
| Account No. STORE Master Funding II, LLC Attn: Michael T. Bennett Exec VP Ops 8501 E. Princess Drive Suite 190 Scottsdale, AZ 85255 | - | | Leased Premises Address: 60 Kelly Drive, Sicklerville, NJ 08081 | | X | | 67,507.90 |
| Account No. STORE Master Funding II, LLC Attn: Michael T. Bennett Exec VP Ops 8501 E. Princess Drive Suite 190 Scottsdale, AZ 85255 | - | | Leased Premises Address: 8870 S. Mayhew Drive, Oak Creek, WI 53154 | | X | | 53,902.98 |

Sheet no. __26__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        265,028.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                    ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **STORE Master Funding II, LLC** <br> **Attn: Michael T. Bennett Exec VP Ops** <br> **8501 E. Princess Drive** <br> **Suite 190** <br> **Scottsdale, AZ 85255** | - | | **Leased Premises Address: 1600 Main Street, Trappe, PA 19426** | | X | | 60,314.43 |
| Account No. <br><br> **STORE Master Funding IV, LLC** <br> **Attn: Michael T. Bennett Exec VP Ops** <br> **8501 E. Princess Drive** <br> **Suite 190** <br> **Scottsdale, AZ 85255** | - | | **Leased Premises Address: 6261 Rivers Bend Drive, Maineville, OH 45039** | | X | | 49,800.91 |
| Account No. <br><br> **Summit Funding Group, Inc.** | - | | | | X | | 0.00 |
| Account No. <br><br> **Sunnyside Realty Investors, LLC** <br> **8900 Keystone Crossing Boulevard** <br> **Suite 650** <br> **Indianapolis, IN 46240** | - | | **Leased Premises Address: 10830 Pendleton Pike, Indianapolis, IN 46236** | | X | | 0.00 |
| Account No. <br><br> **Sysco Boston** <br> **99 Spring Street** <br> **Plympton, MA 02367** | - | | **Various** <br> **Goods sold** | | | | 18,238.30 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     128,353.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,      Case No. _____
                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Goods sold | | | | |
| Sysco Charlotte, LLC 4500 Corporate Drive, NW Concord, NC 28027 | - | | | | | | | |
| | | | | | | | | 4,799.39 |
| Account No. | | | | Various Goods sold | | | | |
| Sysco Chicago, Inc. 250 Wieboldt Drive Des Plaines, IL 60016 | - | | | | | | | |
| | | | | | | | | 26,518.23 |
| Account No. | | | | Various Goods sold | | | | |
| Sysco Cincinnati, LLC 10510 Evendale Drive Cincinnati, OH 45241 | - | | | | | | | |
| | | | | | | | | 6,905.57 |
| Account No. | | | | Various Goods sold | | | | |
| Sysco Eastern Wisconsin One Sysco Drive Jackson, WI 53037-9226 | - | | | | | | | |
| | | | | | | | | 11,453.76 |
| Account No. | | | | Various Goods sold | | | | |
| Sysco Food Services Cleveland P.O. Box 94570 Cleveland, OH 44101-9804 | - | | | | | | | |
| | | | | | | | | 4,553.56 |

Sheet no. __28__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 54,230.51 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Goods sold | | | | |
| **Sysco Indianapolis** 4000 W 62nd Street Indianapolis, IN 46268 | - | | | | | | 11,309.35 |
| Account No. | | | Various Goods sold | | | | |
| **Sysco Long Island** 199 Lowell Avenue Central Islip, NY 11722 | - | | | | | | 7,140.37 |
| Account No. | | | Leased Premises Address: 8020 Village Crest Drive, Ellicott City, MD 21043 | | | | |
| **Taylor Village Family Ltd. Partnership** c/o Phillip J. Gugliotti 4100 College Avenue P.O. Box 396 Ellicott City, MD 21041-0396 | - | | | | X | | 0.00 |
| Account No. | | | Leased Premises Address: 1497 Main Street, Tewksbury, MA 01876 | | | | |
| **Tewksbury Main, LLC** c/o Coffman Realty, Inc 1300 Belmont Street Brockton, MA 02301 | - | | | | X | | 0.00 |
| Account No. | | | Leased Premises Address: 2 South Pointe Lane #105, Fredericksburg, VA 22405 | | | | |
| **Thalhimer Commercial Real Estate** 725 jackson Street Suite 101 Fredericksburg, VA 22401 | - | | | | X | | 59,000.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,449.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6004**<br><br>**The Hartford**<br>**c/o The Hartford Resolution Unit**<br>**PO Box 2024**<br>**Hartford, CT 06145-2024** | - | | **Various**<br>**Insurance**<br>**Policy No.: 076 WEC DS6116 20130701**<br>**Policy Date: 07/01/2013**<br>**Receivable Management Services Corporation**<br>**Claim No.: 451421952-M4**<br>**77 Hartland St., Suite 401**<br>**E. Hartford, CT 06128-0431** | | | | 8,550.35 |
| Account No. **xxxxx4324**<br><br>**The Hartford**<br>**c/o The Hartford Billing Resolution Unit**<br>**P.O. Box 2024**<br>**Hartford, CT 06145-2024** | - | | **Various**<br>**Insurance** | | | | 3,653.26 |
| Account No.<br><br>**The Hartford**<br>**P.O. Box 7247-0234**<br>**Philadelphia, PA 19170-0234** | | | **05/27/14**<br>**Workers comp**<br>**Policy No.: 12 WEC DS6249**<br>**Children of America Aberdeen**<br>**Policy Period: 07/01/13 - 11/01/13** | | | | 3,475.54 |
| Account No. **xxxxx0380**<br><br>**The Hartford**<br>**c/o The Hartford Billing Resolution Unit**<br>**P.O. Box 2024**<br>**Hartford, CT 06145-2024** | - | | **Various**<br>**Policy No.: 076 WEC DS4753 20130621**<br>**Policy Date: 06/21/2013**<br>**RMS-77 Hartland St., Suite 401**<br>**PO Box 280431, E Hartford, CT 06128**<br>**Claim No.: 450482351-XX**<br>**Children of America Charlotte, LLC** | | | | 177.84 |
| Account No. **xxxxx5549**<br><br>**The Hartford**<br>**c/o The Hartford Billing Resolution Unit**<br>**P.O. Box 2024**<br>**Hartford, CT 06145-2024** | | | **Various**<br>**Insurance**<br>**World Wide Child Care Corp.** | | | | 324.27 |

Sheet no. **30** of **34** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,181.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Children of America, Inc**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Hartford** <br>**P.O. Box 7247-0234** <br>**Philadelphia, PA 19170-0234** | - | | **05/23/14** <br>**Workers comp** <br> **Policy No.: 12 WEC DS6116** <br>**Children of America, Inc.** <br>**Policy Period: 07/01/13 - 11/01/13** | | | | **8,550.35** |
| Account No. <br><br>**The Shops at Lancaster, LLC** <br>**12200 Billingsley Road** <br>**Suite 100** <br>**Waldorf, MD 20602** | - | | **Lease by and between Children of America (Waldorf), LLC and The Shops at Lancaster, LLC** <br>**Leased Premises Address: 177 St. Patricks Drive, Waldorf, MD 20603** <br>**Lease Term: 15 Years (Commensing 10/2010 - 09/2025)** <br>**COA, Inc. - End Date 10/2015** | | X | | **61,000.00** |
| Account No. <br><br>**Town of Tewkesbury** <br>**Water and Sewer Division** <br>**P.O. Box 754** <br>**Reading, MA 01867-0405** | - | | **12/31/14** <br>**Services rendered** | | | | **501.99** |
| Account No. <br><br>**Triangle Commercial Properties, LLC** <br>**470 Olde Worthington Road, Suite 101** <br>**Westerville, OH 43082** | - | | **Leased Premises Address: 7560 Sawmill Parkway, Powell, OH 43065** | | X | | **400,000.00** |
| Account No. **xxx2996** <br><br>**US Bank Equipment Finance** <br>**1310 Madrid Street, Suite 101** <br>**Marshall, MN 56258-4002** | - | | **9/9/2013** <br>**Copier equipment** | | X | | **461,580.00** |

