UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                             Chapter 11 Case

CHILDREN OF AMERICA, INC.                   Case No. 15-13997-EPK

      Debtor.
_____/

## NOTICE OF UNAVAILABILITY

NOTICE is hereby given that CHARLES M. TATELBAUM, counsel for Debtor, Children of America, Inc. will be unavailable from **Monday, March 23, 2015 through and including Friday, April 10, 2015**, and therefore respectfully requests that no trials, hearings, or depositions be scheduled during this period, that no discovery or other pleadings be filed which require a timely response during this period of unavailability, and that the *status quo* be preserved in all pending matters while the undersigned counsel is absent from this jurisdiction.

I hereby certify that I am an attorney, duly admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the United States Bankruptcy Court for the Southern District of Florida.

Dated March 5, 2015.

                                                            **TRIPP SCOTT, P.A.**
                                                            *Counsel for Children of America, Inc.*
                                                            110 S.E. 6th Street
                                                            15th Floor
                                                            Ft. Lauderdale, FL 33301
                                                            Telephone: 954-525-7500
                                                            Facsimile:  954-761-7500

                           By:     */s/ Charles M. Tatelbaum*
                                      CHARLES M. TATELBAUM
                                      *Florida Bar No. 177540*
                                      cmt@trippscott.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Master Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> **TRIPP SCOTT, P.A.**
> *Counsel for Children of America, Inc.*
> 110 S.E. 6th Street
> 15th Floor
> Ft. Lauderdale, FL 33301
> Telephone: 954-525-7500
> Facsimile: 954-761-7500
>
> By: /s/ *Charles M. Tatelbaum*
> CHARLES M. TATELBAUM
> *Florida Bar No. 177540*

## SERVICE LIST

**15-13997 Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles M Tatelbaum on behalf of Debtor Children of America, Inc.
cmt@trippscott.com, lxc@trippscott.com

**15-13997 Notice will not be electronically mailed to:**

*See attached mailing matrix.*