

**ORDERED in the Southern District of Florida on March 26, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Case No. 15-13997-EPK** |
| | **Chapter 11** |
| **Children of America, Inc.,** | **(Jointly Administered)** |
| Debtor. | |
| _____/ | |
| **In re:** | **Case No. 15-14629-EPK** |
| | **Chapter 11** |
| **Children of America (Lansdale), LLC,** | |
| Debtor. | |
| _____/ | |

**ORDER TO SHOW CAUSE WHY
CASE NUMBER 15-14629-EPK SHOULD NOT BE DISMISSED**

Case number 15-14629-EPK was filed on March 13, 2015.  Local Rule 9010-1(B)(1) prohibits a corporation or other business entity from appearing in court or acting on its own behalf in a case or proceeding without an attorney.  Children of America (Lansdale), LLC, as debtor in possession, must seek authorization of the employment of its proposed attorneys

1

pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014.  No such application to employ was filed in this case.  Accordingly, it is ORDERED that:

1. No later than March 31, 2015, Children of America (Lansdale), LLC shall file an appropriate application to employ Tripp Scott, P.A. or otherwise show cause why such an application is not filed in case number 15-14629-EPK.

2. The failure to comply with paragraph 1 of this order may result in dismissal of case number 15-14629-EPK without further notice or hearing.

###

Copies furnished to:

Charles M Tatelbaum, Esq.
AUST