UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST
PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                              CHAPTER 11

Children of America, Inc.                              Case No.: 15-13997-EPK

_____Debtor._____/

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 1st April, 2015.


Guy G. Gebhardt
Acting United States
Region 21


By: _____ /s/
Ariel Rodriguez
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360

**EXHIBIT A**

Names and contact information.                    Email addresses


1.  Fred Puccio*
    Maxim Enterprises, LLC
    P.O. Box 276
    Norwood, NJ 07648
    Tele:  201-768-0837
    Fax:  201-768-1895                            gerryjr@maximrealtytrust.com

2.  Rebecca J. Morse
    Charles Wilcox Trust
    397 Slate Run Drive
    Powell, OH 43065
    Tele:  614-805-6680
    Fax:  None Listed                             beccamorse@gmail.com

3.  William Kurtz
    537 Associates, LLC
    1903 Atlantic Avenue
    Manasquan, NJ 08736
    Tele:  732-292-0162
    Fax:   732-292-0165                           wkurtz@kurtzengineering.com

4.  Ron DeBiasse, Jr.
    World's Fair Drive, LLC
    17 Hanover Rd., Suite 450
    Florham Park, NJ 07932
    Tele:  973-377-7377
    Fax:  973-822-1731                            ronjr@loneeaglemanagement.com

5.  Ralph Nussbaumer
    Nussbaumer Real Estate, LLC
    70 Main Street, Suite 11
    Warrington, VA 20186
    Tele:  703-537-1898
    Fax:  None Listed                             rnussbaume@aol.com



* Indicates the temporary chairperson of the committee.

## SERVICE LIST

- Nicholas B. Bangos    nbangos@diazreus.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Albert A Ciardi    aciardi@ciardilaw.com, agiuliano@ciardilaw.com
- Michael Foster    mcf@trippscott.com, jlr@trippscott.com;iah@trippscott.com
- Kenneth M Jones    kjones@moodyjones.com
- Adam D. Marshall    AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Alan J. Perlman    aperlman@ralaw.com, mhannau@ralaw.com
- Charles M Tatelbaum    cmt@trippscott.com, lxc@trippscott.com;jlr@trippscott.com;cvp@trippscott.com
- Michael A Tessitore    mtessitore@morankidd.com
- Eric B Zwiebel    ezwiebel@bellsouth.net, aimcurt@bellsouth.net

Philip Milestone
Earlychildhood, LLC
2 Lower Ragsdale Drive, Suite 200
Monterey, CA 93940