UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CHILDREN OF AMERICA, INC.,            Case No.: 15-13997-BKC-EPK

    Debtor.                                      Chapter 11

_____/

## NOTICE OF CONTINUED §341 MEETING

NOTICE IS HEREBY GIVEN that the §341 meeting has been reset in the above matter to **5:00 p.m. on the 14th day of April, 2015.**

DATED: April 6, 2015.

                                         Guy G. Gebhardt
                                         Acting United States Trustee
                                         Region 21

                                         /s/_____
                                         Ariel Rodriguez, Trial Attorney
                                         Florida Bar No.: 160253
                                         U.S. Trustee's Office
                                         51 SW 1st Ave.
                                         Miami, FL 33130
                                         Phone: (305) 536-7285
                                         Fax: (305) 536-7360

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served on the following parties on April 6, 2015, electronically through CM/ECF, on parties having appeared electronically in the instant matter and that a copy hereof shall be served by U.S. Mail, postage prepaid, on the following parties not appearing electronically:

                                         /s/_____
                                         Ariel Rodriguez, Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 15-13997-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Apr  6 09:39:37 EDT 2015 | 101 Town Cols Ohio, LLC<br>Roetzel & Andress<br>350 East Las Olas Boulevard<br>Suite 1150<br>Fort Lauderdale, FL 33301-4254 | Children of America, Inc.<br>5300 West Atlantic Avenue<br>Suite 700<br>Delray Beach, FL 33484-8833 |
| ~~Ford Motor Credit Company LLC~~<br>~~c/o Kenneth M Jones~~<br>~~1333 S University Dr #201~~<br>~~Plantation, FL 33324-4001~~ | ~~NWC-SPE, LLC~~<br>~~c/o Trefoil Properties, LP~~<br>~~1690 Sumneytown Pike~~<br>~~Suite 240~~<br>~~Lansdale, PA 19446-4882~~ | ~~Navitas Lease Corp.~~<br>~~Eric B. Zwiebel, P.A.~~<br>~~c/o Eric B. Zwiebel, P.A.~~<br>~~7900 Peters Road~~<br>~~Building B, Suite 100~~<br>~~Plantation, FL 33324-4044~~ |
| ~~Nussbaumer Real Estate LLC~~<br>~~c/o Nicholas B. Bangos, P.A.~~<br>~~100 S.E. 2nd Street~~<br>~~Suite 3400~~<br>~~Miami, FL 33131-2122~~ | ~~TCF Equipment Finance, Inc.~~<br>~~c/o Michael A. Tessitore, Esq.~~<br>~~Moran Kidd Lyons & Johnson, P.A.~~<br>~~111 N. Orange Avenue, Suite 900~~<br>~~Orlando, FL 32801-2307~~ | ~~Winthrop Resources Corporation~~<br>~~c/o Alexandra D. Blye, Esq.~~<br>~~Carlton Fields Jorden Burt, P.A.~~<br>~~525 Okeechobee Blvd. Suite 1200~~<br>~~West Palm Beach, FL 33401-6350~~ |
| ~~Yomtob Office Holdings, LLC~~<br>~~c/o Marshall Socarras Grant, P.L.~~<br>~~197 S. Federal Highway~~<br>~~Suite 300~~<br>~~Boca Raton, FL 33432-4946~~ | 101 Town Cols Ohio, LLC<br>c/o Four Points Real Estate Dev Ltd.<br>101 East Town Street,<br>Suite 444<br>Columbus, OH 43215-5247 | 140 North Franklin Street, LLC<br>70 Quincy Avenue<br>Quincy, MA 02169-6714 |
| 345 Knowles LP<br>Attn: Mike Garkinkel<br>19 Spruce Drive<br>Southampton, PA 18966-5337 | 52 Church Street 2002, LLC<br>P.O. Box 276<br>Norwood, NJ 07648-0276 | 537 Associates, LLC<br>1903 Atlantic Avenue<br>Manasquan, NJ 08736-1005 |
| 579 Granite Street, LLC<br>c/o Rader Properties, Inc.<br>80 Washington Street<br>Suite J-40<br>Norwell, MA 02061-1751 | 730 East Elm Associates, L.P. or Assigns<br>30 South 15th Street<br>Suite 1000<br>Philadelphia, PA 19102-4804 | A to Z Party Rental<br>426 Stump Road<br>Montgomeryville, PA 18936-9630 |
| A-1 Property Services, Inc.<br>P. O. Box 7471<br>Aurora, IL 60507-7471 | AT&T<br>P.O. Box 105068<br>Atlanta, GA 30348-5068 | AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 |
| Acadia Chestnut Hill, LLC<br>1311 Mamaroneck Avenue<br>Suite 260<br>White Plains, NY 10605-5224 | Acadoa Cortlandt, LLC<br>c/o Acadia Realty Trust<br>1311 Mamaroneck Ave.<br>Suite 260<br>White Plains, NY 10605-5224 | Aerials Fint'n'Fun Gymnastics<br>238 Schuylkill Road<br>Phoenixville, PA 19460-5203 |
| Allied Waste Service<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Angelisa di Palma & Pete di Palma<br>546 High Gate Avenue<br>Chalfont, PA 18914 | Ashti, LLC<br>PO Box 393<br>Westmont, IL 60559-0393 |
| Asia International Malls, Inc.<br>107 Fairway Terrace<br>Mount Laurel, NJ 08054-2321 | Asian Real Estate Investment, LLC<br>Attn: Jacques N. Tran<br>167 Fairway Terrace<br>Mount Laurel, NJ 08054 | Astoria Capital Holdings, LLC<br>c/o Abramov & Sons, Inc.<br>2 West 45th Street<br>Suite 1506<br>New York, NY 10036-4232 |

