UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 15-13997-EPK
ch
CHILDREN OF AMERICA, INC.,                          CHAPTER: 11

     Debtor.
_____/

## NOTICE OF RECEIPT OF FUNDS BY PLAN ESCROW AGENT

Charles M. Tatelbaum as Escrow Agent for the Debtor, Children of America, Inc. (the "Escrow Agent"), hereby files this Notice of Receipt of funds in accordance with the Debtor's Third Amended Consensual Plan Of Reorganization (the "Plan") [DE No. 177] and in accordance with the Order (I) Confirming Debtor's And Co-Plan Proponents' Joint Third Amended Consensual Chapter 11 Plan Of Reorganization And (II) Setting Post-Confirmation Status Conference [DE No. 373] as follows::

1. On August 12, 2015, I received the sum of $3,286,210.30[1] representing the Debtor's obligation to (a) make an initial distribution of 100% to the Allowed Claims in Class 2 under the Plan, (b) make an initial distribution of 95% to the Allowed Claims in Class 3 under the Plan[2], and (c) to act as an initial deposit of $1 million to be held for the Creditor in Class 4 under the Plan pursuant to the terms of the Plan. Attached hereto and marked Exhibit A and to be made a part hereof is the list of the claims and the respective amounts received.

---

[1] On August 12, 2015, Darlington Square Shopping Center Ltd. agreed to withdraw its amended proof of claim (claim number 37-2), but not yet docketed, in the amount of $104,209.89, so the amount of the deposit was reduced by $98,999.38 representing 95% of that proof of claim.
[2] Where objections are pending to the Proofs of Claim of Creditors where the Claims have not been allowed, the funds delivered to the Escrow Agent represent 95% of the amount stated in the Proof of Claim, or as 95% of the amount agreed upon by the Debtor and Creditor for deposit purposes.

2. With respect to the Claim of the Creditor in Class 4 under the Plan, I have received an Irrevocable Standby Letter Of Credit in the amount of $1 million (a copy of which is attached hereto, marked as Exhibit B and to be made a part hereof) to represent the equivalent of $1 million of cash being deposited with the Escrow Agent. Based on research undertaken by the Escrow Agent, case law provides that an irrevocable standby letter of credit is equivalent to cash for the purposes of a deposit. In the event that the Creditor in Class 4 under the Plan disagrees with the principle that an irrevocable letter of credit is equivalent to cash for the purpose of a deposit, following a motion filed with this Court and hearing thereon, and if an Order is entered by the Court finding that an irrevocable standby letter of credit is not equivalent to cash for the purposes of a deposit, the Escrow Agent will immediately call the irrevocable standby letter of credit currently in his possession and receive and hold the $1 million cash proceeds of the irrevocable standby letter of credit in accordance with the Plan.

3. The sum of $2,286,210.308 is being held in the trust account of Tripp Scott P.A. pending distribution in accordance with the Plan.

Dated   August 14, 2015.                    Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Children of America, Inc.*
110 S.E. 6th Street
Fifteenth Floor
Ft. Lauderdale, FL 33301
Telephone:  954-525-7500
Facsimile:  954-761-7500

By:     /s/ *Charles M. Tatelbaum*
CHARLES M. TATELBAUM
*Florida Bar No. 177540*
cmt@trippscott.com
MICHAEL C. FOSTER
*Florida Bar No. 0042765*
mcf@trippscott.com
CHRISTINA V. PARADOWSKI
*Florida Bar No. 0056708*

cvp@trippscott.com

**<u>Certificate of Service</u>**

I hereby certify that on August <u>14</u>, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Master Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. To avoid duplicative and excess mailings and costs, one copy of the foregoing document has been sent to the Debtor, and shall serve as notice of same as to each subsidiary or affiliate of the Debtor.  Furthermore, as per request by the Office of the U.S. Trustee, the Office of the U.S. Trustee is only being notified via transmission of the Notice of Electronic Filing generated by CM/ECF.

**TRIPP SCOTT, P.A.**
*Counsel for Children of America, Inc.*
110 S.E. 6th Street
Fifteenth Floor
Ft. Lauderdale, FL 33301
Telephone:  954-525-7500
Facsimile:  954-761-7500

By:      /s/ *Charles M. Tatelbaum*      
CHARLES M. TATELBAUM
*Florida Bar No. 177540*
cmt@trippscott.com
MICHAEL C. FOSTER
*Florida Bar No. 0042765*
mcf@trippscott.com
CHRISTINA V. PARADOWSKI
*Florida Bar No. 0056708*
cvp@trippscott.com

1220732v1 980383.0024

## SERVICE LIST

**15-13997-EPK Notice will be electronically mailed to:**

Nicholas B. Bangos, Esq. on behalf of Creditor Nussbaumer Real Estate LLC
nbangos@diazreus.com

Eyal Berger, Esq. on behalf of Creditor Committee Creditors Committee
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Alexandra D Blye on behalf of Creditor Mercedes Benz Financial Services USA, LLC
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Alexandra D Blye on behalf of Creditor Winthrop Resources Corporation
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Dustin Branch on behalf of Creditor Acadia Chestnut Hill, LLC
dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com

Albert A Ciardi on behalf of Creditor NWC-SPE, LLC
aciardi@ciardilaw.com, agiuliano@ciardilaw.com

Catherine E Douglas on behalf of Creditor Committee Creditors Committee
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Michael Foster on behalf of Debtor Children of America (Lansdale), LLC
mcf@trippscott.com, :iah@trippscott.com

Michael Foster on behalf of Debtor Children of America, Inc.
mcf@trippscott.com, :iah@trippscott.com