Sheet no. __31__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**931,632.34**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,        Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/26/14 | | | | |
| Verizon P.O. Box 660720 Dallas, TX 75266-0720 | - | | | Services rendered | | | | 64.13 |
| Account No. | | | | 1/4/15 | | | | |
| Verizon P.O. Box 17577 Baltimore, MD 21297 | - | | | Services rendered | | | | 71.78 |
| Account No. | | | | 12/1/14 | | | | |
| Village Commons @ Freehold Con 1903 Atlantic Avenue Mantoloking, NJ 08738 | - | | | Services rendered | | | | 2,778.00 |
| Account No. | | | | Various | | | | |
| Virginia Dept of Social Services 801 East Main Street 6th Floor Richmond, VA 23219-2901 | - | | | Services rendered | | | | 21.00 |
| Account No. | | | | services rendered | | | | |
| Washington Gas P.O. Box 37747 Philadelphia, PA 19101-5047 | - | | | | | | | 0.00 |

Sheet no. __32__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,934.91**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Children of America, Inc**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Various<br>Services rendered | | | | |
| **Waste Management, Inc.**<br>P.O. Box 930580<br>Atlanta, GA 31193 | - | | | | | | | 11,882.94 |
| Account No. | | | | Leased Premises: 2501 Old Brick Road, Glen Allen, VA 23060 | | | | |
| **West Broad Village V, LLC**<br>7505 West Sand Lake Road<br>Orlando, FL 32819 | - | | | | | X | | 0.00 |
| Account No. **xxxx3113** | | | | 8/8/2013<br>Computer equipment | | | | |
| **Winthrop Resources Corporation**<br>11100 Wayzata Blvd., Suite 800<br>Hopkins, MN 55305 | - | | | | | X | | 280,203.00 |
| Account No. | | | | Leased Premises Address: 1360 Hwy 34, Aberdeen, NJ 07747 | | | | |
| **Woodcliff/Route 34, LLC**<br>1 Rose Avenue<br>Staten Island, NY 10306 | - | | | | | X | | 0.00 |
| Account No. | | | | Leased Premises Address: 149 Pierce Street, Suite 11, Somerset, NJ 08873 | | | | |
| **World's Fair Drive, LLC**<br>c/o Lone Eagle Management<br>P.O. Box 1235<br>Madison, NJ 07940 | - | | | | | X | | 0.00 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**292,085.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Children of America, Inc**                                    ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Yomtob Office Holdings, LLC**<br>**Attn: Ben Yomtob**<br>**5300 West Atlantic Avenue**<br>**Suite 502**<br>**Delray Beach, FL 33484** | - | | **Leased Premises Address: 5300 West Atlantic Avenue, Suite 700, Delray Beach, FL 33484** | | X | | 0.00 |
| Account No.<br><br>**Zaitek Converged Communication**<br>**205 Wallace Lane**<br>**Fredericksburg, VA 22408** | - | | **Various**<br>**Services rendered** | | | | 593.60 |
| Account No.<br><br>**Zamili, Inc.**<br>**1200 East Roosevvelt Road**<br>**Suite 150**<br>**Glen Ellyn, IL 60137** | - | | **Leased Premises Address: 1311 Farmington Lakes Drive, Oswego, IL 60543** | | X | | 70,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 70,593.60 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 4,758,835.86 |

B6G (Official Form 6G) (12/07)

.

In re   **Children of America, Inc**                                                   ,   Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Angelisa di Palma & Pete di Palma**<br>**546 High Gate Avenue**<br>**Chalfont, PA 18914** | **Leased Premise Address: 4139 Ferry Road**<br>**Doylestown, PA 18902** |
| **Blue Horse, LLC**<br>**170 West Shirley Avenue**<br>**Suite 101**<br>**Warrenton, VA 20186** | **Acct#**<br>**Leased Premises Address: 10628 Courthouse**<br>**Road, Suite A, Fredericksburg, VA 22407** |
| **Braccia Visitel 2 LLC**<br>**536 Easton Road**<br>**Horsham, PA 19044** | **Acct#**<br>**Leased Premises Address: 1187 York Road,**<br>**Warminster, PA 18974** |
| **Braccia Visitel, LLC**<br>**536 Easton Road**<br>**Horsham, PA 19044** | **Acct#**<br>**Leased Premises Address: 386 West Butler**<br>**Avenue, New Britain, PA 19454** |
| **C. CO. Crain Highway, LLC**<br>**1544 Hornbean Drive**<br>**Crofton, MD 21114** | **Leased Premises Address: 16001-3 Weber Road**<br>**Crest Hill, IL 60403** |
| **Carriage Lane, LLC**<br>**170 West Shirley Avenue**<br>**Suite 201**<br>**Warrenton, VA 20186** | **Acct#**<br>**Lease by and between Children of America, Inc.**<br>**and Carriage Lane, LLC**<br>**Premises at 170 West Shirley Avenue, Ste 201,**<br>**Warrenton, VA 20186**<br>**Lease - 20 years (09/02 - 08/22** |
| **Farragut/Worstall Realty, Inc.**<br>**419 Jacksonville Road**<br>**Unit 1**<br>**Hatboro, PA 19040** | **Lease by and between Children of America and**<br>**farragut/Worstall Realty, Inc.**<br>**Leased Premises Address: 419 Jacksonville**<br>**Road, Unit 6, Hatboro, PA 19040**<br>**Lease Term: 5 Years (Commensing 06/2008 thru**<br>**05/2013)**<br>**No Guarantor** |
| **Isabella Braccia**<br>**2326 Dubree Avenue**<br>**Warrington, PA 18976** | **Acct#**<br>**Leased Premises Address: 590 Kansas Road,**<br>**Warrington, PA 18976** |
| **Leigh-Burke, LLC**<br>**Attn: Jim B. Smith**<br>**100 Sawick Court**<br>**Spotsylvania, VA 22553** | **Acct#**<br>**Leased Premises Address: 12008 Old Salem**<br>**Church Road, Fredericksburg, VA 22407** |

**2**
____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Children of America, Inc**_____,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lone Star Corporation**<br>**Attn: Raj Engineer**<br>**219 Hedge Row Drive**<br>**Amberson, PA 17210** | **Acct#**<br>**Leased Premises Address: 16723 River Ridge Road, Woodbridge, VA 22191** |
| **Melco, Inc.**<br>**609 Cedar Creek Grade**<br>**Suite A**<br>**Winchester, VA 22601** | **Acct#**<br>**Leased Premises Address: 631 W. Jubal Early Drive, Winchester, VA 22601** |
| **Mirror Ridge, LLC**<br>**Attn: Mr. Mike Nikzad**<br>**21430 Cedar Drive**<br>**Suite 206**<br>**Sterling, VA 20164** | **Lease by and between Children of America (Sterling), LLC and Mirror Ridge, LLC**<br>**Leased Premises Address: 46586 South Cottage Road, Sterling, VA 20164**<br>**Lease Term: 15 Years (Commensing 03/2009 thru 02/2024)**<br>**COA, Inc. Guarantor - End Date 03/2019** |
| **Ralph Nussbaumer**<br>**c/o Nussbaumer Real Estate LLC**<br>**70 Main Street**<br>**Suite 11**<br>**Warrenton, VA 20186** | **Acct#**<br>**Leased Premises: 4555 Empire Court, Fredericksburg, VA 22408** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett, Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **Acct#**<br>**Leased Premises Address: 750 McLean Blvd., South Elgin, IL 60177** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett, Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **Acct#**<br>**Leased Premises Address: 8360 N. High Street, Columbus, OH 43235** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **Acct#**<br>**Leased Premises Address: 13871 Hedgewood Drive, Woodbridge, VA 22191** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **Acct#**<br>**Leased Premises Address: 60 Kelly Drive, Sicklerville, NJ 08081** |
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **Acct#**<br>**Leased Premises Address: 8870 S. Mayhew Drive, Oak Creek, WI 53154** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Children of America, Inc**                                        ,    Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **STORE Master Funding II, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190**<br>**Scottsdale, AZ 85255** | **Acct#**<br>**Leased Premises Address: 1600 Main Street, Trappe, PA 19426** |
| **STORE Master Funding IV, LLC**<br>**Attn: Michael T. Bennett Exec VP Ops**<br>**8501 E. Princess Drive**<br>**Suite 190** | **Acct#**<br>**Leased Premises Address: 6261 Rivers Bend Drive, Maineville, OH 45039** |
| **Thalhimer Commercial Real Estate**<br>**725 jackson Street**<br>**Suite 101**<br>**Fredericksburg, VA 22401** | **Acct#**<br>**Leased Premises Address: 2 South Pointe Lane #105, Fredericksburg, VA 22405** |