| | | |
|---|---|---|
| Atlas Refrigeration, Inc.<br>720 Heartland Dr<br>Unit N<br>Sugar Grove, IL 60554-9686 | Attn: Michael T. Bennett Exec VP Ops<br>8501 E. Princess Drive<br>Suite 190<br>Scottsdale, AZ 85255-5494 | BGM Development Corp<br>Attn: Daryl J. Berry, President<br>John Roush<br>42 Hill Road South<br>Pickerington, OH 43147-2240 |
| Backyard Inflatables<br>P.O. Box 135<br>Clarksburg, MD 20871-0135 | Berkshire Hathaway Homestate Companies<br>P.O.Box 881236<br>Attn: Accounting Department<br>San Francisco, CA 94188-1236 | Blue Horse, LLC<br>170 West Shirley Avenue<br>Suite 101<br>Warrenton, VA 20186-3083 |
| ~~Braccia Visitel 2 LLC~~<br>~~536 Easton Road~~<br>~~Horsham, PA 19044-2127~~ | Braccia Visitel, LLC<br>536 Easton Road<br>Horsham, PA 19044-2127 | Bryn Mawr Funding<br>3629 N. 799 E. Suite 200<br>Ogden, UT 84414 |
| Buchanan Ingersoll & Rooney<br>301 Grant Street<br>20th Floor, One Oxford Center<br>Pittsburgh, PA 15219-1410 | Bucks County Community College<br>Cottage 3<br>275 Swamp Road<br>Newtown, PA 18940-4106 | Bull Run Plaza, LLC<br>c/o The Rappaport Management Co.<br>8405 Greensboro Drive<br>Suite 830<br>Mc Lean, VA 22102-5121 |
| C. CO. Crain Highway, LLC<br>1544 Hornbeam Drive<br>Crofton, MD 21114-3244 | ~~C. CO. Crain Highway, LLC~~<br>~~1544 Hornbean Drive~~<br>~~Crofton, MD 21114-3244~~ | ~~CIGNA~~ |
| CIT Technology FIN Serv, Inc<br>21146 Network Place<br>Chicago, IL 60673-1211 | ~~CIT Technology Financing Services~~<br>~~21146 Network Place~~<br>~~Chicago, IL 60673-1211~~ | CNA Insurance<br>P.O. Box 790094<br>Saint Louis, MO 63179-0094 |
| ~~COA Flossmoor, LLC~~<br>~~1001 E. Main Street~~<br>~~Suite B~~<br>~~Saint Charles, IL 60174-2203~~ | COA Yorkville, LLC<br>1001 E. Main St.<br>Suite B<br>Saint Charles, IL 60174-2203 | CV Outparcel, LLC<br>900 Route 9 North<br>Suite 301<br>Woodbridge, NJ 07095-1003 |
| Capri Development 16001, LLC<br>208 South LaSalle Street<br>Suite 1600<br>Chicago, IL 60604-1181 | Careington International Corp<br>c/o American General Life Ins Co of DE<br>P.O. Box 2568<br>Frisco, TX 75034-8068 | Carriage Lane, LLC<br>170 West Shirley Avenue<br>Suite 201<br>Warrenton, VA 20186-3083 |
| ~~Children of America (Aberdeen), LLC~~<br>~~5300 W Atlantic Avenue~~<br>~~Suite 700~~<br>~~Delray Beach, FL 33484-8833~~ | ~~Children of America (Appleton), LLC~~<br>~~5300 W Atlantic Avenue~~<br>~~Suite 700~~<br>~~Delray Beach, FL 33484-8833~~ | ~~Children of America (Aurora II), LLC~~<br>~~5300 W Atlantic Avenue~~<br>~~Suite 700~~<br>~~Delray Beach, FL 33484-8833~~ |
| ~~Children of America (Avon), LLC~~<br>~~5300 W Atlantic Avenue~~<br>~~Suite 700~~<br>~~Delray Beach, FL 33484-8833~~ | ~~Children of America (Bloomingdale), LLC~~<br>~~5300 W Atlantic Avenue~~<br>~~Suite 700~~<br>~~Delray Beach, FL 33484-8833~~ | ~~Children of America (Bolingbrook) LLC~~<br>~~5300 W Atlantic Avenue~~<br>~~Suite 700~~<br>~~Delray Beach, FL 33484-8833~~ |