Michael Foster on behalf of Interested Party Children of America (Lansdale), LLC
mcf@trippscott.com, :iah@trippscott.com

Stephen B Grow on behalf of Creditor Mercedes Benz Financial Services USA, LLC
sgrow@wnj.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Boston, LLC
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Charlotte, LLC
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Chicago, LLC
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Cincinnati, LLC
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Corporation
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Eastern Wisconsin, LLC
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Food Services Cleveland, Inc.
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Indianapolis, LLC
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Creditor Sysco Long Island, LLC
jjones@joneslawpa.com

Kenneth M Jones, Esq on behalf of Creditor Ford Motor Credit Company LLC
kjones@moodyjones.com

Dana L KaPlan, Esq. on behalf of Creditor Pike Plaza Associates, LLC
dana@kelleylawoffice.com,
martha@kelleylawoffice.com;Stephanie@kelleylawoffice.com;lyndia@kelleylawoffice.com

Paul J. Keenan, Jr., Esq. on behalf of Creditor COFA 1, LLC
keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Adam D. Marshall, Esq. on behalf of Creditor Yomtob Office Holdings, LLC
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan, Esq. on behalf of Creditor Darlington Square Shopping Center, Ltd.
paul@orshanpa.com, junior@orshanpa.com

Chad S Paiva on behalf of Creditor Maxim Enterprises, LLC
chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com

T Lawrence Palmer, Esq on behalf of Creditor Pennsylvania Department of Revenue
lpalmer@attorneygeneral.gov

Alan J. Perlman, Esq. on behalf of Creditor 101 Town Cols Ohio, LLC
aperlman@ralaw.com, mhannau@ralaw.com

Jordan L Rappaport, Esq on behalf of Creditor 537 Associates, LLC
rappaport@kennethrappaportlawoffice.com

Jordan L Rappaport, Esq on behalf of Creditor Barbara J. Wilcox, Trustee of the Charles Wilcox
Trust U/A Dated 9/3/98
rappaport@kennethrappaportlawoffice.com

Jordan L Rappaport, Esq on behalf of Creditor World's Fair Drive, LLC
rappaport@kennethrappaportlawoffice.com

Patricia A Redmond on behalf of Creditor Janos Solyom
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;cgraver@st
earnsweaver.com;sdaddese@akingump.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Norman L. Schroeder II, Esq. on behalf of Attorney Mirror Ridge, LLC
nschroeder@nlsbankruptcy.com, mnewman@nlsbankruptcy.com;dfinegold@nlsbankruptcy.com

Charles M Tatelbaum on behalf of Debtor Children of America (Lansdale), LLC
cmt@trippscott.com, lxc@trippscott.com;cvp@trippscott.com;

Charles M Tatelbaum on behalf of Debtor Children of America, Inc.
cmt@trippscott.com, lxc@trippscott.com;cvp@trippscott.com;

Charles M Tatelbaum on behalf of Interested Party Children of America (Lansdale), LLC
cmt@trippscott.com, lxc@trippscott.com;cvp@trippscott.com

Michael A Tessitore on behalf of Creditor TCF Equipment Finance, Inc.
mtessitore@morankidd.com

Eric B Zwiebel, Esq on behalf of Creditor Navitas Lease Corp.
ezwiebel@bellsouth.net, aimcurt@bellsouth.net

**15-13997-EPK Notice will not be electronically mailed to:**

Darryl S Laddin, Esq on behalf of Creditor Sysco Boston, LLC
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Charlotte, LLC
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Chicago, LLC
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Cincinnati, LLC
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Corporation
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Eastern Wisconsin, LLC
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Food Services Cleveland, Inc.
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Indianapolis, LLC
171 17 St NW #2100
Atlanta, GA 30363

Darryl S Laddin, Esq on behalf of Creditor Sysco Long Island, LLC
171 17 St NW #2100
Atlanta, GA 30363

Nancy A. Mitchell on behalf of Creditor COFA 1, LLC
200 Park Avenue
New York, NY 10166

Mitchell B Weitzman on behalf of Creditor Bull Run Plaza LLC
1120 20 St NW
South Tower
Washington, DC 20036

Mitchell B Weitzman on behalf of Creditor Rappaport Management Company Inc
1120 20 St NW
South Tower
Washington, DC 20036

D Brent Wells on behalf of Creditor Sysco Corporation
440 Louisiana #718
Houston, TX 77002

***See attached mailing matrix.***

Label Matrix for local noticing
113C-9
Case 15-13997-EPK
Southern District of Florida
West Palm Beach
Wed Aug 12 13:50:08 EDT 2015

101 Town Cols Ohio, LLC
Roetzel & Andress
350 East Las Olas Boulevard
Suite 1150
Fort Lauderdale, FL 33301-4254

537 Associates, LLC
c/o Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PL
1300 N. Federal Highway
Suite 203
Boca Raton, FL 33432-2848

Acadia Chestnut Hill, LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park E #2600
Los Angeles, CA 90067-3012

American Express Travel Related Services Co
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Barbara J. Wilcox, Trustee of the Charles Wi
c/o Jordan L. Rappaport, Esq.
Rappaport Osborne Rappaport, PL
1300 N. Federal Highway
Suite 203
Boca Raton, FL 33432-2848

Bull Run Plaza LLC
c/o Mitchell B. Weitzman Esq
1120 20th St NW
South Tower
Washington, DC 20036-3406

Children of America (Lansdale), LLC
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America, Inc.
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Darlington Square Shopping Center, Ltd.
c/o Orshan, P.A.
One Southeast Third Ave
Suite 1445
Miami, FL 33131-1714