Sheet ___**2**___ of ___**2**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Children of America, Inc**                                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Aberdeen), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**    Leased premises at:**<br>**1360 Hwy 34**<br>**Aberdeen, NJ 07747** | **Woodcliff/Route 34, LLC**<br>**1 Rose Avenue**<br>**Staten Island, NY 10306** |
| **Children of America (Appleton), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**    Leased premises at:**<br>**W3117 Springfield Drive**<br>**Appleton, WI 54915** | **Excel Properties,, LLC**<br>**220 Ohio Street**<br>**Oshkosh, WI 54902** |
| **Children of America (Aurora II), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**    Leased premises at:**<br>**3831 McCoy Drive**<br>**Aurora, IL 60504** | **Niebur Golf Development, LLC**<br>**1330 Quail Lake Loop**<br>**#200**<br>**Colorado Springs, CO 80906** |
| **Children of America (Avon), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**    Leased premises at:**<br>**7106 Governor's Road**<br>**Avon, IN 46123** | **KRK Avon IN, LLC**<br>**c/o Four Points Real Estate Dev Ltd**<br>**101 East Town Street, Ste 444**<br>**Columbus, OH 43215** |
| **Children of America (Bloomingdale), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**    Leased premises at:**<br>**175 S Bloomingdale Road**<br>**Bloomigdale, Il 60108** | **Landmark Contrcting and Development Co**<br>**20550 S. LaGrange road**<br>**Suite 310**<br>**Frankfort, IL 60423** |
| **Children of America (Bolingbrook) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**    Leased premises at:**<br>**551 E. Boughton Road**<br>**Bolingbrook, IL 60440** | **Landmark Contracting and Development Co**<br>**20550 S LaGrange Road**<br>**Suite 310**<br>**Frankfort, IL 60423** |

**10**
____ continuation sheets attached to Schedule of Codebtors

In re    **Children of America, Inc**                                          ,    Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Braintree) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**579 Granite Street**<br>**Braintree, MA 02184** | **579 Granite Street, LLC**<br>**c/o Rader Properties, Inc**<br>**80 Washington Street, J-40**<br>**Norwell, MA 02061** |
| **Children of America (Charlotte), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **2102 Ben Craig Drive**<br>**Charlotte, NC 28262** | **SonShine Properties, LLC**<br>**5413 Rocky River Road**<br>**Charlotte, NC 28215** |
| **Children of America (Clementon), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**1236 Chews Landing Road**<br>**Clementon, NJ 08021** | **Paramount Chews Landing, LLC**<br>**1195 Rte 70**<br>**Suite 2000**<br>**Lakewood, NJ 08701** |
| **Children of America (Conshohocken), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **leased premises at:**<br>**730 E Elm Street**<br>**Conshohocken, PA 19428** | **730 East Elm Associates, LP**<br>**30 South 15th Street**<br>**Suite 1000**<br>**Philadelphia, PA 19102** |
| **Children of America (Cortlandt Manor), L**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Premises at:**<br>**2050 East Main Street**<br>**Cortlandt Manor, NY 10567** | **Pike Plaza Associates LLC**<br>**c/o Prime Location, Inc**<br>**Atn: Lloyd Amster**<br>**733 Yonkers Avenue**<br>**Yonkers, NY 10704** |
| **Children of America (Crest Hill), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**16001-3 Weber Road**<br>**Crest Hill, IL 60403** | **Capri Development 16001, LLC**<br>**208 South LaSalle Street**<br>**Suite 1600**<br>**Chicago, IL 60604** |
| **Children of America (Downtown), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**101 East Town Street**<br>**Columbus, OH 43215** | **101 Town Cols Ohio, LLC**<br>**c/o Four POints Real Estate Dev., Ltd**<br>**101 East Town Street**<br>**Suite 444**<br>**Columbus, OH 43215** |

Sheet   **1**   of   **10**   continuation sheets attached to the Schedule of Codebtors

In re   **Children of America, Inc**                   ,       Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (East Brunswic), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**130 Summerhill Road**<br>**East Brunswick, NJ 08816** | **CV Outparcel, LLC**<br>**c/o The Schultz Organization LLC**<br>**900 Route 9 North**<br>**Suite 301**<br>**Woodbridge, NJ 07095** |
| **Children of America (East Windsor), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**US Highway 130 at Princeton,**<br>**Highstown Road**<br>**East Windsor, NJ 08520** | **Katsifis Realty, LLC**<br>**98 Oak Creek Road**<br>**East Windsor, NJ 08520** |
| **Children of America (Ellicott City), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**8020 Village Crest Drive**<br>**Ellicott City, MD 21043** | **Taylor Village Family LP**<br>**c/o Phillip J Gugliotti**<br>**4100 College Avenue**<br>**Ellicott City, MD 21041-0396** |
| **Children of America (Frankfort), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**W. Lincoln HIghway & 78th Avenue**<br>**Frankfort, IL 60423** | **Landmark Contracting and Development Co**<br>**20550 S LaGrange Road**<br>**Suite 310**<br>**Frankfort, IL 60423** |
| **Children of America (Freehold), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**1 Schlechtweg Way**<br>**Freehold, NJ 07728** | **537 Associates, LLC**<br>**1903 Atlantic Avenue**<br>**Manasquan, NJ 08736** |
| **Children of America (Gainesville), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**Glenkirk Road at Sedge Wren Drive**<br>**Gainesville, VA** | **Sarnac Daycare, LLC**<br>**3521 McLean Avenue**<br>**Fairfax, VA 22030** |

Sheet   **2**   of   **10**   continuation sheets attached to the Schedule of Codebtors

In re   **Children of America, Inc**       ,    Case No. _____

                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Germantown), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**8701 Germantown Avenue**<br>**Philadelphia, PA 19118** | **Acadia Chestnut Hill, LLC**<br>**1311 Mamaroneck Avenue**<br>**Suite 260**<br>**White Plains, NY 10605** |
| **Children of America (Glen Allen), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**2501 Old Brick Road**<br>**Glen Allen, VA 23060** | **West Broad Village V, LLC**<br>**7505 West Sand Lake Road**<br>**Orlando, FL 32819** |
| **Children of America (Glen Mills), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**33 West Baltimore Pike**<br>**Glen Mills, PA 19342** | **Darlington Square Shopping Center, Ltd**<br>**c/o National Realty Corporation**<br>**1001 Baltimore Pike**<br>**Springfield, PA 19064** |
| **Children of America (Hatfield), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**1625 Cowpath Road**<br>**Hatfield, PA 19440** | **Hatfield Crossing LLP**<br>**c/o Maryland Financial Investors, Inc.**<br>**2800 Quarry Lake Drive**<br>**Suite 340**<br>**Baltimore, MD 21209** |
| **Children of America (Indianapolis) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**10830 Pendleton Pike**<br>**Indianapolis, IN 46236** | **Sunnyside Realty Investors, LLC**<br>**8900 Keystone Crossing Boulevard**<br>**Suite 650**<br>**Indianapolis, IN 46240** |
| **Children of America (Ivyland), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**880 Jacksonville Road**<br>**Ivyland, PA 18974** | **Ivyland Jacksonville LP**<br>**618 Street Road**<br>**Southampton, PA 18966** |

Sheet   **3**   of   **10**   continuation sheets attached to the Schedule of Codebtors