Children of America (Braintree) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Charlotte), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Clementon), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Conshohocken), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Cortlandt Manor), L
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Crest Hill), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Downtown), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (East Brunswic), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (East Windsor), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Ellicott City), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Frankfort), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Freehold), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Gainesville), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Germantown), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Glen Allen), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Glen Mills), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Hatfield), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Indianapolis) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Ivyland), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Jackson), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Lindenhurst), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Manassas II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Manassas), LLC
5300 W Atlantic Avenue
Suite 700
Manassas, VA 20111

Children of America (Marlton II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Menomonee Falls) LL
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Mohegan Lake) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (North Aurora II)LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (North Wales), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Northvale) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Oswego) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Paramus), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Parsippany), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Pickerington), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Port Jefferson) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Powell), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Queens) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Rocky Hill), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Setauket), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Sewell II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Smithtown) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Somerset), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Southampton) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Springboro), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (St Charles) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Sterling) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Stony Point) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Tewksbury) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Vastu Commons) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Voorhees), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Waldorf) LLC
5300 West Atlantic Ave
Suite 700
Delray Beach, FL 33484-8833

Children of America (Wilmington) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Woodbridge II) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Woodbridge), LLC
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America Norwood LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of Amreica (New Berlin) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of Amrica (Orland Park II) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

City of Columbus
77 North Front Street
2nd Floor
Columbus, OH 43215-1895

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Comcast
P.O. Box 3005
Southeastern, PA 19398-3005