Ford Motor Credit Company LLC
c/o Kenneth M Jones
1333 S University Dr #201
Plantation, FL 33324-4001

Maxim Enterprises, LLC
c/o Chad S. Paiva, Esq.
525 Okeechobee Blvd.
Suite 525
West Palm Beach, FL 33401-6349

Mercedes Benz Financial Services USA, LLC
c/o Alexandra D. Blye
Carlton Fields Jorden Burt P.A.
525 Okeechobee Blvd.
Suite 1200
West Palm Beach, FL 33401-6350

Mirror Ridge, LLC
c/o Norman L. Schroeder, Esquire
6803 Lake Worth Road
Suite 306
Lake Worth, FL 33467-2981

NWC-SPE, LLC
c/o Trefoil Properties, LP
1690 Sumneytown Pike
Suite 240
Lansdale, PA 19446-4882

Navitas Lease Corp.
Eric B. Zwiebel, P.A.
c/o Eric B. Zwiebel, P.A.
7900 Peters Road
Building B, Suite 100
Plantation, FL 33324-4044

Nussbaumer Real Estate LLC
c/o Nicholas B. Bangos, P.A.
100 S.E. 2nd Street
Suite 3400
Miami, FL 33131-2122

Pennsylvania Department of Revenue
Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219-2992

Pike Plaza Associates, LLC
C/o Kelley and Fulton, P.L
1665 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401-2109

Rappaport Management Company Inc
c/o Mitchell B. Weitzman Esq
1120 20th St NW
South Tower
Washington, DC 20036-3406

Sysco Boston, LLC
99 Spring Street
Plimpton, MA 02367-1701

Sysco Charlotte, LLC
4500 Corporate Drive N.W.
Concord, NC 28027-9603

Sysco Chicago, LLC
250 Wieboldt Drive
Des Plaines, IL 60016-3192

Sysco Cincinnati, LLC
10510 Evendale Drive
Cincinnati, OH 45241-2516

Sysco Eastern Wisconsin, LLC
One Sysco Drive
Jackson, WI 53037-9226

Sysco Food Services Cleveland, Inc.
4747 Grayton Road
Cleveland, OH 44135-2300

Sysco Indianapolis, LLC
4000 West 62nd Street
Indianapolis, IN 46268-2518

Sysco Long Island, LLC
199 Lowell Ave.
Central Islip, NY 11722-3863

TCF Equipment Finance, Inc.
c/o Michael A. Tessitore, Esq.
Moran Kidd Lyons & Johnson, P.A.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

Winthrop Resources Corporation
c/o Alexandra D. Blye, Esq.
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Blvd. Suite 1200
West Palm Beach, FL 33401-6350

World's Fair Drive, LLC
c/o Jordan L. Rappaport, Esq.
Rappaport Osborne Rappaport, PL
1300 N. Federal Highway
Suite 203
Boca Raton, FL 33432-2848

Yomtob Office Holdings, LLC
c/o Marshall Socarras Grant, P.L.
197 S. Federal Highway
Suite 300
Boca Raton, FL 33432-4946

101 Town Cols Ohio, LLC
c/o Four Points Real Estate Dev Ltd.
101 East Town Street,
Suite 444
Columbus, OH 43215-5247

101 Town Cols Ohio, LLC d/b/a Capitol Equiti
c/o Alan J. Perlman
Roetzel & Andress
350 East Las Olas Boulevard, Suite 1150
Ft. Lauderdale, FL 33301-4254

345 Knowles LP
Attn: Mike Garkinkel
19 Spruce Drive
Southampton, PA 18966-5337

52 Church Street 2002, LLC
P.O. Box 276
Norwood, NJ 07648-0276

537 Associates, LLC
1903 Atlantic Avenue
Manasquan, NJ 08736-1005

579 Granite Street, LLC
c/o Rader Properties, Inc.
80 Washington Street
Suite J-40
Norwell, MA 02061-1751

730 East Elm Associates, L.P. or Assigns
30 South 15th Street
Suite 1000
Philadelphia, PA 19102-4804

A to Z Party Rental
426 Stump Road
Montgomeryville, PA 18936-9630

A-1 Property Services, Inc.
P. O. Box 7471
Aurora, IL 60507-7471

ABC Commercial Properties Holbrook, Inc.
7 Depot Street
Attn: Bharat Patel
East Wareham, MA 02538-1341

AT&T
P.O. Box 105068
Atlanta, GA 30348-5068

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

Acadia Chestnut Hill, LLC
1311 Mamaroneck Avenue
Suite 260
White Plains, NY 10605-5224

Acadia Chestnut Hill, LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Acadoa Cortlandt, LLC
c/o Acadia Realty Trust
1311 Mamaroneck Ave.
Suite 260
White Plains, NY 10605-5224

Aerials Fint'n'Fun Gymnastics
238 Schuylkill Road
Phoenixville, PA 19460-5203

Allied Waste Service
P.O. Box 9001099
Louisville, KY 40290-1099

Angelisa di Palma & Pete di Palma
546 High Gate Avenue
Chalfont, PA 18914

Ashti, LLC
PO Box 393
Westmont, IL 60559-0393

Asia International Malls, Inc.
107 Fairway Terrace
Mount Laurel, NJ 08054-2321

Asian Real Estate Investment, LLC
Attn: Jacques N. Tran
167 Fairway Terrace
Mount Laurel, NJ 08054

Astoria Capital Holdings, LLC
c/o Abramov & Sons, Inc.
2 West 45th Street
Suite 1506
New York, NY 10036-4232