In re   **Children of America, Inc**                   ,      Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Jackson), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**90 County Line Road**<br>**Jackson Township, NJ 08527** | **Asian Real Estate Investment, LLC**<br>**Attn: Jacques N. Tran**<br>**167 FAirway Terrace**<br>**Mount Laurel, NJ 08054** |
| **Children of America (Lindenhurst), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises:**<br>**40 S U.S. Highway 45**<br>**Lindenhurst, IL 60046** | **Landmark Contracting and Development Co**<br>**20550 S LaGrange Road**<br>**Suite 310**<br>**Frankfort, IL 60423** |
| **Children of America (Manassas II), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **11730 Sudley Manor Drive**<br>**Manassas, VA 20109** | **Bull Run Plaza, LLC**<br>**c/o The Rappaport Management Co**<br>**8405 Greensboro Drive**<br>**Suite 830**<br>**Mc Lean, VA 22102** |
| **Children of America (Manassas), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Manassas, VA 20111**<br>  **Leased premises at:**<br>**9655 Liberia Avenue**<br>**Manassas, VA 20110** | **EPC VA 24, LLC**<br>**c/o Aksoylu Properties, LLC**<br>**8012 Centreville Road**<br>**Manassas, VA 20111** |
| **Children of America (Marlton II), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**Rt 70 & Plymouth Drive**<br>**Marlton, NJ 08053** | **Marlton Joint Venture**<br>**c/o RD Management, LLC**<br>**810 Seventh Avenue**<br>**10th Floor**<br>**New York, NY 10019** |
| **Children of America (Menomonee Falls) LL**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**N56 W14192 W. Silver Spring Drive**<br>**Menomonee Falls, WI 53051** | **High Point Commons, LLC**<br>**1833 Executive Drive**<br>**Suite 101**<br>**Oconomowoc, WI 53066** |
| **Children of America (Mohegan Lake) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**3093 East Main Street**<br>**Mohegan Lake, NY 10547** | **Acadia Cortlandt, LLC**<br>**c/o Acadia Realty Trust**<br>**1311 Mamaroneck Avenue**<br>**Suite 260**<br>**White Plains, NY 10605** |

Sheet   **4**   of   **10**   continuation sheets attached to the Schedule of Codebtors

In re   **Children of America, Inc**   ,   Case No.   _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (North Aurora II)LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises:**<br>**1125 Oak Street**<br>**North Aurora, IL 60542** | **Main Street Village West - 7, LLC**<br>**6405 Mira Mesa Boulevard**<br>**Suite 100**<br>**San Diego, CA 92121** |
| **Children of America (North Wales), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **1200 Welsh Road**<br>**North Wales, PA 19454** | **Montgomeryh COA LP**<br>**c/o Penmark Management Company**<br>**1000 Germantown Pike**<br>**Suite A-2**<br>**Plymouth Meeting, PA 19462** |
| **Children of America (North Wales), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **leased premises at:**<br>**1200 Welsh Road**<br>**North Wales, PA 19454** | **Montgomery COA LP**<br>**c/o Penmark Management Company**<br>**1000 Germantown Pike**<br>**Suite A-2**<br>**Plymouth Meeting, PA 19462** |
| **Children of America (Northvale) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**271 M Livingston Street**<br>**Northvale, NJ07647** | **Maxim Enterprises, LLC**<br>**P.O. Box 276**<br>**Norwood, NJ 07648** |
| **Children of America (Oswego) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**1311 Farmington Lakes Drive**<br>**Oswego, IL 60543** | **Zamili, Inc**<br>**c/o Gary Fernandez**<br>**1200 Roosevelt Road**<br>**Suite 150**<br>**Glen Ellyn, IL 60137** |
| **Children of America (Paramus), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**71 Spring Valley Road**<br>**Block 1304, Lot 19**<br>**Paramus, NJ 07562** | **MA Developers, LLC**<br>**27 Hollybrook Road**<br>**Paramus, NJ 07652** |

Sheet  **5**  of  **10**  continuation sheets attached to the Schedule of Codebtors

In re    **Children of America, Inc**
_____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Parsippany), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**70 Old Bloomfield Avenue**<br>**Parsippany, NJ 07054** | **Pavilion Properties, LLC**<br>**9 Ray Street**<br>**Parsippany, NJ 07054** |
| **Children of America (Pickerington), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**1025 Refugee Road**<br>**Pickerington, OH 43147** | **BGM Development Corp**<br>**Attn: Daryl J Barry & John Roush**<br>**42 Hill Road South**<br>**Pickerington, OH 43147** |
| **Children of America (Port Jefferson) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**1661 Route 112**<br>**Port Jefferson Station, NY 11776** | **PJS Enterprises, LLC**<br>**c/o Abramov & Sons, Inc**<br>**2 West 45th Street**<br>**Suite 1506**<br>**New York, NY 10036** |
| **Children of America (Powell), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises at:**<br>**7560 Sawmill Parkway**<br>**Powell, OH 43065** | **The Kenney Company, LLC**<br>**470 Olde Worthington Road**<br>**Suite 100**<br>**Westerville, OH 43082** |
| **Children of America (Queens) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**87-10 Northern Boulevard**<br>**Queens, NY 11372** | **Astoria Capital Holdings, LLC**<br>**c/o Abramov & Sons, Inc.**<br>**2 West 45th Street**<br>**Suite 1506**<br>**New York, NY 10036** |
| **Children of America (Rocky Hill), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **leased premises at:**<br>**158 New Britain Avenue**<br>**Rocky Hill, CT 06067** | **Old Main Village, LLC**<br>**156 New Britain Avenue**<br>**Rocky Hill, CT 06067** |

Sheet __**6**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

In re    **Children of America, Inc**
_____,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Setauket), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**   Leased premises at:**<br>**6 South Jersey Avenue**<br>**E. Setauket, NY 11733** | **Setauket Properties, Corp**<br>**213 Hallock Road**<br>**Suite 2**<br>**Stony Brook, NY 11790** |
| **Children of America (Sewell II), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**   leaesd premises at:**<br>**263 Blackwood Barnsboro Road**<br>**Sewell, NU 08080** | **E & R Properties, LLC**<br>**Attn: Harry Patel**<br>**4346 Frankford Avenue**<br>**Philadelphia, PA 19124** |
| **Children of America (Smithtown) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**   Leased premises at:**<br>**100 Landing Avenue**<br>**Smithtown, NY 11787** | **J. Nazzaro Partnership, L.P.**<br>**8 Saxon Avenue**<br>**Suite C**<br>**Bay Shore, NY 11706** |
| **Children of America (Somerset), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**   Leased premises at:**<br>**149 Pierce Street**<br>**Suite 11**<br>**Somerset, NJ 08873** | **World's Fair Drive, LLC**<br>**c/o Lone Eagle Management**<br>**P.O. Box 1235**<br>**Madison, NJ 07940** |
| **Children of America (Southampton) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**   Leased premises at:**<br>**345 Knowles Avenue**<br>**Southampton, PA 18966** | **345 Knowles LP**<br>**19 Spruce Drive**<br>**Southampton, PA 18966** |
| **Children of America (Springboro), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>**   Leased premises at:**<br>**875 Gardner Road**<br>**Springboro, OH 45066** | **Gaddcoe, LLC**<br>**P.O. Box 1201**<br>**Dayton, OH 45401** |

Sheet __7__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re   **Children of America, Inc**

_____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (St Charles) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**155 Tyler Road**<br>**St. Charles, IL 60174** | **O'Reilly Enterprises, LLC**<br>**1101 Fox Glen Drive**<br>**Saint Charles, IL 60174** |
| **Children of America (Sterling) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **46586 S Cottage Road**<br>**Sterling, VA 20164** | **Mirror Ridge, LLC**<br>**Attn: Mr. Mike Nikzad**<br>**21430 Cedar Drive**<br>**Suite 206**<br>**Sterling, VA 20164** |
| **Children of America (Stony Point) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**32 South Liberty Drive**<br>**Stony Point, NY 10980** | **52 Church Street 2002, LLC**<br>**P.O. Box 276**<br>**Attn: Jerry Pucio**<br>**Norwood, NJ 07648** |
| **Children of America (Tewksbury) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**1497 Main Street**<br>**Tewksbury,  01876** | **Tewksbury Main, LLC**<br>**c/o Coffman Realty, Inc.**<br>**1300 Belmont Street**<br>**Brockton, MA 02301** |
| **Children of America (Vastu Commons) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **leased premises at:**<br>**3873 McCoy Drive**<br>**Aurora, IL 60504** | **Landmark Contracting and Development Co**<br>**20550 S LaGrange Road**<br>**Suite 310**<br>**Frankfort, IL 60423** |
| **Children of America (Voorhees), LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**Unit 1A,**<br>**The Palazzo at Voorhees**<br>**73 State Highway73**<br>**Voorhees Township, NJ 08043** | |