Community Occupational Health Services
7169 Solution Center
Chicago, IL 60677-7001

```
Continental Casualty Company            Darlington Square Shopping Center, Ltd.    Data Center 101, LLC
PO Box 59838                            c/o National Realty Corporation            101 East Town Street
Schaumburg, IL 60159-0838               1001 Baltimore Pike                        Suite 301
                                        Springfield, PA 19064-2800                 Columbus, OH 43215-5247


Deltacom 1058                           Diamler Truck Financial                    Direct Energy Business
P.O. Box 2252                           13650 Heritage Parkway                     P.O. Box 70220
Birmingham, AL 35246-1058               Fort Worth, TX 76177-5323                  Philadelphia, PA 19176-0220


Douglas Co. Inc.                        EPC VA 24 LLC                              Earthlink Business fdba Deltacom
Box D. 69 Krif Road Keene,              c/o Aksoylu Properties LLC                 c/o RMS Bankruptcy Recovery Services
NH 03431-0716                           8012 Centreville Road                      P.O. Box 5126
                                        Manassas, VA 20111-2229                    Timonium, MD 21094-5126


Enterprise Fleet Manager Trust          Excel Properties, LLC                      Farragut/Worstall Realty, Inc.
5105 Johnson Road                       222 Ohio St.                               419 Jacksonville Road
Coconut Creek, FL 33073-3640            Oshkosh, WI 54902-5825                     Unit 1
                                                                                   Hatboro, PA 19040-4611


Ford                                    ~~Ford~~                                   ~~Ford~~
PO Box 650575                           ~~PO Box 790093~~                          ~~PO Box 790093~~
Dallas, TX 75265-0575                   ~~Saint Louis, MO 63179-0093~~             ~~Saint Louis, MO63179-0093~~


Ford Credit                             ~~Ford Credit~~                            ~~Ford Motor Credit Company LLC~~
P.O. Box 220564                         ~~P.O. Box 790093~~                        ~~c/o Kenneth M. Jones, Esquire~~
Pittsburgh, PA 15257-2564               ~~Saint Louis, MO63179-0093~~              ~~1333 S. University Dr., Suite 201~~
                                                                                   ~~Plantation, FL 33324-4001~~


Four D's Realty Corp.                   Gaddcoe, LLC                               Hewlett Packard Financial Services
151 East Tattersail Drive               P.O. Box 1201                              200 Connell Drive
Statesville, NC 28677-2057              Dayton, OH 45401-1201                      Suite 5000
                                                                                   Berkeley Heights, NJ 07922-2816


High Point Commons, LLC                 Hockessin Partners, LLC                    (c)HOST.NET
1833 Executive Drive                    29 East Commons Blvd                       3500 NW 2ND AVE STE 900
Suite 101                               Suite 100                                  BOCA RATON FL   33431-5871
Oconomowoc, WI 53066-4841               New Castle, DE 19720-1736


Isabella Braccia                        Ivyland Jacksonville LP                    J.Nazzaro Partnership, L.P., or Assigns
2326 Dubree Avenue                      618 Street Road                            8 Saxon Avenue
Warrington, PA 18976-1821               Southampton, PA 18966                      Suite C
                                                                                   Bay Shore, NY 11706-7036


JGKM Associates, LLC                    James J. Carroll and Mary A. Carroll       Jan-Pro Cleaning Systems of SE PA
730 E. Elm Street                       100 Highridge Drive                        1035 Virginia Drive
Conshohocken, PA 19428-2375             Syracuse, NY 13215-1514                    #210
                                                                                   Fort Washington, PA 19034-3106
```