Atlas Refrigeration, Inc.
720 Heartland Dr
Unit N
Sugar Grove, IL 60554-9686

Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255-5494

BGM Development Corp
Attn: Daryl J. Berry, President
John Roush
42 Hill Road South
Pickerington, OH 43147-2240

Backyard Inflatables
P.O. Box 135
Clarksburg, MD 20871-0135

Bank of The West
475 Sansome St 19th Floor
San Francisco CA 94111-3112

Barbara J. Wilcox, Trustee of the Charles Wi
c/o Rappaport Osborne Rappaport & Kiem,
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Berkshire Hathaway Homestate Companies
P.O.Box 881236
Attn: Accounting Department
San Francisco, CA 94188-1236

Blue Horse, LLC
170 West Shirley Avenue
Suite 101
Warrenton, VA 20186-3083

Braccia Visitel 2 LLC
536 Easton Road
Horsham, PA 19044-2127

Braccia Visitel, LLC
536 Easton Road
Horsham, PA 19044-2127

Bryn Mawr Equipment Finance Inc
Bryn L. Farley Esq
PO Box 53659
Philadelphia PA 19105-3659

Bryn Mawr Funding
3629 N. 799 E. Suite 200
Ogden, UT 84414

Buchanan Ingersoll & Rooney
301 Grant Street
20th Floor, One Oxford Center
Pittsburgh, PA 15219-1410

Bucks County Community College
Cottage 3
275 Swamp Road
Newtown, PA 18940-4106

Bull Run Plaza, LLC
c/o The Rappaport Management Co.
8405 Greensboro Drive
Suite 830
Mc Lean, VA 22102-5121

C. CO. Crain Highway, LLC
1544 Hornbeam Drive
Crofton, MD 21114-3244

C. CO. Crain Highway, LLC
1544 Hornbean Drive
Crofton, MD 21114-3244

CIGNA

CIT Finance LLC
Vickie Anderson
10201 Centurion Parkway N
Jacksonville FL 32256-4114

CIT Technology FIN Serv, Inc
21146 Network Place
Chicago, IL 60673-1211

CIT Technology Financing Services
21146 Network Place
Chicago, IL 60673-1211

CIT Technology Financing Services Inc
Vickie Anderson
10201 Centurion Parkway N
Jacksonville FL 32256-4114

CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179-0094

COA Flossmoor, LLC
1001 E. Main Street
Suite B
Saint Charles, IL 60174-2203

COA Yorkville, LLC
1001 E. Main St.
Suite B
Saint Charles, IL 60174-2203

COFA 1, LLC
4855 Technology Way, Suite 700
Attn: Michael A. Shafir, Esq.
Boca Raton, FL 33431-3351

CV Outparcel, LLC
900 Route 9 North
Suite 301
Woodbridge, NJ 07095-1003

Capri Development 16001, LLC
208 South LaSalle Street
Suite 1600
Chicago, IL 60604-1181

Careington International Corp
c/o American General Life Ins Co of DE
P.O. Box 2568
Frisco, TX 75034-8068

Carriage Lane, LLC
170 West Shirley Avenue
Suite 201
Warrenton, VA 20186-3083

Children of America (Aberdeen), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Appleton), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Aurora II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Avon), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Bloomingdale), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Bolingbrook) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Braintree) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Charlotte), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Clementon), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Conshohocken), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Cortlandt Manor), L
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Crest Hill), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Downtown), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (East Brunswic), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (East Windsor), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Ellicott City), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Frankfort), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Freehold), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Gainesville), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Germantown), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Glen Allen), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Glen Mills), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Hatfield), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Indianapolis) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Ivyland), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Jackson), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Lindenhurst), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Manassas II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Manassas), LLC
5300 W Atlantic Avenue
Suite 700
Manassas, VA 20111

Children of America (Marlton II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Menomonee Falls) LL
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Mohegan Lake) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (North Aurora II)LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (North Wales), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Northvale) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Oswego) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Paramus), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Parsippany), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Pickerington), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Port Jefferson) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Powell), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Queens) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Rocky Hill), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Setauket), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Sewell II), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Smithtown) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Somerset), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Southampton) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Springboro), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (St Charles) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Sterling) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Stony Point) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Tewksbury) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Vastu Commons) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Voorhees), LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Waldorf) LLC
5300 West Atlantic Ave
Suite 700
Delray Beach, FL 33484-8833

Children of America (Wilmington) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Woodbridge II) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America (Woodbridge), LLC
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of America Norwood LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of Amreica (New Berlin) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Children of Amrica (Orland Park II) LLC
5300 W Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

City of Columbus
77 North Front Street
2nd Floor
Columbus, OH 43215-1895

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Comcast
P.O. Box 3005
Southeastern, PA 19398-3005

Community Occupational Health Services
7169 Solution Center
Chicago, IL 60677-7001

Continental Casualty Company
PO Box 59838
Schaumburg, IL 60159-0838

Darlington Square Shopping Center, Ltd.
c/o National Realty Corporation
1001 Baltimore Pike
Springfield, PA 19064-2800

Data Center 101, LLC
101 East Town Street
Suite 301
Columbus, OH 43215-5247

Deltacom 1058
P.O. Box 2252
Birmingham, AL 35246-1058

Diamler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177-5323

Direct Energy Business
P.O. Box 70220
Philadelphia, PA 19176-0220

Douglas Co. Inc.
Box D. 69 Krif Road Keene,
NH 03431-0716

EPC VA 24 LLC
c/o Aksoylu Properties LLC
8012 Centreville Road
Manassas, VA 20111-2229