Sheet __**8**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

In re   **Children of America, Inc**                    ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of America (Waldorf) LLC**<br>**5300 West Atlantic Ave**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**177 St Patricks Drive**<br>**Waldorf, MD 20603** | **The Shops at Lancaster, LLC**<br>**12200 Billingsley Road**<br>**Suite 100**<br>**Waldorf, MD 20602** |
| **Children of America (Wilmington) LLC**<br>**5300  W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises:**<br>**100 Little Falls Drive**<br>**Wilmington, DE 19808** | **NWC Partners, LLC**<br>**c/o Trefoil Properties, Inc.**<br>**1690 Sumneytown Pike**<br>**Suite 190**<br>**Lansdale, PA 19446** |
| **Children of America (Woodbridge II) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**14045 Jefferson Davis Highway**<br>**Woodbridge, VA 22191** | **Marumsco-Jefferson Joint Venture**<br>**9161 Liberia Avenue**<br>**Suite 201**<br>**Manassas, VA 20110** |
| **Children of America (Woodbridge), LLC**<br>**5300 West Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased Premise: 16723 River Ridge Road**<br>**Woodbridge, VA 22191** | **Lone-Star Corporation**<br>**Attn: Raj Engineer**<br>**219 Hedge Row Drive**<br>**Amberson, PA 17210** |
| **Children of America Norwood LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **Leased premises at:**<br>**76 Vanderbilt Avenue**<br>**Norwood, MA 02062** | **Reading Realty Trust**<br>**20 Rowes Wharf**<br>**Suite 305**<br>**Boston, MA 02110** |
| **Children of Amreica (New Berlin) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>   **leased premises at:**<br>**15155 West National Avenue**<br>**New Berlin, WI 53151** | **New Berlin City Center II, LLC**<br>**3100 Dundee Road**<br>**Suite 308**<br>**Northbrook, IL 60062** |

Sheet  **9**  of  **10**  continuation sheets attached to the Schedule of Codebtors

In re    **Children of America, Inc**                                            ,    Case No. _____
_____
                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Children of Amrica (Orland Park II) LLC**<br>**5300 W Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased premises:**<br>**16124 S LaGrange Road**<br>**Suite A**<br>**Orland Park, IL 60467** | **Main Street Village West-7 LLC**<br>**6405 Mira Mesa Boulevard**<br>**Suite 100**<br>**San Diego, CA 92121** |
| **Thad Pryor**<br>**5300 West Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased Premises: 16723 River Ridge Road**<br>**Woodbridge, VA 22191** | **Lone-Star Corporation**<br>**Attn: Raj Engineer**<br>**219 Hedge Row Drive**<br>**Amberson, PA 17210** |
| **Thad Pryor**<br>**5300 West Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484**<br>  **Leased Premises: Corporate Offices at 16723**<br>**River Ridge Road Woodbridge, VA 22191** | **Yomtob Office Holdings, LLC**<br>**Attn: Bob Yomtob**<br>**5300 West Atltantic Avenue**<br>**Suite 502**<br>**Delray Beach, FL 33484** |

Sheet __10__ of __10__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Children of America, Inc** _____  Case No. _____
                                    Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**73**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  4, 2015** _____     Signature   **/s/ Joe Letzelter** _____
                                                          **Joe Letzelter**
                                                          **Executive Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re **Children of America, Inc** \
Debtor(s)

Case No. \
Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None \
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

**2. Income other than from employment or operation of business**

None \
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                            NAME USED                                            DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS         NAME AND ADDRESS OF         DATE OF         ENVIRONMENTAL
                              GOVERNMENTAL UNIT           NOTICE          LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS         NAME AND ADDRESS OF         DATE OF         ENVIRONMENTAL
                              GOVERNMENTAL UNIT           NOTICE          LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                           DOCKET NUMBER                           STATUS OR DISPOSITION

---

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Children of America, Inc.** | 27-1883213 | **5300 West Atlantic Avenue Suite 700 Delray Beach, FL 33484** | **Owns 90% of Children Fun Holdings, LLC.** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Chris Eswine, CPA
(in house)**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED
**Chris Eswine, CPA          (in house)**

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
**Chris Eswine, CPA                          (in house)**

B7 (Official Form 7) (04/13)
7

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                          DATE ISSUED

---

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None
■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                 NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                  RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Worldwide Child Care Corp** | | **Parent-86% of common stock** |
| | | **President-Jim Perretty** |
| | | **CFO-Christopher Eswine** |
| | | **Chairman-Anthony J. Pryor** |
| | | **Secretary-Joshua Lemin** |
| **Children of America, Inc.** | | **President-Jim Perretty** |
| **5300 West Atlantic Avenue** | | **CFO-Christopher Eswine** |
| **Suite 700** | | **Chairman-Anthony J. Pryor** |
| **Delray Beach, FL 33484** | | **Secretary-Joshua Lemin** |

---

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                         DATE OF WITHDRAWAL

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                            DATE OF TERMINATION

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Worldwide Child Care Corp.** | **22-3809649** |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March  4, 2015**          Signature  **/s/ Joe Letzelter**

**Joe Letzelter**
**Executive Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Children of America, Inc**    Case No.
_____    Chapter    **11**
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **0.00** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **To be paid from a Third Party Affiliate as approved.**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):    **To be paid from a Third Party Affiliate as approved.**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**March  4, 2015**
_____
Dated

/s/ Charles M. Tatelbaum, Esq.
_____
Attorney for Debtor(s):
**Charles M. Tatelbaum, Esq. 177540**
**Tripp Scott, P.A.**
**110 S.E. 6th Street**
**15th Floor**
**Fort Lauderdale, FL 33301**
**954.525.7500**

# United States Bankruptcy Court
## Southern District of Florida

In re   **Children of America, Inc**                                  ,                Case No. _____

                                Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A.S.C. Enterprises** **c/o Frank Cantatore** **158 Westmoreland Ave.** **White Plains, NY 10606-2321** | **Shares** | **1,000** | **Shareholder** |
| **Ashley Ziviello, Jr.** **41250 Stone School Lane** **Leesburg, VA 20175-6459** | **Shares** | **2,000** | **Shareholder** |
| **Beverlyann Courville** **214 Freeman Road** **Charlton, MA 01507-1384** | **Shares** | **2,000** | **Shareholder** |
| **Charlie and Patsy Conner** **214 Cattle Scales Rd.** **Waynesboro, VA 22980-6375** | **Shares** | **2,000** | **Shareholder** |
| **Daniel Stanko** **5705 Oak Knoll Lane** **Midlothian, VA 23112** | **Shares** | **2,000** | **Shareholder** |
| **Daniel Stanko** **5705 Oak Knoll Lane** **Midlothian, VA 23112** | **Shares** | **2,000** | **Shareholder** |
| **Doni Batchelor, Jr.** **4913 Brooke Court** **Mobile, AL 36618** | **Shares** | **5,000** | **Shareholder** |
| **Frank Fulmer** **136 Hill Road** **Barto, PA 19504-9227** | **Shares** | **1,000** | **Shareholder** |
| **George Bockstael** **122 Torrey Road** **Wakefield, RI 02879-1928** | **Shares** | **3,000** | **Shareholder** |
| **Grace Pierpont** **215 Belmont Forest Court** **Timonium, MD 21093-7792** | **Shares** | **1,000** | **Shareholder** |
| **Howard McCafferty** **201 North Iowa St** **Solon, IA 52333** | **Shares** | **2,000** | **Shareholder** |