| | | |
|---|---|---|
| Jan-Pro Cleaning Systems of the DE Valley<br>410 White Horse Pike<br>Haddon Heights, NJ 08035-1707 | Jan-Pro of Northern Illinois<br>136 Shore Drive<br>Willowbrook, IL 60527-5893 | Jan-Pro of Washington, DC<br>10801 Main Street<br>Suite 100<br>Fairfax, VA 22030-4743 |
| Jani-King<br>16885 Dallas Parkway<br>Addison, TX 75001-5202 | Kaplan Early Learning Company<br>P.O. Box 609<br>Lewisville, NC 27023-0609 | Katsifis Realty, LLC<br>98 Oak Creek Road<br>East Windsor, NJ 08520-2434 |
| Key Equipment Finance<br>P.O. Box 74713<br>Cleveland, OH 44194-0796 | Key Equipment Finance, Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027-9437 | Lakeshore Learning Materials<br>2695 E Dominguez St<br>Carson, CA 90895-1001 |
| Landmark Contracting and Development Co.<br>20550 S LaGrange Road<br>Suite 310<br>Frankfort, IL 60423-1284 | Landmark of Lindenhurst, Inc. c/o Rick Lewel<br>1200 Roosevelt Road<br>Suite 150<br>Glen Ellyn, IL 60137-7807 | Leigh-Burke, LLC Attn: Jim B. Smith<br>100 Sawick Court<br>Spotsylvania, VA 22553-1846 |
| Lizeth Baires<br>3029 Papermill Road<br>Winchester, VA 22601-4236 | Lone Star Corporation<br>Attn: Raj Engineer<br>219 Hedge Row Drive<br>Amberson, PA 17210 | M&T at 263 Blackwood Barnsboro Road, LLC<br>1260 Stelton Road<br>Attn: Brian<br>Piscataway, NJ 08854-5282 |
| MA Developers, LLC<br>27 Hollybrook Road<br>Paramus, NJ 07652-2316 | Main Street Village West - 7 LLC<br>6405 Mira Mesa Boulevard<br>Suite 100<br>San Diego, CA 92121-4120 | Marlin Leasing<br>6470 E. Johns Crossing, Ste 430<br>Johns Creek, GA 30097-1545 |
| Marlton Joint Venture<br>c/o RD Management, LLC<br>810 Seventh Avenue<br>10th Floor<br>New York, NY 10019-5818 | Marumsco-Jefferson Joint Venture<br>9161 Liberia Avenue<br>Suite 201<br>Manassas, VA 20110-1725 | Maxim Enterprises, LLC<br>P.O. Box 276<br>Norwood, NJ 07648-0276 |
| Melco, Inc.<br>609 Cedar Creek Grade<br>Suite A<br>Winchester, VA 22601-2721 | Mirror Ridge, LLC<br>Attn: Mr. Mike Nikzad<br>21430 Cedar Drive<br>Suite 206<br>Sterling, VA 20164-8697 | Monster Worldwide, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 |
| Montgomery COA, LP<br>c/o Penmark Management Company, Inc<br>1000 Germantown Pike<br>Suite A-2<br>Plymouth Meeting, PA 19462-2481 | National Grid<br>P.O. Box 11791<br>Newark, NJ 07101-4791 | ~~Navitas Lease Corp~~<br>~~PO Box 3491~~<br>~~Ponte Vedra Beach, FL 32004-3491~~ |
| Navitas Lease Corp<br>PO Box 3491<br>Ponte Verda Beach, FL 32004-3491 | New Berlin City Center II, LLC<br>3100 Dundee Road<br>Suite 368<br>Northbrook, IL 60062-2437 | New Edge Networks<br>an Earthlink Company<br>Unit 47<br>P.O. Box 4800<br>Portland, OR 97208-4800 |

Nicholas & Lisa Braccia
536 Easton Road
Horsham, PA 19044-2127

O'Reilly Enterprises, LLC
1101 Fox Glen Drive
Saint Charles, IL 60174-8842

Oak Street Investments, LLC
423 Second Street
Saint Charles, IL 60174-2818

Ocean Party, LLC
1910 Highway 55
Oakhurst, NJ 07755

Office Depot
6600 N Military Trail S413G
Boca Raton FL 33496-2434

~~Office of the US Trustee~~
~~51 S.W. 1st Ave.~~
~~Suite 1204~~
~~Miami, FL 33130-1614~~

Ohio State Treasurer
30 E Broad Street
9th Floor
Columbus, OH 43215-3414

Old Main Village, LLC
156 New Britain Avenue
Rocky Hill, CT 06067-5100

Orkin Pest Control
P.O. Box 1504
Atlanta, GA 30301-1504

PA Department of Revenue Bureau
of Corporation Taxes
P.O. Box 280427
Harrisburg, PA 17128-0427

PJS Enterprises, LLC
c/o Abramov & Sons, Inc.
2 West 45th Street
Suite 1506
New York, NY 10036-4232

PSEGLI
P.O. Box 9039
Hicksville, NY 11802-9039

PSGLI
P.O. Box 9039
Hicksville, NY 11802-9039

Paramount Chews landing, LLC
1195 Rt. 70
Suite 2000
Lakewood, NJ 08701-6100

Pavilion Properties, LLC
9 Ray Street
Parsippany, NJ 07054-2335

Phoenix Colonies, LLC
1477 El Nido Drive
Fallbrook, CA 92028-8697

Piedmont Natural Gas
P.O. Box 660920
Dallas, TX 75266-0920

Piedmont Natural Gas Company
c/o Bankruptcy
4339 S Tryon Street
Charlotte, NC 28217-1733