Earthlink Business fdba Deltacom
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

Enterprise Fleet Manager Trust
5105 Johnson Road
Coconut Creek, FL 33073-3640

Excel Properties, LLC
222 Ohio St.
Oshkosh, WI 54902-5825

Farragut/Worstall Realty, Inc.
419 Jacksonville Road
Unit 1
Hatboro, PA 19040-4611

Ford
PO Box 650575
Dallas, TX 75265-0575

Ford
PO Box 790093
Saint Louis, MO 63179-0093

Ford
PO Box 790093
Saint Louis, MO63179-0093

Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564

Ford Credit
P.O. Box 790093
Saint Louis, MO63179-0093

Ford Motor Credit Company LLC
c/o Kenneth M. Jones, Esquire
1333 S. University Dr., Suite 201
Plantation, FL 33324-4001

Four D's Realty Corp.
151 East Tattersail Drive
Statesville, NC 28677-2057

Gaddcoe, LLC
P.O. Box 1201
Dayton, OH 45401-1201

Hewlett Packard Financial Services
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922-2816

High Point Commons, LLC
1833 Executive Drive
Suite 101
Oconomowoc, WI 53066-4841

Hockessin Partners, LLC
29 East Commons Blvd
Suite 100
New Castle, DE 19720-1736

(c)HOST.NET
3500 NW 2ND AVE STE 900
BOCA RATON FL  33431-5871

Isabella Braccia
2326 Dubree Avenue
Warrington, PA 18976-1821

Ivyland Jacksonville LP
618 Street Road
Southampton, PA 18966

J.Nazzaro Partnership, L.P., or Assigns
8 Saxon Avenue
Suite C
Bay Shore, NY 11706-7016

JGKM Associates, LLC
730 E. Elm Street
Conshohocken, PA 19428-2375

James J. Carroll and Mary A. Carroll
100 Highridge Drive
Syracuse, NY 13215-1514

Jan-Pro Cleaning Systems of SE PA
1035 Virginia Drive
#210
Fort Washington, PA 19034-3106

Jan-Pro Cleaning Systems ofthe DE Valley
410 White Horse Pike
Haddon Heights, NJ 08035-1707

Jan-Pro of Northern Illinois
136 Shore Drive
Willowbrook, IL 60527-5893

Jan-Pro of Washington, DC
10801 Main Street
Suite 100
Fairfax, VA 22030-4743

Jani-King
16885 Dallas Parkway
Addison, TX 75001-5202

Janos Solyom
c/o Patricia A. Redmond
Stearns Weaver Miller, et al.
150 W. Flagler St., #2200
Miami, FL 33130-1545

Kaplan Early Learning Company
P.O. Box 609
Lewisville, NC 27023-0609

Katsifis Realty, LLC
98 Oak Creek Road
East Windsor, NJ 08520-2434

Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796

Key Equipment Finance, Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027-9437

Lakeshore Learning Materials
2695 E Dominguez St
Carson, CA 90895-1001

Landmark Contracting and Development Co.
20550 S LaGrange Road
Suite 310
Frankfort, IL 60423-1284

Landmark of Lindenhurst, Inc. c/o Rick Lewel
1200 Roosevelt Road
Suite 150
Glen Ellyn, IL 60137-7807

Leigh-Burke, LLC Attn: Jim B. Smith
100 Sawick Court
Spotsylvania, VA 22553-1846

Lizeth Baires
3029 Papermill Road
Winchester, VA 22601-4236

Lone Star Corporation
Attn: Raj Engineer
219 Hedge Row Drive
Amberson, PA 17210

M&T at 263 Blackwood Barnsboro Road, LLC
1260 Stelton Road
Attn: Brian
Piscataway, NJ 08854-5282

MA Developers, LLC
27 Hollybrook Road
Paramus, NJ 07652-2316

MARLIN BUSINESS BANK
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054-1201
ATTN: BANKRUPTCY DEPT.

Main Street Village West - 7 LLC
6405 Mira Mesa Boulevard
Suite 100
San Diego, CA 92121-4120

Marlin Leasing
6470 E. Johns Crossing, Ste 430
Johns Creek, GA 30097-1545

Marlton Joint Venture
c/o RD Management, LLC
810 Seventh Avenue
10th Floor
New York, NY 10019-5818

Marumsco-Jefferson Joint Venture
9161 Liberia Avenue
Suite 201
Manassas, VA 20110-1725

Maxim Enterprises, LLC
P.O. Box 276
Norwood, NJ 07648-0276

Melco, Inc.
609 Cedar Creek Grade
Suite A
Winchester, VA 22601-2721

Mercedes-Benz Fin Serv. USA LLC / Daimler Tr
c/o Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon St. NW Suite 900
Grand Rapids, MI 49503-2487

Mirror Ridge, LLC
Attn: Mr. Mike Nikzad
21430 Cedar Drive
Suite 206
Sterling, VA 20164-8697

Monster Worldwide, Inc.
P.O. Box 90364
Chicago, IL 60696-0364

Montgomery COA, LP
c/o Penmark Management Company, Inc
1000 Germantown Pike
Suite A-2
Plymouth Meeting, PA 19462-2481

National Grid
P.O. Box 11791
Newark, NJ 07101-4791

National Grid
c/o Bankruptcy Dept
300 Erie Blvd W
Syracuse NY 13202-4250

Navitas Lease Corp
PO Box 3491
Ponte Vedra Beach, FL 32004-3491

Navitas Lease Corp
PO Box 3491
Ponte Verda Beach, FL 32004-3491

Navitas Lease Corp.
c/o Eric B. Zwiebel, P.A.
7900 Peters Road
Building B, Suite 100
Plantation, FL 33324-4045