  **2**____ continuation sheets attached to List of Equity Security Holders

In re    **Children of America, Inc**                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jim Perretty**<br>**10675 NW 69th Place**<br>**Parkland, FL 33076** | **Shares** | **10,000** | **Shareholder** |
| **John Caras**<br>**3400 Galt Ocean Drive**<br>**Fort Lauderdale, FL 33308-7043** | **Shares** | **50,000** | **Shareholder** |
| **Kenneth Crowshaw**<br>**1807 Palliser Drive SW**<br>**Calgary, Alberta    Canada T2V 4C4** | **Shares** | **2,000** | **Shareholder** |
| **Kurt Ebert**<br>**15 N. Presidential Boulevard**<br>**Bala Cynwyd, PA 19004-1006** | **Shares** | **1,000** | **Shareholder** |
| **McNary Family Trust**<br>**18 Evergreen Drive**<br>**Orinda, CA 94563-3115** | **Shares** | **3,000** | **Shareholder** |
| **McNary Family Trust**<br>**18 Evergreen Drive**<br>**Orinda, CA 94563-3115** | **Shares** | **3,000** | **Shareholder** |
| **Phil Cantore**<br>**7039 NW 75th Street**<br>**Parkland, FL 33067-3976** | **Shares** | **10,000** | **Shareholder** |
| **Porfirio Funtila**<br>**5212 Graymoss Road**<br>**Richmond, VA 23234-2864** | **Shares** | **2,000** | **Shareholder** |
| **Robert Park**<br>**5310 47a Avenue**<br>**Wetaskiwin, Alberta    Canada T9A 2L7** | **Shares** | **3,000** | **Shareholder** |
| **Robert Pearson**<br>**508 Scott Street East**<br>**Strathroy,Ontario    Canada N76 1K5** | **Shares** | **3,000** | **Shareholder** |
| **Robert Reed**<br>**3067 Conestoga Road**<br>**Glenmoore, PA 19343** | **Shares** | **1,000** | **Shareholder** |
| **Ross Pierpont**<br>**215 Belmont Forest Court**<br>**Timonium, MD 21093-7792** | **Shares** | **1,000** | **Shareholder** |
| **Scott Chelootz**<br>**6602 Twin Lead Drive**<br>**Spring, TX 77379** | **Shares** | **1,500** | **Shareholder** |

Sheet  __1__  of  __2__  continuation sheets attached to the List of Equity Security Holders

In re    **Children of America, Inc**

_____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TJP Corp.**<br>**5300 West Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484** | **Shares** | **950,000** | **Shareholder** |
| **V&B Property Invest.**<br>**9215 Orco Parkway Ste B**<br>**Riverside, CA 92509-0903** | **Shares** | **1,000** | **Shareholder** |
| **Violeta Francisco**<br>**22232 Byron Way**<br>**Lake Forest, CA 92630-7308** | **Shares** | **2,000** | **Shareholder** |
| **Wei Dong Pei**<br>**548 Coyote Canyon Way**<br>**Brea, CA 92821-3530** | **Shares** | **3,000** | **Shareholder** |
| **Worldwide Child Care Corp**<br>**5300 West Atlantic Avenue**<br>**Suite 700**<br>**Delray Beach, FL 33484** | **Shares** | **13,315,152** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_\_**March  4, 2015**_____    Signature **/s/ Joe Letzelter**_____

**Joe Letzelter**
**Executive Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet\_\_**2**\_\_ of \_\_**2**\_\_ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **Children of America, Inc**                             Case No.

                                        Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  4, 2015**                    **/s/ Joe Letzelter**

                                                 **Joe Letzelter**/**Executive Vice President**
                                                 Signer/Title

101 Town Cols Ohio, LLC
c/o Four Points Real Estate Dev Ltd.
101 East Town Street,
Suite 444
Columbus, OH 43215


140 North Franklin Street, LLC
70 Quincy Avenue
Quincy, MA 02169


345 Knowles LP
Attn: Mike Garkinkel
19 Spruce Drive
Southampton, PA 18966


52 Church Street 2002, LLC
P.O. Box 276
Norwood, NJ 07648


537 Associates, LLC
1903 Atlantic Avenue
Manasquan, NJ 08736


579 Granite Street, LLC
c/o Rader Properties, Inc.
80 Washington Street
Suite J-40
Norwell, MA 02061


730 East Elm Associates, L.P. or Assigns
30 South 15th Street
Suite 1000
Philadelphia, PA 19102


A to Z Party Rental
426 Stump Road
Montgomeryville, PA 18936


A-1 Property Services, Inc.
P. O. Box 7471
Aurora, IL 60507


Acadia Chestnut Hill, LLC
1311 Mamaroneck Avenue
Suite 260
White Plains, NY 10605

Acadoa Cortlandt, LLC
c/o Acadia Realty Trust
1311 Mamaroneck Ave.
Suite 260
White Plains, NY 10605


Aerials Fint"n"Fun Gymnastics
238 Schuylkill Road
Phoenixville, PA 19460


Allied Waste Service
P.O. Box 9001099
Louisville, KY 40290-1099


Angelisa di Palma & Pete di Palma
546 High Gate Avenue
Chalfont, PA 18914


Angelisa di Palma & Pete di Palma
546 High Gate Avenue
Chalfont, PA 18914


Ashti, LLC
PO Box 393
Westmont, IL 60559


Asia International Malls, Inc.
107 Fairway Terrace
Mount Laurel, NJ 08054


Asian Real Estate Investment, LLC
Attn: Jacques N. Tran
167 Fairway Terrace
Mount Laurel, NJ 08054


Astoria Capital Holdings, LLC
c/o Abramov & Sons, Inc.
2 West 45th Street
Suite 1506
New York, NY 10036


AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

AT&T
P.O. Box 105068
Atlanta, GA 30348-5068


Atlas Refrigeration, Inc.
720 Heartland Dr
Unit N
Sugar Grove, IL 60554


Backyard Inflatables
P.O. Box 135
Clarksburg, MD 20871


Berkshire Hathaway Homestate Companies
P.O.Box 881236
Attn: Accounting Department
San Francisco, CA 94188-1236


BGM Development Corp
Attn: Daryl J. Berry, President
John Roush
42 Hill Road South
Pickerington, OH 43147


Blue Horse, LLC
170 West Shirley Avenue
Suite 101
Warrenton, VA 20186


Blue Horse, LLC
170 West Shirley Avenue
Suite 101
Warrenton, VA 20186


Braccia Visitel 2 LLC
536 Easton Road
Horsham, PA 19044


Braccia Visitel 2 LLC
536 Easton Road
Horsham, PA 19044


Braccia Visitel, LLC
536 Easton Road
Horsham, PA 19044

Braccia Visitel, LLC
536 Easton Road
Horsham, PA 19044


Bryn Mawr Funding
3629 N. 799 E. Suite 200
Ogden, UT 84414


Buchanan Ingersoll & Rooney
301 Grant Street
20th Floor, One Oxford Center
Pittsburgh, PA 15219-1410


Bucks County Community College
Cottage 3
275 Swamp Road
Newtown, PA 18940


Bull Run Plaza, LLC
c/o The Rappaport Management Co.
8405 Greensboro Drive
Suite 830
Mc Lean, VA 22102


C. CO. Crain Highway, LLC
1544 Hornbeam Drive
Crofton, MD 21114


C. CO. Crain Highway, LLC
1544 Hornbean Drive
Crofton, MD 21114


Capri Development 16001, LLC
208 South LaSalle Street
Suite 1600
Chicago, IL 60604


Careington International Corp
c/o American General Life Ins Co of DE
P.O. Box 2568
Frisco, TX 75034


Carriage Lane, LLC
170 West Shirley Avenue
Suite 201
Warrenton, VA 20186

Carriage Lane, LLC
170 West Shirley Avenue
Suite 201
Warrenton, VA 20186


Children of America (Aberdeen), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Appleton), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Aurora II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Avon), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Bloomingdale), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Bolingbrook) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Braintree) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Charlotte), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484

Children of America (Clementon), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Conshohocken), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Cortlandt Manor), L
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Crest Hill), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Downtown), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (East Brunswic), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (East Windsor), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Ellicott City), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Frankfort), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484