Pike Plaza Associates, LLC
Attn: Lloyd Amster
c/o Prime Locations, Inc.
733 Yonkers Avenue
Yonkers, NY 10704-2660

R. E. Michel Company Inc
P.O. Box 2318
Baltimore, MD 21203-2318

Ralph Nussbaumer
c/o Nussbaumer Real Estate LLC
70 Main Street
Suite 11
Warrenton, VA 20186-3346

Reading Realty Trust
20 Rowes Wharf
Suite 305
Boston, MA 02110-3377

Royal Bank America Equip. Leasing LP
PO Box 3491
Ponte Verda Beach, FL 32004-3491

~~STORE Master Funding II, LLC~~
~~Attn: Michael T. Bennett Exec VP Ops~~
~~8501 E. Princess Drive~~
~~Suite 190~~
~~Scottsdale, AZ 85255-5494~~

STORE Master Funding IV, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255-5494

Sage Software, Inc.
14855 Collecion Center Drive
Chicago, IL 60693-0148

Sarnac Daycare, LLC
3521 McLean Avenue
Fairfax, VA 22030-3007

School Specialty
32656 Collection Center Dr
Chicago, IL 60693-0326

Setauket Properties, Corp or Assignee
213 Hallock Road
Suite 2
Stony Brook, NY 11790-3000

Shawn Delgado
23 Jefferson Court
Pataskala, OH 43062-8039

| | | |
|---|---|---|
| Sherando Towne Centre, LC<br>420 West Jubal Early Drive<br>Winchester, VA 22601-6434 | Society Insurance<br>P.O. Box 1237<br>Fond Du Lac, WI 54936-1237 | Society for Human Resource Management<br>1800 Duke Street<br>Alexandria, VA 22314-3494 |
| Solyom, Janos<br>c/o Solnick Law, P.A.<br>Attn: Peter J. Solnick<br>1815 Griffin Road, Suite 207<br>Fort Lauderdale, FL 33004-2252 | Stonehedge Associates, LLC<br>365 Central Avenue<br>Scarsdale, NY 10583 | Sunnyside Realty Investors, LLC<br>8900 Keystone Crossing Boulevard<br>Suite 650<br>Indianapolis, IN 46240-4633 |
| Sysco Boston<br>99 Spring Street<br>Plympton, MA 02367-1701 | Sysco Charlotte, LLC<br>4500 Corporate Drive, NW<br>Concord, NC 28027-9603 | Sysco Chicago, Inc.<br>250 Wieboldt Drive<br>Des Plaines, IL 60016-3100 |
| Sysco Cincinnati, LLC<br>10510 Evendale Drive<br>Cincinnati, OH 45241-2516 | Sysco Eastern Wisconsin<br>One Sysco Drive<br>Jackson, WI 53037-9226 | Sysco Food Services Cleveland<br>P.O. Box 94570<br>Cleveland, OH 44101-4570 |
| Sysco Indianapolis<br>4000 W 62nd Street<br>Indianapolis, IN 46268-2518 | Sysco Long Island<br>199 Lowell Avenue<br>Central Islip, NY 11722-3863 | TCF Equipment Finance<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka , MN 55305-5503 |
| Taylor Village Family Ltd. Partnership<br>c/o Phillip J. Gugliotti<br>4100 College Avenue<br>P.O. Box 396<br>Ellicott City, MD 21041-0396 | Tewksbury Main, LLC<br>c/o Coffman Realty, Inc<br>1300 Belmont Street<br>Brockton, MA 02301-4433 | Thad Pryor<br>5300 West Atlantic Avenue<br>Suite 700<br>Delray Beach, FL 33484-8833 |
| Thalhimer Commercial Real Estate<br>725 jackson Street<br>Suite 101<br>Fredericksburg, VA 22401-5761 | The Hartford<br>P.O. Box 7247-0234<br>Philadelphia, PA 19170-0234 | ~~The Hartford~~<br>~~c/o The Hartford Billing Resolution Unit~~<br>~~P.O. Box 2024~~<br>~~Hartford, CT 06145-2024~~ |
| The Hartford<br>c/o The Hartford Resolution Unit<br>PO Box 2024<br>Hartford, CT 06145-2024 | The Shops at Lancaster, LLC<br>12200 Billingsley Road<br>Suite 100<br>Waldorf, MD 20602-4143 | Town of Tewkesbury<br>Water and Sewer Division<br>P.O. Box 754<br>Reading, MA 01867-0405 |
| Triangle Commercial Properties, LLC<br>470 Olde Worthington Road, Suite 101<br>Westerville, OH 43082-8986 | US Bank Equipment Finance<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258-4002 | ~~Verizon~~<br>~~P.O. Box 17577~~<br>~~Baltimore, MD 21297-0513~~ |
| Verizon<br>P.O. Box 660720<br>Dallas, TX 75266-0720 | Village Commons @ Freehold Con<br>1903 Atlantic Avenue<br>Mantoloking, NJ 08738 | Virginia Dept of Social Services<br>801 East Main Street<br>6th Floor<br>Richmond, VA 23219-2907 |