New Berlin City Center II, LLC
3100 Dundee Road
Suite 368
Northbrook, IL 60062-2437

New Edge Networks
an Earthlink Company
Unit 47
P.O. Box 4800
Portland, OR 97208-4800

Nicholas & Lisa Braccia
536 Easton Road
Horsham, PA 19044-2127

Nussbaumer Real Estate LLC
c/o Nicholas B. Bangos
100 S.E 2nd Street
Suite 3400
Miami, FL 33131-2122

O'Reilly Enterprises, LLC
1101 Fox Glen Drive
Saint Charles, IL 60174-8842

Oak Street Investments, LLC
423 Second Street
Saint Charles, IL 60174-2818

Ocean Party, LLC
1910 Highway 55
Oakhurst, NJ 07755

Office Depot
6600 N Military Trail S413G
Boca Raton FL 33496-2434

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)OHIO BUREAU OF WORKERS COMPENSATION
LAW SECTION BANKRUPTCY UNIT
P O BOX 15567
COLUMBUS OH 43215-0567

Old Main Village, LLC
156 New Britain Avenue
Rocky Hill, CT 06067-5100

Orkin Pest Control
P.O. Box 1504
Atlanta, GA 30301-1504

PA Department of Revenue Bureau
of Corporation Taxes
P.O. Box 280427
Harrisburg, PA 17128-0427

PJS Enterprises, LLC
c/o Abramov & Sons, Inc.
2 West 45th Street
Suite 1506
New York, NY 10036-4232

PSEG Long Island
Geralyn Clinch
15 Park Dr
Melville NY 11747-3035

PSEGLI
P.O. Box 9039
Hicksville, NY 11802-9039

PSGLI
P.O. Box 9039
Hicksville, NY 11802-9039

Paramount Chews landing, LLC
1195 Rt. 70
Suite 2000
Lakewood, NJ 08701-6100

Pavilion Properties, LLC
9 Ray Street
Parsippany, NJ 07054-2335

Phoenix Colonies, LLC
1477 El Nido Drive
Fallbrook, CA 92028-8697

Piedmont Natural Gas
P.O. Box 660920
Dallas, TX 75266-0920

Piedmont Natural Gas Company
c/o Bankruptcy
4339 S Tryon Street
Charlotte, NC 28217-1733

Pike Plaza Associates, LLC
Attn: Lloyd Amster
c/o Prime Locations, Inc.
733 Yonkers Avenue
Yonkers, NY 10704-2660

R. E. Michel Company Inc
P.O. Box 2318
Baltimore, MD 21203-2318

Ralph Nussbaumer
c/o Nussbaumer Real Estate LLC
70 Main Street
Suite 11
Warrenton, VA 20186-3346

Reading Realty Trust
20 Rowes Wharf
Suite 305
Boston, MA 02110-3377

Royal Bank America Equip. Leasing LP
PO Box 3491
Ponte Verda Beach, FL 32004-3491

STORE Master Funding II, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255-5494

STORE Master Funding IV, LLC
Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive
Suite 190
Scottsdale, AZ 85255-5494

Sage Software, Inc.
14855 Collecion Center Drive
Chicago, IL 60693-0148


Sarnac Daycare, LLC
3521 McLean Avenue
Fairfax, VA 22030-3007

School Specialty
32656 Collection Center Dr
Chicago, IL 60693-0326

Setauket Properties, Corp or Assignee
213 Hallock Road
Suite 2
Stony Brook, NY 11790-3000


Shawn Delgado
23 Jefferson Court
Pataskala, OH 43062-8039

Sherando Towne Centre, LC
420 West Jubal Early Drive
Winchester, VA 22601-6434

Society Insurance
P.O. Box 1237
Fond Du Lac, WI 54936-1237


Society for Human Resource Management
1800 Duke Street
Alexandria, VA 22314-3494

Solyom, Janos
c/o Solnick Law, P.A.
Attn: Peter J. Solnick
1815 Griffin Road, Suite 207
Fort Lauderdale, FL 33004-2252

Stephen B. Grow
Mercedes Benz Financial Services USA LLC
c/o Warner Norcross & Judd LLP
111 Lyon St. NW Suite 900
Grand Rapids, MI 49503-2413


Stonehedge Associates, LLC
365 Central Avenue
Scarsdale, NY 10583

Sunnyside Realty Investors, LLC
8900 Keystone Crossing Boulevard
Suite 650
Indianapolis, IN 46240-4633

Sysco Boston
99 Spring Street
Plympton, MA 02367-1701


Sysco Charlotte, LLC
4500 Corporate Drive, NW
Concord, NC 28027-9603

Sysco Food Services Cleveland
P.O. Box 94570
Cleveland, OH 44101-4570

Sysco Indianapolis
4000 W 62nd Street
Indianapolis, IN 46268-2518


TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Minnetonka , MN 55305-5503

Taylor Village Family Ltd. Partnership
c/o Phillip J. Gugliotti
4100 College Avenue
P.O. Box 396
Ellicott City, MD 21041-0396

Tewksbury Main, LLC
c/o Coffman Realty, Inc
1300 Belmont Street
Brockton, MA 02301-4433


Thad Pryor
5300 West Atlantic Avenue
Suite 700
Delray Beach, FL 33484-8833

Thalhimer Commercial Real Estate
725 jackson Street
Suite 101
Fredericksburg, VA 22401-5761