Children of America (Freehold), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Gainesville), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Germantown), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Glen Allen), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Glen Mills), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Hatfield), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Indianapolis) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Ivyland), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Jackson), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484

```
Children of America (Lindenhurst), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Manassas II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Manassas), LLC
5300 W Atlantic Avenue
Suite 700
Manassas, VA 20111


Children of America (Marlton II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Menomonee Falls) LL
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Mohegan Lake) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (North Aurora II)LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (North Wales), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (North Wales), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484
```

Children of America (Northvale) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Oswego) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Paramus), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Parsippany), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Pickerington), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Port Jefferson) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Powell), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Queens) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Rocky Hill), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484

Children of America (Setauket), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Sewell II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Smithtown) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Somerset), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Southampton) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Springboro), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (St Charles) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Sterling) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Stony Point) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484

Children of America (Tewksbury) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Vastu Commons) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Voorhees), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Waldorf) LLC
5300 West Atlantic Ave
Suite 700
Delray Beach, FL 33484


Children of America (Wilmington) LLC
5300  W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Woodbridge II) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America (Woodbridge), LLC
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of America Norwood LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Children of Amreica (New Berlin) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484

Children of Amrica (Orland Park II) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484


CIGNA


CIT Technology FIN Serv, Inc
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Financing Services
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Financing Services
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Financing Services
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Financing Services
21146 Network Place
Chicago, IL 60673-1211


City of Columbus
77 North Front Street
2nd Floor
Columbus, OH 43215


CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094


COA Flossmoor, LLC
1001 E. Main Street
Suite B
Saint Charles, IL 60174

COA Yorkville, LLC
1001 E. Main St.
Suite B
Saint Charles, IL 60174


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


Comcast
P.O. Box 3005
Southeastern, PA 19398-3005


Community Occupational Health Services
7169 Solution Center
Chicago, IL 60677-7001


Continental Casualty Company
PO Box 59838
Schaumburg, IL 60159-0838


CV Outparcel, LLC
900 Route 9 North
Suite 301
Woodbridge, NJ 07095


Darlington Square Shopping Center, Ltd.
c/o National Realty Corporation
1001 Baltimore Pike
Springfield, PA 19064


Data Center 101, LLC
101 East Town Street
Suite 301
Columbus, OH 43215


Deltacom 1058
P.O. Box 2252
Birmingham, AL 35246-1058


Department of Public Welfare

```
Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177
```

```
Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19176-0220
```

Discount School Supply
P.O. Box 6013
Carol Stream, IL 60197-6013

Douglas Co. Inc.
Box D. 69 Krif Road
Keene, NH 03431-0716

Enterprise Fleet Manager Trust
5105 Johnson Road
Coconut Creek, FL 33073

Enterprise Fleet Manager Trust
5105 Johnson Road
Coconut Creek, FL 33073

EPC VA 24 LLC
c/o Aksoylu Properties LLC
8012 Centreville Road
Manassas, VA 20111

Excel Properties, LLC
222 Ohio St.
Oshkosh, WI 54902

Farragut/Worstall Realty, Inc.
419 Jacksonville Road
Unit 1
Hatboro, PA 19040

Ford
PO Box 790093
Saint Louis, MO 63179-0093

Ford
PO Box 790093
Saint Louis, MO 63179-0093

Ford
PO Box 790093
Saint Louis, MO 63179-0093

Ford
PO Box 790093
Saint Louis, MO 63179-0093

```
Ford
PO Box 790093
Saint Louis, MO 63179-0093


Ford
PO Box 790093
Saint Louis, MO 63179-0093


Ford
PO Box 790093
Saint Louis, MO 63179-0093


Ford
PO Box 650575
Dallas, TX 75265-0575


Ford
PO Box 790093
Saint Louis, MO 63179-0093


Ford
PO Box 790093
Saint Louis, MO 63179-0093


Ford
PO Box 790093
Saint Louis, MO 63179-0093


Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564


Four D's Realty Corp.
151 East Tattersail Drive
Statesville, NC 28677


Gaddcoe, LLC
P.O. Box 1201
Dayton, OH 45401
```

Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831


Hewlett Packard Financial Services
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922


High Point Commons, LLC
1833 Executive Drive
Suite 101
Oconomowoc, WI 53066


Hockessin Partners, LLC
29 East Commons Blvd
Suite 100
New Castle, DE 19720


Host.net
3500 NW Boca Raton Boulevard
Building 900
Boca Raton, FL 33431


HP Financial Services


HP Financial Services


Isabella Braccia
2326 Dubree Avenue
Warrington, PA 18976


Isabella Braccia
2326 Dubree Avenue
Warrington, PA 18976


Ivyland Jacksonville LP
618 Street Road
Southampton, PA 18966

J. Nazzaro Partnership, L.P., or Assigns
8 Saxon Avenue
Suite C
Bay Shore, NY 11706


James J. Carroll and Mary A. Carroll
100 Highridge Drive
Syracuse, NY 13215


Jan-Pro Cleaning Systems of SE PA
1035 Virginia Drive
#210
Fort Washington, PA 19034


Jan-Pro Cleaning Systems ofthe DE Valley
410 White Horse Pike
Haddon Heights, NJ 08035


Jan-Pro of Northern Illinois
136 Shore Drive
Willowbrook, IL 60527


Jan-Pro of Washington, DC
10801 Main Street
Suite 100
Fairfax, VA 22030


Jani-King
16885 Dallas Parkway
Addison, TX 75001


JGKM Associates, LLC
730 E. Elm Street
Conshohocken, PA 19428


Kaplan Early Learning Company
P.O. Box 609
Lewisville, NC 27023


Katsifis Realty, LLC
98 Oak Creek Road
East Windsor, NJ 08520

Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796


Key Equipment Finance, Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Lakeshore Learning Materials
2695 E Dominguez St
Carson, CA 90895


Landmark Contracting and Development Co.
20550 S LaGrange Road
Suite 310
Frankfort, IL 60423


Landmark Contracting and Development Co.
20550 S LaGrange Road
Suite 310
Frankfort, IL 60423


Landmark Contracting and Development Co.
20550 S LaGrange Road
Suite 310
Frankfort, IL 60423


Landmark Contracting and Development Co.
20550 S LaGrange Road
Suite 310
Frankfort, IL 60423


Landmark of Lindenhurst, Inc.
c/o Rick Lewellyan President
1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137

```
Leigh-Burke, LLC
Attn: Jim B. Smith
100 Sawick Court
Spotsylvania, VA 22553


Leigh-Burke, LLC
Attn: Jim B. Smith
100 Sawick Court
Spotsylvania, VA 22553


Lizeth Baires
3029 Papermill Road
Winchester, VA 22601


Lone Star Corporation
Attn: Raj Engineer
219 Hedge Row Drive
Amberson, PA 17210


Lone Star Corporation
Attn: Raj Engineer
219 Hedge Row Drive
Amberson, PA 17210


M&T at 263 Blackwood Barnsboro Road, LLC
1260 Stelton Road
Attn: Brian
Piscataway, NJ 08854


MA Developers, LLC
27 Hollybrook Road
Paramus, NJ 07652


Main Street Village West - 7 LLC
6405 Mira Mesa Boulevard
Suite 100
San Diego, CA 92121


Marlin Leasing
6470 E. Johns Crossing, Ste 430
Johns Creek, GA 30097


Marlin Leasing
6470 E. Johns Crossing, Ste 430
Johns Creek, GA 30097
```

Marlton Joint Venture
c/o RD Management, LLC
810 Seventh Avenue
10th Floor
New York, NY 10019


Marumsco-Jefferson Joint Venture
9161 Liberia Avenue
Suite 201
Manassas, VA 20110


Maxim Enterprises, LLC
P.O. Box 276
Norwood, NJ 07648


Melco, Inc.
609 Cedar Creek Grade
Suite A
Winchester, VA 22601


Melco, Inc.
609 Cedar Creek Grade
Suite A
Winchester, VA 22601


Mirror Ridge, LLC
Attn: Mr. Mike Nikzad
21430 Cedar Drive
Suite 206
Sterling, VA 20164


Monster Worldwide, Inc.
P.O. Box 90364
Chicago, IL 60696-0364


Montgomery COA, LP
c/o Penmark Management Company, Inc
1000 Germantown Pike
Suite A-2
Plymouth Meeting, PA 19462