| | | |
|---|---|---|
| Washington Gas<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 | Waste Management, Inc.<br>P.O. Box 930580<br>Atlanta, GA 31193-0580 | Wells Fargo Equipment Finance<br>300 TriState International<br>Suite 400<br>Linconlshire, IL 60069-4417 |
| Wells Fargo Equipment Finance, Inc.<br>733 Marquette Avenue<br>Minneapolis, MN 55402-2340 | West Broad Village V, LLC<br>7505 West Sand Lake Road<br>Orlando, FL 32819-5109 | Western Financial<br>PO Box 640, 503 Highway 2 West<br>Devils Lake, ND 58301-0640 |
| ~~Winthrop Resources Corporation~~<br>~~11100 Wayzata Blvd., Suite 800~~<br>~~Hopkins, MN 55305-5525~~ | Winthrop Resources Corporation<br>c/o Shannon M. O'Toole, Esq.<br>11100 Wayzata Blvd., Suite 800<br>Minnetonka, MN 55305-5525 | Woodcliff/Route 34, LLC<br>1 Rose Avenue<br>Staten Island, NY 10306-2211 |
| ~~World's Fair Drive, LLC c/o Lone Eagle~~<br>~~Madison, NJ 07940~~ | Yomtob Office Holdings, LLC Attn: Ben Yomtob<br>5300 West Atlantic Avenue<br>Suite 502<br>Delray Beach, FL 33484-8833 | Zaitek Converged Communication<br>205 Wallace Lane<br>Fredericksburg, VA 22408-2415 |
| Zamili, Inc.<br>1200 East Roosevvelt Road<br>Suite 150<br>Glen Ellyn, IL 60137-7807 | ~~Charles M Tatelbaum~~<br>~~110 SE 6th Street~~<br>~~15th floor~~<br>~~Ft Lauderdale, FL 33301-5004~~ | ~~Michael Foster~~<br>~~Tripp Scott~~<br>~~110 S.E. Sixth Street~~<br>~~Suite 1500~~<br>~~Fort Lauderdale, FL 33301-5039~~ |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Host.net
3500 NW Boca Raton Boulevard
Building 900
Boca Raton, FL 33431


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditors Committee | (u)West Palm Beach | (u)Amended Creditor Address Matrix |
| (u)Department of Public Welfare | (u)HP Financial Services | (d)Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194-0796 |

```
(d)NWC-SPE, LLC                     (d)Ralph Nussbaumer                   (d)STORE Master Funding II, LLC
c/o Trefoil Properties, LP          c/o Nussbaumer Real Estate, LLC       Attn: Michael T. Bennett, Exec VP Ops
1690 Sumneytown Pike                70 Main Street, Suite 11              8501 E. Princess Drive
Suite 240                           Warrenton, VA 20186-3346              Suite 190
Lansdale, PA 19446-4882                                                   Scottsdale, AZ 85255-5494


(u)STORE Master Funding IV, LLC     (u)Summit Funding Group, Inc.         End of Label Matrix
Attn: Michael T. Bennett Exec VP Ops                                      Mailable recipients   254
8501 E. Princess Drive                                                    Bypassed recipients    11
Suite 190                                                                 Total                 265
```