The Hartford
P.O. Box 7247-0234
Philadelphia, PA 19170-0234


The Hartford
c/o The Hartford Billing Resolution Unit
P.O. Box 2024
Hartford, CT 06145-2024

The Hartford
c/o The Hartford Resolution Unit
PO Box 2024
Hartford, CT 06145-2024

The Shops at Lancaster, LLC
12200 Billingsley Road
Suite 100
Waldorf, MD 20602-4143


Town of Tewkesbury
Water and Sewer Division
P.O. Box 754
Reading, MA 01867-0405

Triangle Commercial Properties, LLC
470 Olde Worthington Road, Suite 101
Westerville, OH 43082-8986

US Bank Equipment Finance
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002

US Bank NA dba US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099

United States Department of Labor
Office of the Solicitor of Labor
200 Constitution Avenue, N.W.
Room S-2002
Washington, DC 20210-0001

Verizon
P.O. Box 17577
Baltimore, MD 21297-0513

Verizon
P.O. Box 660720
Dallas, TX 75266-0720

Village Commons @ Freehold Con
1903 Atlantic Avenue
Mantoloking, NJ 08738

Virginia Dept of Social Services
801 East Main Street
6th Floor
Richmond, VA 23219-2907

Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047

Waste Management, Inc.
P.O. Box 930580
Atlanta, GA 31193-0580

Wells Fargo Bank, N.A.
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328-0001

Wells Fargo Equipment Finance
300 TriState International
Suite 400
Lincolnshire, IL 60069-4417

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue
Minneapolis, MN 55402-2340

West Broad Village V, LLC
7505 West Sand Lake Road
Orlando, FL 32819-5109

Western Financial
PO Box 640, 503 Highway 2 West
Devils Lake, ND 58301-0640

Winthrop Resources Corporation
11100 Wayzata Blvd., Suite 800
Hopkins, MN 55305-5525

Winthrop Resources Corporation
c/o Shannon M. O'Toole, Esq.
11100 Wayzata Blvd., Suite 800
Minnetonka, MN 55305-5525

Woodcliff/Route 34, LLC
1 Rose Avenue
Staten Island, NY 10306-2211

World's Fair Drive, LLC c/o Lone Eagle
Madison, NJ 07940

Yomtob Office Holdings, LLC Attn: Ben Yomtob
5300 West Atlantic Avenue
Suite 502
Delray Beach, FL 33484-8833

Zaitek Converged Communication
205 Wallace Lane
Fredericksburg, VA 22408-2415

Zamili, Inc.
1200 East Roosevvelt Road
Suite 150
Glen Ellyn, IL 60137-7807

Charles M Tatelbaum
110 SE 6th Street
15th floor
Ft Lauderdale, FL 33301-5004

Janos Solyom
c/o Patricia Redmond
Stearns Weaver Miller
150 W Flagler St
#2200
Miami, FL 33130-1545

Michael Foster
Tripp Scott
110 S.E. Sixth Street
Suite 1500
Fort Lauderdale, FL 33301-5039

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ohio Bureau of Workers Compensation
PO Box 15567
Columbus OH 43215-0567

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Host.net
3500 NW Boca Raton Boulevard
Building 900
Boca Raton, FL 33431


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)COFA 1, LLC                            (u)Creditors Committee                    (u)Sysco Corporation

(u)West Palm Beach                        (u)140 North Franklin Street, LLC         (u)Amended Creditor Address Matrix
                                          ***DELETED PER #112***

(d)American Express Travel Related Services C   (d)Bull Run Plaza LLC               (u)Department of Public Welfare
c/o Becket and Lee LLP                    c/o Mitchell B Weitzman Esq
POB 3001                                  1120 20th Street NW South Tower
Malvern  PA 19355-0701                    Washington DC 20036-3406

(u)HP Financial Services                  (d)Key Equipment Finance                  (d)NWC-SPE, LLC
                                          PO Box 74713                              c/o Trefoil Properties, LP
                                          Cleveland, OH 44194-0796                  1690 Sumneytown Pike
                                                                                    Suite 240
                                                                                    Lansdale, PA 19446-4882

(d)Nussbaumer Real Estate, LLC            (u)Ohio State Treasurer                   (d)Ralph Nussbaumer
c/o Nicholas B. Bangos                    ***DELETED PER #112***                    c/o Nussbaumer Real Estate, LLC
100 S.E. 2nd Street                                                                 70 Main Street, Suite 11
Suite 3400                                                                          Warrenton, VA 20186-3346
Miami, FL 33131-2122

(d)STORE Master Funding II, LLC           (u)STORE Master Funding IV, LLC           (u)Summit Funding Group, Inc.
Attn: Michael T. Bennett, Exec VP Ops     Attn: Michael T. Bennett Exec VP Ops
8501 E. Princess Drive                    8501 E. Princess Drive
Suite 190                                 Suite 190
Scottsdale, AZ 85255-5494

(d)Sysco Chicago, Inc.                    (d)Sysco Cincinnati, LLC                  (d)Sysco Eastern Wisconsin
250 Wieboldt Drive                        10510 Evendale Drive                     One Sysco Drive
Des Plaines, IL 60016-3100                Cincinnati, OH 45241-2516                Jackson, WI 53037-9226

(d)Sysco Long Island
199 Lowell Avenue
Central Islip, NY 11722-3863

End of Label Matrix
Mailable recipients      292
Bypassed recipients       22
Total                    314