National Grid
P.O. Box 11791
Newark, NJ 07101-4791

Navitas Lease Corp
PO Box 3491
Ponte Verda Beach, FL 32204-3491


Navitas Lease Corp
PO Box 3491
Ponte Vedra Beach, FL 32204-3491


Navitas Lease Corp
PO Box 3491
Ponte Vedra Beach, FL 32204-3491


Navitas Lease Corp
PO Box 3491
Ponte Vedra Beach, FL 32204-3491


New Berlin City Center II, LLC
3100 Dundee Road
Suite 368
Northbrook, IL 60062


New Edge Networks
an Earthlink Company
Unit 47
P.O. Box 4800
Portland, OR 97208


Nicholas & Lisa Braccia
536 Easton Road
Horsham, PA 19044


NWC-SPE, LLC
c/o Trefoil Properties, LP
1690 Sumneytown Pike
Suite 240
Lansdale, PA 19446


O'Reilly Enterprises, LLC
1101 Fox Glen Drive
Saint Charles, IL 60174


Oak Street Investments, LLC
423 Second Street
Saint Charles, IL 60174

Ocean Party, LLC
1910 Highway 55
Oakhurst, NJ 07755


Ohio State Treasurer
30 E Broad Street
9th Floor
Columbus, OH 43215


Old Main Village, LLC
156 New Britain Avenue
Rocky Hill, CT 06067


Orkin Pest Control
P.O. Box 1504
Atlanta, GA 30301-1504


PA Department of Revenue
Bureau of Corporation Taxes
P.O. Box 280427
Harrisburg, PA 17128-0427


Paramount Chews landing, LLC
1195 Rt. 70
Suite 2000
Lakewood, NJ 08701


Pavilion Properties, LLC
9 Ray Street
Parsippany, NJ 07054


Phoenix Colonies, LLC
1477 El Nido Drive
Fallbrook, CA 92028


Piedmont Natural Gas
P.O. Box 660920
Dallas, TX 75266-0920


Pike Plaza Associates, LLC
Attn: Lloyd Amster
c/o Prime Locations, Inc.
733 Yonkers Avenue
Yonkers, NY 10704

PJS Enterprises, LLC
c/o Abramov & Sons, Inc.
2 West 45th Street
Suite 1506
New York, NY 10036


PSEGLI
P.O. Box 9039
Hicksville, NY 11802-0888


PSGLI
P.O. Box 9039
Hicksville, NY 11802-9039


R. E. Michel Company Inc
P.O. Box 2318
Baltimore, MD 21203


Ralph Nussbaumer
c/o Nussbaumer Real Estate LLC
70 Main Street
Suite 11
Warrenton, VA 20186


Ralph Nussbaumer
c/o Nussbaumer Real Estate, LLC
70 Main Street, Suite 11
Warrenton, VA 20186


Ralph Nussbaumer
c/o Nussbaumer Real Estate LLC
70 Main Street
Suite 11
Warrenton, VA 20186


Reading Realty Trust
20 Rowes Wharf
Suite 305
Boston, MA 02110


Royal Bank America Equip. Leasing LP
PO Box 3491
Ponte Verda Beach, FL 32204-3491

Sage Software, Inc.
14855 Collecion Center Drive
Chicago, IL 60693


Sarnac Daycare, LLC
3521 McLean Avenue
Fairfax, VA 22030


School Specialty
32656 Collection Center Dr
Chicago, IL 60693-0326


Setauket Properties, Corp or Assignee
213 Hallock Road
Suite 2
Stony Brook, NY 11790


Shawn Delgado
23 Jefferson Court
Pataskala, OH 43062


Sherando Towne Centre, LC
420 West Jubal Early Drive
Winchester, VA 22601


Society for Human Resource Management
1800 Duke Street
Alexandria, VA 22314


Society Insurance
P.O. Box 1237
Fond Du Lac, WI 54936-1237


Stonehedge Associates, LLC
365 Central Avenue
Scarsdale, NY 10583


STORE Master Funding II, LLC
Attn: Michael T. Bennett, Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255

```
STORE Master Funding II, LLC
Attn: Michael T. Bennett, Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett, Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett, Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett, Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255
```

```
STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding IV, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255


STORE Master Funding IV, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190


Summit Funding Group, Inc.



Sunnyside Realty Investors, LLC
8900 Keystone Crossing Boulevard
Suite 650
Indianapolis, IN 46240


Sysco Boston
99 Spring Street
Plympton, MA 02367
```

Sysco Charlotte, LLC
4500 Corporate Drive, NW
Concord, NC 28027


Sysco Chicago, Inc.
250 Wieboldt Drive
Des Plaines, IL 60016


Sysco Cincinnati, LLC
10510 Evendale Drive
Cincinnati, OH 45241


Sysco Eastern Wisconsin
One Sysco Drive
Jackson, WI 53037-9226


Sysco Food Services Cleveland
P.O. Box 94570
Cleveland, OH 44101-9804


Sysco Indianapolis
4000 W 62nd Street
Indianapolis, IN 46268


Sysco Long Island
199 Lowell Avenue
Central Islip, NY 11722


Taylor Village Family Ltd. Partnership
c/o Phillip J. Gugliotti
4100 College Avenue
P.O. Box 396
Ellicott City, MD 21041-0396


TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Minnetonka  , MN 55305


TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Minnetonka  , MN 55305


TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Minnetonka  , MN 55305

TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Minnetonka  , MN 55305


Tewksbury Main, LLC
c/o Coffman Realty, Inc
1300 Belmont Street
Brockton, MA 02301


Thad Pryor
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Thad Pryor
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484


Thalhimer Commercial Real Estate
725 jackson Street
Suite 101
Fredericksburg, VA 22401


Thalhimer Commercial Real Estate
725 jackson Street
Suite 101
Fredericksburg, VA 22401


The Hartford
c/o The Hartford Resolution Unit
PO Box 2024
Hartford, CT 06145-2024


The Hartford
c/o The Hartford Billing Resolution Unit
P.O. Box 2024
Hartford, CT 06145-2024


The Hartford
P.O. Box 7247-0234
Philadelphia, PA 19170-0234

```
The Hartford
c/o The Hartford Billing Resolution Unit
P.O. Box 2024
Hartford, CT 06145-2024


The Hartford
c/o The Hartford Billing Resolution Unit
P.O. Box 2024
Hartford, CT 06145-2024


The Hartford
P.O. Box 7247-0234
Philadelphia, PA 19170-0234


The Shops at Lancaster, LLC
12200 Billingsley Road
Suite 100
Waldorf, MD 20602


Town of Tewkesbury
Water and Sewer Division
P.O. Box 754
Reading, MA 01867-0405


Triangle Commercial Properties, LLC
470 Olde Worthington Road, Suite 101
Westerville, OH 43082


US Bank Equipment Finance
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002


Verizon
P.O. Box 660720
Dallas, TX 75266-0720


Verizon
P.O. Box 17577
Baltimore, MD 21297


Village Commons @ Freehold Con
1903 Atlantic Avenue
Mantoloking, NJ 08738
```

Virginia Dept of Social Services
801 East Main Street
6th Floor
Richmond, VA 23219-2901


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


Waste Management, Inc.
P.O. Box 930580
Atlanta, GA 31193


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402


West Broad Village V, LLC
7505 West Sand Lake Road
Orlando, FL 32819


Western Financial
PO Box 640, 503 Highway 2 West
Devils Lake, ND 58301


Winthrop Resources Corporation
11100 Wayzata Blvd., Suite 800
Hopkins, MN 55305


Woodcliff/Route 34, LLC
1 Rose Avenue
Staten Island, NY 10306


World's Fair Drive, LLC
c/o Lone Eagle Management
P.O. Box 1235
Madison, NJ 07940


Yomtob Office Holdings, LLC
Attn: Ben Yomtob
5300 West Atlantic Avenue
Suite 502
Delray Beach, FL 33484


Zaitek Converged Communication
205 Wallace Lane
Fredericksburg, VA 22408


Zamili, Inc.
1200 East Roosevvelt Road
Suite 150
Glen Ellyn, IL 60137