**EXHIBIT "A"**

**Children of America, Inc.**
**List of Claims**

| Claim # | Creditor | Class | Amount Filed | Agreed to Amount for Deposit Calculation | 100% Class 2 95% Class 3 |
|---|---|---|---|---|---|
| 6 | COFA 1, LLC | 2 | 19,334.95 | 19,334.95 | 19,334.95 |
| 8 | Piedmont Natural Gas Company | 1 | 74.25 | 74.25 | 74.25 |
| 16 | PSEG Long Island | 2 | 609.03 | 609.03 | 609.03 |
| 17 | National Grid | 2 | 2,374.20 | 2,374.20 | 2,374.20 |
| 21 | Ohio Burea of Workers Comp | 2 | 130.00 | 130.00 | 130.00 |
| 22 | 537 Associates LLC | 3 | 467,212.00 | 450,000.00 | 427,500.00 |
| 28 | World's Fair Drive, LLC | 3 | 873,315.34 | 648,410.00 | 615,989.50 |
| 29 | Janos Solyom | 4 | - | 1,000,000.00 | 1,000,000.00 |
| 33 | Barbara J. Wilcox, Trustee | 3 | 957,693.06 | 574,020.00 | 545,319.00 |
| 34 | 101 Town Cols Ohio, LLC | 3 | 182,347.21 | 182,347.21 | 173,229.85 |
| 43 | Sysco Charlotte, LLC | 2 | 999.52 | 999.52 | 999.52 |
| 45 | Pike Plaza Associates, LLC | 3 | 3,226,811.39 | 527,000.00 | 500,650.00 |
| | | | | 3,405,299.16 | 3,286,210.30 |

# Exhibit "B"


**UNIVEST**
BANK AND TRUST CO.
Member FDIC

## IRREVOCABLE STANDBY LETTER OF CREDIT

Letter of Credit Number: 132288036

Amount: U.S. $ 1,000,000.00 (one million dollars and zero cents U.S. DOLLARS)

This Letter of Credit is issued on August 4, 2015 by Issuer in favor of the Beneficiary for the account of Applicant. The parties' names and their addresses are as follows:

APPLICANT:
NICHOLAS BRACCIA
536 Easton Road
Horsham, PA 19044

LISA BRACCIA
536 Easton Road
Horsham, PA 19044

BENEFICIARY:
CHARLES M. TATELBAUM, ESCROW AGENT UNDER THE CHAPTER 11 PLAN FOR CHILDREN OF AMERICA, INC.
Entity Type: Corporation
110 Southeast Sixth Street, Suite 1500
Fort Lauderdale, FL 33301

ISSUER:
UNIVEST BANK AND TRUST CO.
14 North Main St., P.O. Box 197
Souderton, PA 18964-0197

1. **LETTER OF CREDIT.** Issuer establishes this Irrevocable Standby Letter of Credit (Letter of Credit) in favor of Beneficiary in the amount indicated above. Beneficiary may draw on this Letter of Credit with a Draft (or Drafts, if the maximum number of drawings is greater than one). Each Draft shall be signed on behalf of Beneficiary and be marked "Drawn under Univest Bank and Trust Co. Letter of Credit No. 132288036 dated August 4, 2015." Drafts must be presented at Issuer's address shown above on or before the Expiration Date. The presentation of any Draft shall reduce the Amount available under this Letter of Credit by the amount of the draft.

This Letter of Credit sets forth in full the terms of Issuer's obligation to Beneficiary. This obligation cannot be modified by any reference in this Letter of Credit, or any document to which this Letter of Credit may be related.

This Letter of Credit expires on the Expiration Date.

2. **DRAWINGS.** Beneficiary shall be permitted to make multiple drawings on this Letter of Credit. The maximum number of drawings that may be made on this Letter of Credit is 10. "Draft" means a draft drawn at sight.

3. **DOCUMENTS.** Each Draft must be accompanied by the following, in original and two copies except as stated:

A. A sight draft drawn by Beneficiary on Issuer.

B. A signed statement by Beneficiary including the following statement: "Charles M. Tatelbaum, Escrow Agent Under The Chapter 11 Plan For Children Of America, Inc. is entitled to payment pursuant to the terms of the confirmed Chapter 11 Plan".

Issuer shall be entitled to accept a draft and the documentation described above, as required by the terms of this Letter of Credit, from any person purporting to be an authorized officer or representative of Beneficiary without any obligation or duty on the part of Issuer to verify the identity or authority of the person presenting the draft and such documentation.

4. **SPECIAL INSTRUCTIONS.** It is a condition of this Letter of Credit #132288036 that it shall be automatically extended, without amendment, for an additional period of one (1) year from the present or each future expiration date unless we notify you in writing by registered mail, at the above address at least sixty (60) days prior to the present expiration date, that we elect not to renew this credit for an additional period of one (1) year.

5. **EXPIRATION DATE.** This Letter of Credit expires at the close of business at Issuer's address at 03:00 Eastern Time (Time) on August 4, 2016 (Date). Issuer agrees to honor all Drafts presented in strict compliance with the provisions of this Letter of Credit on or before the Expiration Date.

---

Nicholas Braccia
Standby Letter Of Credit

PA/4XXXDDUNN0000000000009571013N



**6. NON-TRANSFERABLE.** This Letter of Credit is not transferable.

**7. APPLICABLE LAW.** This Letter of Credit is governed by the Uniform Customs and Practice for Documentary Credits, 2007 Revision, International Chamber of Commerce Publication No. 600 (UCP), or any later version or amendment. This Letter of Credit is also governed by the laws of Pennsylvania, except as those laws conflict with the UCP.

**ISSUER:**

Univest Bank and Trust Co.

By _Andrew D. Landis_                    Date _8/4/15_

Andrew D. Landis, Senior Vice President